# EXHIBIT H

Garnett Powell Maximon Barlow

Attn: Andrew Garnett, Esq.

C/O Integrated Medical

6143 S. Willow Drive, Suite 320

Greenwood Village, CO 80111

Re: Donald Harper

DOI: August 23, 2019

Claim#: 0130135

## Addendum 5/1/2025

Dear Mr Garnett,

Thank you for the opportunity to review medical records and provide opinions in this matter. I reviewed my original report dated 03/08/2023, my addendum report x 4, and then the additional records. My review is as follows:

Section one is imaging of his cervical and thoracic spine.

Section 2 Is the ResMed air review compliance report.

Section 3 is a medical summary. This provider says that although electrical evaluation of the brachial plexus is difficult he finds no evidence of clear brachial plexus injury. He also feels that if the numbness in the lesser 2 digits were emanating from the brachial plexus we would expect to see a whole lot more going on distally. He feels that the findings are more consistent with ulnar nerve symptoms. He recommended that the patient go to Denver for further evaluation.

Section 4 demonstrates a radiology report from September 13 of 2016 for an MRI of his left shoulder. The report compares this image to January 2015 x-rays. They demonstrate a focal supraspinatus tendinopathy versus partial tear near its humeral attachment. There is also some additional signal in the anterior supraspinatus fibers at the rotator interval. There is also an anterior glenoid labral tear.

On 11/30/2021 he presented to his primary care. He discussed the pain. They felt that he would do well seeing a neurologist prior to seeing a neurosurgeon.

On 7/16/2012 he had a cervical spine x-ray. This demonstrates an anterior C5-C7 fusion. There is a solid fusion across the area. He has spondylolisthesis and facet arthritis at C7-T1. Mild kyphosis at C4 and C5.

On 10/29/2012 patient had an MRI of his thoracic spine.

On 3/20/2013 the patient saw Dr. Joel Dean. They discussed his spine issues. It states he has been having low back discomfort since his injury of falling off of a roof on 10/12/2012 and he gets some tingling in his left arm intermittently.

9/17/2015 med list amitriptyline for sleep and nerve pain.

On 8/16/2016 the patient saw atlas arch neurosurgical clinic.  He recounts the story that 15 years ago he had an injury and had neck surgery for left cervical radiculopathy with plates and screws.  This had helped him.  3 years prior to arrival he had a major fall while working on a restaurant in Ridgway.  He declined rescue at St. Mary's in her life and also declined an ambulance and he went home with his son.  He ultimately consulted with Dr. Mixter who arranged for an MRI scan.  This showed that his neck was broken.  He states he was referred to doctors who wanted to do surgery but he declined and his problem is gotten better.  He is still able to work his current job.  He had an episode recently where he was driving through Canon city and turned his head to the left he had numbness in the whole left side of his tongue and he had some numbness in his fingers.  He also states that his memory is impaired and he is having trouble answering the questions posed today.  His physical exam demonstrates a negative Tinel's at his wrist or elbow no tenderness at his cubital tunnel.  At this time Dr. Larry Tice felt that he did not have a neurosurgical problem.  He felt he did have arthritis in the shoulder and the patient is fairly anxious and thinks that coronary vasospasm can cause his pain as well.  He did not recommend any further definitive treatment.

On January 31, 2018 he had a carotid ultrasound.  It demonstrates a mild amount of atherosclerotic plaques but no hemodynamically significant stenosis.

On 11/28/2018 the patient underwent a stress test.  Demonstrates a normal left ventricular size and function with an ejection fraction of 63%.

On 12/14/2018 the patient presented to Rocky Mount orthopedic Associates.  This was for his right shoulder.  They felt that he had rotator cuff syndrome with high-grade tendinopathy of the supraspinatus and subscapularis.

On January 11, 2019 he presented to Dr. Mark Luker.  This is for his right shoulder.  He also mentions that he has back pain and has fallen off of a building which hurt his neck, back and left shoulder.  He fell off another roof and has pain in his left foot and ankle.  At this point right shoulder surgery was indicated.

On 2/4/2019 he underwent a right rotator cuff repair with a subacromial decompression and distal clavicular excision and biceps tenodesis.

On 3/29/2019 he underwent therapy.

On 3/29/2019 he also went back to his orthopedist.  It states that he is 7-1/2 weeks out from surgery and doing better.  He continues to have some neck significant pain and spasm in the right shoulder.  His major complaint is severe pain under his medial border of his right scapula."  Interestingly this feels exactly like his experience 15 years ago when he had a motor vehicle accident and a neck problem that led to severe pain in the left medial scapula and underneath the scapula.  That was resolved with cervical spine surgery."  At this time he was to continue his typical postop protocol for the right shoulder.  They offered a referral to neurosurgery regarding his scapular pain however he said he would probably just go to see his doctor in Oklahoma City if he wanted to.

On 8/21/2019 he saw Darrel Hunn, PA.  They discussed his bilateral shoulder pain.  If he was going to do surgery he would do the right.  They injected his left shoulder.

On 12/8/2022 the patient was evaluated by neurology.  States the patient has had issues with his back for a number years.  He suffered multiple injuries.  On physical exam he had 5 out of 5 strength in his right and left upper extremity with the exception of some chronic weakness in his fifth digit on the left.  He had no fasciculations in a normal bulk and tone.  His sensation was intact in his upper extremities to light

pinprick temperature vibration and light touch.  No additional treatment was recommended and ultimately they were to return to clinic if symptoms worsen or fail to improve.

On 12/8/2022 the patient underwent a nerve conduction study and EMG of his lower extremity.  It demonstrates left greater than right L5-S1 radiculopathies.

On March 28, 2023 there is a note from Dr. Covey such are recounting the story.  It states that he originally sent him to the brachial plexus clinic in Denver however upon reviewing his chart they felt there was nothing they could do for him.  At this time he was going to order a brachial plexus MRI.

On 6/6/2023 the patient underwent a thoracic spine MRI.  It demonstrated multilevel mild to moderate degenerative disc disease.  Mild left foraminal stenosis at T4-T5, T5-T6, and T7-T8.

On 2/15/2024 we have a outpatient rehab intake form that demonstrates his level of pain being anywhere from 4-7.  There is a chart indicating the dermatome at which she feels his pain.

On 5/14/2024 the patient underwent a repeat nerve conduction study of the upper extremity.  It demonstrates prolonged distal onset Lason latency and decreased conduction velocity in the median nerve.  The ulnar motor and sensory nerve showed reduced amplitude.  Left median sensory also shows prolonged distal peak latency and reduced amplitude and decreased conduction velocity.  Needle evaluation of the left triceps brachii muscle showed increased motor unit amplitude.  All remaining muscles showed no evidence of electrical instability.

On 8/5/2024 the patient went to go see Dr. Colton Hickman, physiatry.  On physical exam he is intact throughout his bilateral C5-T1 dermatomes except for the left first digit and fifth digit abduction which is 4- out of 5.  He has a Froment sign on the left.  He has a negative Spurling's.  Sensation he is intact from C5-T1 however he has hyperesthesia in his ulnar nerve distribution in the palmar surface of his left hand on the medial side.  He has a negative Hoffmann's.  He reviews the previously done nerve conduction studies demonstrating ulnar neuropathy at the elbow and distal.  In his note he states that he is more concerned for a history of cervical radiculopathy or brachial plexopathy given his umbrella trauma history.  At this time they are working order cervical spine imaging.

On 10/24/2024 the patient met with Dr. James Rose.  He reviewed the patient's history and performed a physical exam.  In his narrative it states, "his brachial symptoms appear to be abating: His exam is strongly consistent with fibrosis around the transposed nerve at the medial elbow.  He has a number of chronic denervation sequelae from this; although he does not exhibit frank abductor wasting yet, the deep motor function in the hand is poor.  In my hands, the important next surgical step is to decompress the fibrosis at the elbow and perform vascularized adipose transfer around the nerve for neovascularization, also addressing Guyon canal to ensure adequate decompression.  Optional he, FDP transfer of the small and ring to the long would be helpful along with EDM transfer at the fifth MCP joint for correcting grip strength and small finger abduction.  AIN transfer from the pronator quadratus may be helpful for additional motor neurons.  Right thumb A1 pulley release or injection is of course always a possibility."

On 11/25/2024 the patient was reevaluated by Dr. Rose.  They discussed right trigger thumb release.

On 11/26/2024 the patient underwent a right trigger thumb release.

On 12/5/2024 the patient re-presented 1 week out for a recheck.  He states that the incision is red and swollen and he is worried about infection.  On physical exam Dr. Rose states that he has a healing surgical incision there is minimal dehiscence.  He is appropriate tenderness to palpation around the surgical site.  Postoperative edema is noted.  He is neurovascularly intact.  At this time they are going to

start soaks with soap and water and send them and Bactrim. He is going to come back the following week for repeat assessment.

On 12/16/2024 the patient re-presented to Dr. Rose. States that he has had 2 weeks of redness and swelling with it leaking yellow fluid. He is on 2 different antibiotics and feels they are starting to work. He would like to have his note his incision closed if possible. At this time they felt that his incision was healing appropriately. They encouraged massage and he would follow up in 4 weeks.

On 1/6/2025 he re-presented to Dr. Rose. He states he has a knot at the base of his incision. His physical exam appears appropriate. They again discussed his medial elbow on the left. They explained that he would be delighted to see him back to discuss the medial elbow further for a potential revision surgery if he decides.

Thank you for the opportunity to review these records, my opinion is as follows:

Although these records wholly do not change my opinion regarding the lack of injury to the brachial plexus, and the umbrella not being the precipitating cause of Mr. Harper's problems, I do feel these records are important because they do demonstrate other unrelated causes attributable to his nerve symptoms.

Firstly, on March 20, 2013 Mr. Harper saw Dr. Joel Dean. Patient recounts his history of cervical spine fusion specifically for neck pain and left arm difficulties. He presented to Dr. Dean today with complaints of intermittent tingling in his left arm.

There is also a medication list from September 2015 indicating that Mr. Harper was taking amitriptyline to help with his nerve pain and sleep. Amitriptyline is a medication that typically is used for chronic pain in the setting of neurogenic pain.

Additionally on August 16, 2016 Mr. Harper went to the neurosurgical clinic. He recounts his story about injuring his neck and getting a cervical fusion 15 years prior. It is noted that the cervical fusion was done for cervical radiculopathy on the left side. Specifically radiculopathy is described as radiating nerve pain often associated with numbness, tingling and weakness from the cervical spine into the arm. He states that had helped him however 3 years before this visit in 2013 he had a major fall while working. It was recommended that he take LifeFlight or an ambulance however he denied this treatment. He ultimately followed up with Dr. Mixter that showed he had a broken neck. He was referred to a doctor who wanted to do surgery but again he declined this treatment. It does state that he has had recent episodes where he turns his head to the left and experienced numbness has gone all the way down to his fingers. This anecdote is consistent with a compression point of the nerve within the cervical spine generating positive neurological findings in the left upper extremity. He also once again states that his memory is impaired and he is having trouble answering questions that were posed on that day.

These documents were not available to me in my prior reviews. I think this is important. In Mr. Harper's deposition and all of the documentation after the umbrella incident, although he admits that he had numbness and tingling previously, he claims that this had resolved and he was not experiencing numbness and tingling in his left arm prior to the umbrella incident. It seems as though this is not entirely accurate given the contraindication in the medical records. He has had multiple visits with complaints of numbness and tingling in the left arm dating back to at least 2003. This was obviously a big enough problem to seek medical treatment and ultimately be taking a daily medication to control this nerve pain. I believe this is important because Mr. Harper has had a significant cervical spine history to include

multiple injuries and fusion surgery.  The records clearly demonstrate that Mr. Harper was suffering from nerve pain and left arm dysfunction in 2003, 2013, 2015 and 2016. It would not be surprising to have residual neurologic deficit in his upper extremity with that history.

Furthermore, on May 14, 2024 he underwent a repeat nerve conduction study.  This study was primarily unremarkable for any significant neuromuscular instability but also reads as though the patient has carpal and cubital tunnel syndrome.  Although there is a slightly increased amplitude in the triceps EMG component of this I think this further solidifies that it would be impossible to have an isolated triceps injury while sparing the axillary and musculocutaneous innervated structures from the umbrella incident.

Finally, Mr. Harper underwent a trigger thumb release with Dr. Rose that ultimately developed a postoperative dehiscence complication.  This is not the first time that Mr. Harper has had complications after surgery.  In fact, of the surgical records we have been privy to he has had complications after every single surgery.  It is my belief that it is a reasonable inference that Mr. Harper's inability to answer questions and recall events affects his ability to follow postoperative commands.  It is no surprise to me the severity of his ulnar nerve symptoms after his first cubital tunnel release.  Dr. Rose additionally evaluated him for his nerve pain symptoms and concluded that his issue is emanating from his medial elbow and the ulnar nerve surgery.  His plan is a surgical one to revise his cubital tunnel release.  Dr. Rose's documentation is the most thorough from a hand surgeon to date, and agrees with my sentiments that this is not a brachial plexus issue.

I think these additional records do two things in this case.  Firstly the nerve conduction study from 2024 as well as Dr. roses evaluation further solidify my opinion that his issues are a result of his ulnar nerve problems and wholly unrelated to the umbrella incident.  However secondarily, and may be just as important, these additional records really paint a picture of an unhealthy spine and peripheral nerve patient.  Mr. Harper has had multiple injuries to his cervical spine, fusion surgery, and additional surgery recommended to him which he has declined to undergo.  He has multiple records pre-existing the umbrella accident demonstrating that he has had numbness and tingling in his left arm that has required chronic treatment.

These additional records continue to confirm that Mr. Harper has an unhealthy cervical spine and an injured ulnar nerve at the medial elbow.

Further, if he has double crush syndrome these records identify the 2 compression point along the nerve and ultimately the source of his neurologic pain.  First, we know one compression location is in the cervical spine at or surrounding the levels of C5-C7 where he had his prior fusion and injury.  The fusion and its sequelae from 2003 are unrelated to the umbrella incident.  The second compression point is the ulnar nerve at the medial elbow.  This is unrelated to the umbrella incident, and we know this specifically because the ulnar nerve was normal on a nerve conduction study October 2019, 2 months after the incident itself.

Finally, in addition to the anatomic impossibility of a blunt soft-tissue trauma to the neck sparing the upper and middle trunk of the brachial plexus and affecting the lower trunk in isolation, this new documentation further solidifies my stance that the brachial plexus is in fact not the culprit of his neurogenic pain and therefore the umbrella incident is unrelated to Mr. Harper's current condition.  Mr. Harper's claim that the umbrella hitting him above his clavicle, not piercing the skin, sparing the entire top two thirds of the brachial plexus that is in the way, and still having enough force to injury the lower third of the plexus (which imaging refutes) is impossible.  This is the equivalent of digging a hole from the bottom up without disturbing the top $2/3^{rd}$ of soil. It cannot happen.

Thank you for the opportunity to review additional medical records in this matter and provide additional opinions. If I can provide you any additional information, please do not hesitate to contact me.

Respectfully submitted,

Matthew Delarosa, M.D.

Board certified orthopedic surgeon and peripheral nerve specialist