# EXHIBIT A

# Matthew R. Delarosa, M.D., L.L.C.

Orthopedic Surgery
Upper Extremity Specialist
Medical Legal Consultation

March 8, 2023

**Garnett Powell Maximon Barlow**

**Attn: Andrew Garnett, Esq.**

**C/O Integrated Medical**
**6143 S. Willow Drive, Suite 320**
**Greenwood Village, CO  80111**

**Re: Donald Harper**

**DOI: August 23, 2019**

**Claim #: 0130135**

Dear Mr. Garnett,

Thank you for the opportunity to review medical records and provide opinions in this matter. I reviewed all the records provided which consisted of documentation from 9/13/2016-6/29/2022. These documents included primary care notes, neurology notes, orthopedic surgery notes, op reports, imaging reports, and labs.  Should additional medical records be made available to me, I would be happy to review them and my opinions, as stated here, may be modified.

On August 23, 2019 the plaintiff, Donald Harper, was sitting at a table outside of Starbucks.  A large gust of wind picked up 1 of the umbrellas which then struck Mr. Harper in the left collarbone.

I reviewed all of the records provided and they went as follows:

On January 23, 2015 Mr. Harper underwent a left shoulder x-ray due to a fall and shoulder pain.  This report read that there was no acute fracture, malalignment, or acute bony injury. On September 13, 2016, there is a MRI report from the patient's left shoulder.  The report reads such that there is a supraspinatus tendinopathy versus partial tear.  There is additional abnormal signal anterior in the supraspinatus at the rotator interval.  There is also inferior glenoid labral tear.

The first clinical note I have is from April 21 of 2017 from provider Darrell Haan.  At that time, Mr. Harper was complaining of bilateral shoulder pain, left worse than right.  He describes originally falling off a ladder roughly 3 years prior.  Since that fall he had been dealing with bilateral anterior and lateral shoulder pain.  It was described as constant pain and exacerbated with driving, shoulder use, overhead activity, and playing his banjo.  He describes it as a string pulling down his upper arm.  He had received bilateral subacromial injections a year ago.  He had a repeat injection on the right 3 months prior.  He

states they were helpful and that he also has been through a course of physical therapy. On physical exam he had full motion but a painful arc during the mid-range of motion. He had 4 out of 5 strength of external rotation on the left secondary to pain. The rest of his cuff testing was normal. At that time, due to failure of conservative measures a shoulder arthroscopy with rotator cuff repair and subacromial decompression with possible distal clavicular excision was recommended.

On May 17, 2017, the patient presented back to Darrell Haan. He states he was considering surgical fixation of his rotator cuff on the left, but his busy season begins at the end of the month and extends through October. He wanted to discuss what would happen if he waited until October. At that time, he had 5 out of 5 rotator cuff strength in all directions. He had pain with external rotation testing bilaterally. At this time, he elected to proceed with injection and this was performed. He had a subacromial injection. The plan was then to see him at the end of September to early October to revisit surgical decision making.

On October 18, 2017, Mr. Harper presented back to Darrell Haan. He continues to have left shoulder pain and increasing right shoulder pain. He localizes this to the anterior lateral aspects bilaterally. It is worse with reaching overhead. His right shoulder has been more painful than his left for the past month. He had good range of motion bilaterally passively. He had pain at the end range. He had 5 out of 5 rotator cuff strength. Bilateral AC joint tenderness was reported. At this time, he was still considering surgery for his left side but wanted to wait until his wife's recovery was complete from spine surgery. He elected to have right shoulder subacromial injection.

On August 21, 2018, Mr. Harper reported back to Darrell Haan. He states he was originally going to have surgery on the left side but had to cancel. He has been overcompensating with the right shoulder and the pain has been worse than the left side. It is worse with activities away from his body. He takes Ibuprofen for this. He wanted a left-sided injection. On physical exam he had limited range of motion due to pain. He had 160° of forward flexion he had a pain response with external rotation but 5 out of 5 strength. He was planning to undergo surgery on the right and got a left-sided subacromial injection. His previous injections about a transient relief.

This concludes the documentation provided that was before his accident at Starbucks.

On August 27, 2019, Mr. Harper presented to his primary care. He states he was at Starbucks 3-4 days prior. He had a patio umbrella strike him in the left neck and clavicle area. The patient did not lose consciousness. He has had numbness and tingling and achy discomfort down his left arm extending into his left fourth and fifth fingers. He also had tenderness just above his clavicle. On physical exam there was no bruising or abrasion present in the left neck and left upper chest. The area above the left clavicle was tender to palpation. The clavicle was nontender. He had normal movement of his arm. At this time his PCP recommended a neurology consult and a possible EMG based on the neurologist recommendations. The patient was prescribed Gabapentin 300 mg 3 times a day.

On 9/23/2019 the patient was referred from his PCP to neurology for evaluation of his pain. According to the documentation there was inconsistency's regarding how much Gabapentin he was taking. It appears the patient was upset and was using a loud voice with multiple expletives. He states that he had burning sensation in his neck and his neck hurts. Mr. Harper got angry and did not see how questioning about prior neck surgery correlated with his current pain. He states that he had neck

surgery roughly 10 years ago and had a fall at some time after and his pain returned. Ultimately this encounter was aborted, and Mr. Harper left without further treatment recommendations.

There is a nursing note indicating that Mr. Harper had an unsatisfactory consult with Dr. Kaur, neurology, and is requesting to be seen in the community.

On October 10, 2019 Mr. Harper presented to a second neurologist, Dr. Michael Hehmann. He states he has symptoms involving the left arm and elbow with symptoms shooting down to his left fingers. Eight to ten weeks prior, he was at Starbucks and umbrella and awning came down and hit him on the left side of the neck. He states it almost "impaled him". He had immediate shooting pain down through the left arm. His symptoms are increased when he turns his head to the right side. He has shooting pain down through the left anterior chest area, underneath the elbow, down to the fourth and fifth digits and the entire hand. He states he does have a history of neck surgery in the past. On physical exam he had a normal neck exam. He does have shooting pain down the left with turning his head to the right. He also has tenderness at his medial elbow. He has normal strength distally. He had a nerve conduction study which was performed at that time indicating a normal exam. At this point, Dr. Hehmann felt he had a stretch injury to his brachial plexus with no evidence of permanent damage on EMG. At this time, he recommended to avoid physical therapy and they will take a watch and wait approach. He was to continue his Gabapentin.

On 12/4/2019 he presented back to Dr. Hehmann. He commented that he had no abnormality on his EMG. He then sent him for an MRI of his left shoulder to include the left brachial plexus with and without contrast. He also put him on 75 mg of Lyrica 1 tablet in the afternoon for 3-4 days and then 1 tablet twice a day.

There is an MRI report without a date on it. Presumably this was from after his visit with Dr. Hehmann. There is no evidence of brachial plexus injury and an unchanged imaging of his ACDF of C5-C7.

On January 7, 2020, he underwent an EKG which showed a normal sinus rhythm and was overall normal exam. And on February 25, 2020, Mr. Harper had labs drawn. This included a CBC indicating slightly elevated red blood cells, hemoglobin, hematocrit. He also had a CMP showing a mildly elevated BUN a low sodium, high alk phos. He also had a triglyceride panel and vitamin D.

According to the medication notes he also was taking Gabapentin, Ibuprofen, Cyclobenzaprine for muscle relaxation, and Lidocaine patches.

On March 30, 2020, there is a nursing clinical note indicating there was a phone call in. Mr. Harper states he is still having left-sided neck pain. He is refusing to take Ibuprofen due to the media reports that it is causing Covid 19 to be worse and he is not going to take the risk. He is requesting Tylenol 3 to help with the pain which he rates as a 5-9 out of 10 and as a dull ache with tingling. They sent additional Lidocaine patches.

On April 2, 2020, he presented back to Dr. Hehmann, his neurologist. He continues to complain of pain of achiness and pain through the left arm. On physical exam the record states that he had 5 out of 5 motor exam in the upper or lower extremities as well as normal sensation. It states he does have weakness and numbness in the left side. He has a little bit of drift on the left side as well with tingling pain down the left arm. This note states that he has a history of neurologic findings consistent with a brachial plexopathy. Upon trying to review his MRI he states that the patient had not had an MRI scan

of his brachial plexus yet. They will try Lyrica. If the Lyrica is not useful, they can consider Tylenol with Codeine or Tramadol.

On April 22, 2020, there is a nursing clinical note indicating that Mr. Harper would like to be seen again by his neurologist because the Lyrica that was started for pain relief is having little positive affect.

On May 18, 2020, Mr. Harper presented back to his neurologist. This was after his MRI. It showed postsurgical areas at C5-6 and C6-7. In this note he states that he has symptoms down to his fingers, but he mainly has findings consistent with shoulder pathology. He has C6-7 findings down to the fingers. In terms of pain and decreased range of motion in his shoulder, it looks like it is more shoulder pathology. Mr. Harper states they are ready to do shoulder surgery on the left. He had a productive shoulder surgery on the right. In terms of his MRI scan of the brachial plexus, it did not show any evidence of tears or bleeding.

On June 8, 2020, Mr. Harper has a care management note indicating that the Lyrica does not help. They were awaiting orders and recommendations from the neurologist. The care coordinator found a letter from the neurologist stating "it may be reaching the point where he will need to have a procedure on the left shoulder. He does have C6-7 findings down to the fingers. In terms of the pain and decreased range of motion in his shoulder, it looks like it is more shoulder pathology."

On June 12, 2020, Mr. Harper had a left shoulder x-ray. This study was normal. He had a normal study of his left knee.

On June 29, 2020, Mr. Harper presented back to his neurologist. At this time, he felt that the majority of his pain was due to his shoulder. He had pain in the left shoulder area with a clicking and crunching noise in that area. He had an unremarkable MRI of his brachial plexus and the neurologist felt that the shoulder itself is his problem. He states he had normal range of motion of the neck, skull, and scalp.

On July 16, 2020, patient underwent a left shoulder MRI. This showed focal increased signal at the rotator cuff attachment on the anterior lateral proximal humerus just above the greater tuberosity. There is a tiny volume of fluid in the subacromial and subdeltoid bursa. There are moderate osteophyte marginating the AC joint which cause a mild degree of impingement on the supraspinatus musculotendinous junction. The findings are similar to the examination from 2016 but the current examination shows more convincing evidence of a small but complete rotator cuff tear.

On 7/21/2020 the patient presented to Dr. Mark Luker, an orthopedic surgeon. He states that he had left shoulder pain and numbness beginning in August 2019 after being struck by the umbrella at Starbucks. He states the pain runs down the entire arm, but it localized and is most intense from the elbow to the fingertips on the ulnar half of his hand. It is intensified by reaching out away from the body or sleeping on the shoulder. He describes the pain in his forearm and hand as a dull, constant ache, unable to get comfortable even at rest. He has numbness in his hand at times. He describes an electric shock sensation localized in the supraclavicular region, accompanied by tingling sensation into the forearm and hand. He gets relief by straightening the elbow, but the dull pain sensation never completely dissipates. He notes that turning his neck ROM will send a shock into his clavicular region. On physical exam he had tenderness to palpation at the sternocleidomastoid, lateral to this, his clavicle, pectoralis, subclavicular area. He had full range of motion and full strength in all testing. He also had awkward elevation of his shoulder in the mid-range where the "catch" is located. At this time, Dr. Luker

felt that he did have a left shoulder rotator cuff tear however his current symptoms seem to be nerve based. He felt that this was most consistent with an ulnar nerve issue or double crush syndrome. He did not feel that rotator cuff surgery would address the current complaints or nerve symptoms. At that time, he would like to send him to his hand partner for further evaluation.

On 8/12/2020 the patient presented to Dr. Treadwell, orthopedic hand surgeon. Mr. Harper states his left hand and finger numbness is predominantly in the small finger. He states the problem involves the small and ring finger of the left hand. He does not have any shoulder pain today. On physical exam he has a positive Tinel's at the elbow, positive flexion compression, a positive Froment sign, a negative Wartenberg sign, and two-point discrimination to 9 mm. At that time, he ordered electrodiagnostic studies, initiated splinting, started vitamin B6. He states that he will also send the patient for an MRI of his left brachial plexus. He believes the patient does have cubital tunnel, but it is an unusual presentation and had no symptoms prior to the injury he sustained a year prior. He still has shock like sensations when turning his head. This does not radiate down to the arm, however.

On 9/8/2020 Mr. Harper underwent an MRI of his left brachial plexus. According to the report this was a normal, unremarkable study.

On 9/11/2020 Mr. Harper re-presented to Dr. Treadwell. At this time, his physical exam was positive for a Tinel's at the elbow, a positive flexion compression test, and negative Froment sign, a positive Wartenberg sign, negative intrinsic atrophy, and two-point discrimination to 8 mm. In regards to his MRI of his brachial plexus he had no neuroma noted. Surgical options were discussed however the patient elected not to proceed with a cubital tunnel release and they were to follow-up after continuing conservative management.

On 12/16/2020 Mr. Harper re-presented to Dr. Treadwell. At this time, his physical exam indicated a positive Tinel's in flexion compression at the elbow, a negative Froment and Wartenberg, two-point discrimination to 9 mm. In this note there is documentation that the nerve conduction study demonstrates cubital tunnel syndrome on the left. There is indication that there is also a 1 cm x 1 cm mass in the left proximal forearm. After discussion Mr. Harper elected to proceed with left cubital tunnel release as well as the small mass excision.

On March 4, 2021 Mr. Harper presented to a new provider that was taking over his primary care duties. His main complaint was chronic pain. According to the note, he fell off of a roof a few years ago and landed on his head, bending him backwards. He has had fairly severe neck pain since then. And again 1 year prior he had the incident at the Starbucks coffee shop with the umbrella hitting his left neck. They noted that the patient had testing showing a left ulnar neuropathy and needing transposition. He was scheduled for this, but it was not approved by the VA. At this visit the plan was to try new prescription strength pain medicine. He was then re-referred to Dr. Luker/Treadwell for his ulnar nerve surgery.

The next document is from March 25, 2021. This is a nursing clinical note. This is a telephone message saying the patient would like a call. Mr. Harper said that the meds given for his elbow did not help. He uses Lidocaine patches at night, uses ice packs and uses the Diclofenac gel for the ulnar nerve in the left arm. It is constant 5-8 out of 10 with numbness and tingling in the middle and ring finger.

On 4/27/2021 Mr. Harper re-presented to Dr. Treadwell, his hand surgeon. His exam was relatively unchanged with a positive Tinel's in flexion compression and two-point discrimination to 9 mm. He also

has a negative Froment's and a negative Wartenberg sign. Again, they discussed surgery and elected to proceed with left cubital tunnel release and remove a small mass.

On 6/3/2021 the patient underwent a left cubital tunnel release with transposition by Dr. Treadwell. In the note it also indicates that there was a tight area of compression that was released and due to the unstable nature of the nerve transposition was warranted and performed.

On 6/9/2021 Mr. Harper presented to the orthopedic clinic for his postoperative visit for his cubital tunnel release with transposition. He states that he has moderate pain in the left arm and burning pain in the left shoulder as well as continued numbness over the left-hand ulnar distribution. Patient states he is not sleeping well due to the pain. On physical exam there is a small collapsed fracture blister at the proximal incision. There is moderate swelling over the entire arm and dark purple ecchymosis extending over the volar aspect of the shoulder into the forearm. All compartments were soft. At this time, he was given pain medicine, redressed, and was instructed to avoid heavy lifting.

On 6/14/2021 Mr. Harper presented back to Dr. Treadwell for postop appointment. The patient states he is in a fair amount of pain. There is some swelling with tenderness over the incision. Patient also had considerable ecchymosis from the axillary region on the medial side all the way down into his forearm and into his wrist region. At this time, sutures were removed, again he was instructed to avoid heavy lifting and pulling. Dr. Treadwell was concerned that this patient may have a protracted recovery given the considerable nerve irritation from his prior neck injuries. He also states that the patient has considerably more ecchymosis than he is used to seeing on his cubital tunnel releases.

On 7/12/2021 Mr. Harper re-presented to Dr. Treadwell. At this time, cubital tunnel symptoms of swelling have gone down but he still has soft tissue swelling within the hand and the digits. On physical exam he has improved elbow, wrist, and finger range of motion and is neurovascularly intact. There is pitting edema along the subcutaneous border of the ulna. Mr. Harper was sent to hand therapy for edema control and soft tissue massage.

On 7/28/2021 Mr. Harper had his initial appointment with occupational therapy at that time the incision was healed. He had no visible hand atrophy no clawing, mild edema in his forearm. His Dash score was 63.64. On his grip strength he had 112 pounds on the right and 25 pounds on the left. His median innervated digits have diminished light touch to the 3.2-3.6 mm filament. His ring finger and small finger had diminished protective sensation of 3.4-4.3 mm filament. He also had hypersensitivity about his incision.

On 8/5/2021 Mr. Harper re-presented to therapy. He had limited tolerance for nerve glides, elbow and wrist extension was moderately aggravating. They reviewed the normal nerve conduction study performed in 2019 with no indication of nerve involvement but they were awaiting the op report from Dr. Treadwell's office. They questioned if the nerve was potentially scarred down.

He continued this 1-2 times per week.

On 8/23/2021 Mr. Harper re-presented to Dr. Treadwell. He does not describe significant pain, his pain is overall decreased since surgical treatment. He still has numbness along the dorsum of the forearm, he also has pain and numbness along the palmar surface of the small finger and ring finger. He has no paresthesias on the dorsum of the hand. The patient has a positive Wartenberg sign and a positive Tinel's over the anterior aspect of the elbow. At this point Dr. Treadwell felt that there was minimal

improvement with regards to paresthesias. At this time, he would continue to follow and see him back in 6-8 weeks. If the symptoms have not improved by then he would consider an MRI as there may be Guyon canal compression based on his physical exam.

On 10/5/2021 Mr. Harper re-presented to Dr. Treadwell's office. He states the symptoms have not significantly improved since last visit. His surgical incision is healed however he continues to have a Wartenberg sign. At this point Dr. Treadwell felt that it would be best to refer him to the neurosurgery team at University of Colorado. He felt that a true evaluation of his brachial plexus would be warranted.

On 2/2/2022 Mr. Partner presented to Grand Valley neurology, Dr. Joel Dean. Mr. Harper recounts the story of the umbrella. The description of the pain is complete in this note. There were 2 distinctive types of pain. Pain that radiated down the arm that was crushing and heavy. Sometimes leaning over and just allowing the arm to hang which seem to help a bit. He also had numbness in his hyperthenar region, the fourth and fifth digit, and the ulnar aspect of his forearm. The other pain was in his neck region. He would get electrical jolts overlying the areas of Erb's point and radiating up the neck. It would radiate on the anterior chest down below the clavicle. Initially this would happen several times a day often with head turning. It did not radiate down the arm. Now this may happen 1, 2 or 3 times a week. Mr. Harper states that after his ulnar nerve surgery it may have improved his arm pain to a moderate degree. It did not affect the electrical pain in the shoulder and neck area. The numbness in the ulnar distribution of left arm especially the hypothenar region is more pronounced. He also has pronounced weakness in his left pinky since surgery. On physical exam most specifically he had 5 out of 5 strength in his finger extensors, the flexor carpi ulnaris and flexor carpi radialis are strong. His finger abductors are 4 out of 5, his abductor pollicis brevis is 5 out of 5. His interossei are weak. Pinprick sensation is diminished beginning in the ulnar aspect of the forearm about 9 inches distal to the elbow it extends on to the hyperthenar region in the fourth and fifth fingers. EMG testing was done at this time as well. The first dorsal interosseous and the abductor digit the minimi demonstrate polyphasic activity. The abductor digiti minimi demonstrates some dropout of motor units. The other muscles tested were normal. There is some slowing across the elbow with absent ulnar sensory but normal radial and normal median nerves. Dr. Dean felt that there was no clear evidence of brachial plexus injury however he felt that brachial plexus irritation was possible. This was based on the patient's narrative. He felt the symptoms in the left arm are more likely to be related to ongoing ulnar nerve difficulty. He opined that if the numbness in the 2 lesser digits were emanating from the brachial plexus, we would expect to see a lot more going on. If the most caudal portion of the plexus were involved one would almost have to see involvement in the more rostral portions of the plexus and we have no historical or examination evidence to suggest that.

Mr. Harper's nerve conduction study from that visit is available for review and agrees with the above findings.

On April 13, 2022, Mr. Harper presented to the second hand surgeon, Dr. Kavi Sachar. He saw him for his left hand and elbow as well as his left thumb. On his physical exam he states the patient had pain over the A1 pulley of the thumb. He also states that the patient had a positive Wartenberg sign on the left. This limited his ability to make a composite fist. On exam he had decreased sensation in the left small finger and positive locking of the left thumb. Dr. Sachar offered a trigger thumb release, and felt the patient should go to the brachial plexus clinic.

On 6/16/2022 Mr. Harper underwent a left trigger thumb release with Dr. Sachar.  And on June 29, 2022, he has first postop visit via telemetry health.  His wounds were healing well, and he had no triggering.

After this extensive review, it is my opinion that the documents do not support a reasonable degree of medical probability that the forceful impact from the umbrella to the left neck caused a brachial plexus injury.  This opinion is based on multiple aspects in this case.  Firstly, Mr. Harper's pain descriptors would indicate the lower trunk of the brachial plexus is the compromised location.  The typical mechanism for lower trunk injury is a traction injury with the arm fully abducted, not a compressive force.  A compressive force such as a strike to the supraclavicular region will more readily generate an upper trunk lesion, namely more neck and shoulder dysfunction.  The lower trunk of the brachial plexus is both inferior and posterior to the upper portions of the brachial plexus.  I do not feel that a blunt trauma in the supraclavicular region can affect the lower trunk without affecting the remaining more proximal portions of the brachial plexus as well. Mr. Harper also underwent an extensive workup including multiple MRIs and nerve conduction studies which do not support a brachial plexus injury.  Additionally, Mr. Harper has a history of cervical spine issues as well as left-sided surgical shoulder pathology.  These problems were pre-existing and comparative imaging from preinjury and postinjury do not show meaningful change in regard to this pathology.

Mr. Harper may have developed cubital tunnel syndrome which ultimately required release and transposition, however, the impact from the umbrella also did not cause his cubital tunnel syndrome. The ulnar weakness in his physical exam can be attributed to his cubital tunnel syndrome and the isolated nature of this would indicate that the source of this is the ulnar nerve and not a more proximal lesion.  The most recent nerve conduction study from February 2022 showed isolated neurologic compromise to the ulnar nerve without evidence of brachial plexus involvement.  There were polyphasics in the ulnarly innervated musculature.  Polyphasics can be an indication of recovery after a muscle has lost some of its neural input.  However, denervated muscles degrade irreversibly at 5% per month.  One would not expect any of these changes from an injury that happened 3 years prior.  It is with greater than 51% of medical certainty that these findings are related to the recent cubital tunnel release surgery and not from his traumatic injury in 2019.

Similarly, it is very possible that he developed trigger thumb in isolation from his incident with the umbrella.  It is reasonable to think that he developed trigger thumb and that he required a release.  I do not feel, however, that it is possible that his trigger thumb is at all related to his umbrella incident. Trigger thumb is an injury of inflammation around the tendon in the thumb.  There is no correlation between the supraclavicular area of your neck and the flexor tendon of your thumb.  I feel with greater than 51% of medical certainty that this diagnosis is not related to the traumatic injury in 2019.

**ADDENDUM  October 10, 2023**

Thank you for the opportunity to review medical records and provide opinions on this matter.  I reviewed my original report dated 03/08/2023, and then the additional records.  I was provided with legal documents pertinent to the case, billing analysis, rehab medicine review,

Section 1 of the additional documents contains legal documentation. This includes permission for an independent medical examination from Dr. Price. There are documents submitting the qualifications of the expert witnesses. The expert witnesses include Dr. Price, Mr. Bhasker, Dr. Treadwell, Mr. Rice, Ms. Fournier, Dr. Dean, Ms. Hanley, Dr. Hehmann, Dr. Luker, Dr. Winnefeld, and Dr. Sachar.

Section 2 consists of Acumed's billing analysis. Their analysis concluded that the bills were a reasonable amount.

Section 3 consists of Dr. Price's independent medical examination and impairment rating. In her independent assessment the patient was unable to move his arm. His motion was limited in the shoulder. Forward flexion to 90°, extension to 20°, abduction to 90°, adduction to 30°. Internal rotation was 20° and external rotation was 25. Elbow flexion was 140° and extension was 0. Pronation and supination were both 90, wrist flexion was 60° wrist extension was 60°. Radial ulnar deviation was 60°. He had sensory loss in the ulnar distribution. He has some weakness in the ulnar muscles of the fourth and fifth digit of the profundus but otherwise his strength seemed to be good, but he has a decreased grip. His fingers "do not want to close on the fourth and fifth". Cervical spine range of motion is limited. The left shoulder shows evidence of impingement. His neurological exam was normal.

Dr. Price opined that she did not think he had complex regional pain syndrome. It did appear that he had shoulder impingement which had gotten worse as a result of his injury. She felt he has rotator cuff impingement, left ulnar neuropathy with transposition, and evidence of motor and sensory ulnar weakness. She felt that since he did not have any arm pain before the incident that the injuries were a result of the incident, and that the treatment thus far was necessary. She felt the patient does need ongoing shoulder treatment including physical therapy. She opined he might benefit from corticosteroid injections at the AC joint and the subacromial area. Acupuncture would also be reasonable. She felt that the ulnar nerve symptoms are likely permanent. Using the fifth edition of the guidelines she felt he had a 16% whole person impairment. Her impairment rating worksheets are included.

Section 4 consists of a journal article from the Journal of safety research. The title of the article is Beach and patio umbrella injuries treated at emergency departments. The frequency of reported injuries in descending order were lacerations, contusions or abrasions, and internal organ injury.

This section also consists of an analysis of the furniture purchased by Starbucks. In this analysis by Mr. Backer, he concluded that Starbucks was responsible for maintaining a reasonable level of safety with their outdoor and indoor dining and drinking facilities. His conclusion is that if the Starbucks had followed the proper wind speed and windy conditions safety guidelines from the manufacturer and Starbucks itself the subject umbrella would have been closed.

And finally, section 5 consists of a list of bills associated with this claim.

After re-reviewing my report and performing the extensive review above, my opinions as previously provided are entirely unchanged. The question at hand is not whether the treatments thus far have been appropriate for cubital tunnel syndrome or if the umbrella struck him. I do feel that his treatment thus far has been appropriate for the diagnosis of cubital tunnel syndrome. I also do not think that it is in question whether the umbrella struck him or not. However, it is still my opinion that an isolated lower trunk injury of the brachial plexus with sparing of the upper trunk and middle trunk is not possible with

this mechanism of injury.  Furthermore, I do not feel that an umbrella impacting the head and neck region will cause shoulder impingement or cubital tunnel syndrome.


Thank you for the opportunity to review additional medical records in this matter and provide additional opinions.  If I can provide you with any additional information, please do not hesitate to contact me.

Respectfully submitted,

Matthew R. Delarosa, MD

1

Matthew Delarosa

## Education

| 2009 – 2013 | Louisiana State University Health Science Center School of Medicine |
| | Medical Doctorate, May 2013 |

| 2005 – 2009 | University of Texas at Austin, College of Natural Sciences |
| | B.S. in Marine and Freshwater Biology, August 2009 |
| | GPA 3.9/4.0 |

## Post Graduate Education and Training

| 2013 – 2018 | Louisiana State University Health Science Center |
| | New Orleans, LA |
| | Department of Orthopaedic Surgery |
| | Resident, July 2013 – Current |
| 2018 – 2019 | OrthoCarolina Hand and Upper Extremity Fellowship |
| | Charlotte, NC |
| | OrthoCarolina Hand Center |
| 2019 | Further Peripheral Nerve and Brachial plexus training with Dr. Jayme Bertelli |
| | Florianopolis, Brazil |

## Medical Licensure

Medical Doctor – Louisiana State Board of Medical Examiners
    Date of issue: July 2013
    Status: Inactive
Medical Doctor – North Carolina Board of Medical Examiners
    Date of issue: March
    2018 Status: Inactive
Medical Doctor – Colorado Board of Medical Examiners
    Date of issue: June 2019
    Status: Active

## Professional Affiliations

| 2013 – Present | American Academy of Orthopaedic Surgeons |

Member

2016 – Present          American Society for Surgery of the Hand
                        Candidate Member

2013 – Present          Louisiana Orthopaedic Association
                        Member

2016 – Present          Southern Orthopaedic Association
                        Member

## Honors and Awards

| 2018 | Orthopaedic Resident of the Year |
| 2017 | LSU Ortho Andrew King Resident Teaching Award |
| 2017 | LSUHSC Resident of the Year |
| 2017 | Orthopaedic Resident of the Year |
| 2014 | Orthopaedic Intern of the Year |
| 2014 | Runner Up for LSUHSC intern of the year |
| 2009 | Graduate with Honors – University of Texas at Austin |
| 2008, 2009 | Distinguished College Scholar– University of Texas at Austin |
| 2006, 2007, 2008 | Outstanding returning counselor for Muscular Dystrophy Camp |

## Research Experience

2012          *Pre-Patelar Soft Tissue Thickness is a Better Predictor of TKA Difficulty than BMI*
              Authors: Delarosa MR, Duarte R, Dasa V
              Institution: Louisiana State University, Department of Orthopaedic Surgery
              Status: Poster Presentation at Louisiana Orthopedic Association Annual Meeting

2012          *Efficacy of CPM as it related to pain reduction in post TKA patients*
              Authors: Delarosa MR, Kyle BJ, Dasa V
              Institution: Louisiana State University, Department of Orthopaedic Surgery
              Status: Poster Presentation at Louisiana Orthopedic Association Annual Meeting

2014          *Assessment of Severe Extremity Wound Bioburden at the Time of Definitive Wound Closure or*
              *Coverage: Correlation with Subsequent Post- Closure Deep Wound Infection*
              Authors: Bosse M, Dasa V
              Institution: Department of Defense, Carolinas Medical Center, Louisiana State University,
              Department of Orthopaedic Surgery, + 19 other medical centers
              Status: Sample Collection

2015          *Local Antibiotic Therapy to Reduce Infection after Operative Treatment of Fractures at High Risk*
              *of Infection: A Multicenter Randomized, Controlled Trial*
              Authors: O'Toole RV, Dasa V
              Institution: Department of Defense, University of Maryland School of Medicine, Louisiana State
              University, Department of Orthopaedic Surgery, + 19 other medical centers
              Status: Data Collection

2016          *Correlation of Anterior Cervical Plate Mal-alignment with Clinical Outcomes*

Authors: Delarosa MR, Eiserloh H
Institution: Louisiana State University, Department of Orthopaedic Surgery, Baton Rouge
Orthopedic Clinic
Status: Poster Presentation at Louisiana Orthopedic Association Annual Meeting

2016    *A Comparison of Adductor Canal Blocks and Femoral Nerve Blocks to Aid Rapid Recovery
Following Total Knee Arthroplasty*
Authors: Delarosa MR, Fontenot P, Kyle BJ, Dasa V
Institution: Louisiana State University, Department of Orthopaedic Surgery
Status: Manuscript submitted

2016    *Trans-scaphoid Radiocarpal Dislocation with Palmar Extrusion of Scaphoid Proximal
Pole: Case Report*
Authors: Delarosa MR, Krause PC, Pappas ND
Institution: Louisiana State University, Department of Orthopaedic Surgery
Status: Manuscript submitted

2016    *Radial Nerve Palsy Associated with Surgical Repair of Humeral Shaft Nonunion*
Authors: Delarosa MR, Krause PC, Koh J, Tornetta P III + 9 other medical centers.
Institution: Multicenter. Primary: Boston University School of Medicine Louisiana State
University, Department of Orthopaedic Surgery
Status: Poster Presentation at Orthopedic Trauma Association Annual Meeting

2017    *Factors Influencing Infection Rates After Open Metacarpal Fractures*
Authors: Delarosa MR, Royals TP, Pappas ND
Institution: Louisiana State University, Department of Orthopaedic Surgery
Status: Manuscript writing

2017    *Total Shoulder Resurfacing with an Inlay Glenoid is a Safe and Effective Method for the Treatment
of Glenohumeral Arthritis*
Authors: Delarosa MR, DeJean K, Cascio B
Institution: Louisiana State University, Department of Orthopaedic Surgery, Cascio Sports Medicine
Status: Poster Presentation at Louisiana Orthopedic Association Annual Meeting

2018    *Primary Surgical Treatment of Erythema Elevatum Diutinum*
Authors: Delarosa MR, Ahmad S, Ahmad R, Kleinman W
Institution: Louisiana State University, Department of Orthopaedic Surgery
Status: Published JHS

2018    *Team Approach: Modern Day Prosthetics in the Mangled Hand*
Authors: Delarosa MR, Gaston RG, Loeffler B
Institution: OrthoCarolina, Hand Center
Status: Published JBJS

2018    *Return to Work after common Hand procedures. An ASSH Survey*
Authors: Delarosa MR, Chadderdon RC, Gaul J
Institution: OrthoCarolina, Hand Center

Status: Accepted for Presentation

2018        *Branching patterns of Median Nerve in relation to Palmaris Longus*
            Authors: Delarosa MR, Melamed E
            Institution: OrthoCarolina, Hand Center, NYU Hand Department
            Status: Accepted for Publication

2018        Case Report on a Novel TMR technique for Digital Neuromas
            Authors: Delarosa MR, Daley D, Gaston RG, Loeffler B
            Institution: OrthoCarolina, Hand Center
            Status: Data Collection

2019        Targeted muscle reinnervation following upper and lower extremity amputation for unresectable
            soft tissue sarcomas: a multi-disciplimnary team approach
            Authors: Delarosa MR, Daley D, Gaston RG, Loeffler B, Patt JC
            Institution: OrthoCarolina, Hand Center
            Status: Accepted for Publication

2020        Treatment of Avascular Necrosis in Adult Humeral Capitellum with Vascularized Humeral Bone
            Graft
            Authors: Delarosa MR, Ahmad R, Ahmad S, Daigle C
            Institution: LSUHSC New Orleans
            Status: Submitted for publication

## Organizations and Positions

2010 − 2013        Founding member of Student Interest Group for Music & the Arts (SIGMA)
2009 − 2013        Interest Groups: Orthopaedic Surgery, Surgery, Neurosurgery, Plastics and
                   Reconstructive Surgery
2005 − 2006        Sigma Alpha Epsilon Fraternity, Texas Rho Chapter, Philanthropy Chair

## Community Service/Volunteer Work

2013 − Present     Resident Lecture LSUHSC Medical School Critical Concept Course
                   Orthopedic Emergencies: Splinting and Arthrocentesis
2013 − Present     LSU Medical School Anatomy Resident Lab
2016               Flood Relief Efforts − Raised money, toys, and clothes for the children displaced by
                   South Louisiana Floods
2012               SIGMA Concert Event for Operation Smile
2011, 2012         SIGMA Battle of the Bands fundraiser for Camp Tiger
2010               Jungle Medic Mission Trip − Provide healthcare to Mayan tribes throughout
                   Guatemala
2010               LSUHSC Camp Tiger for children with special healthcare needs
2006 − 2009        Pi Beta Phi *Bowling For Literacy*, Austin, Texas − Outreach to children for literacy
2005 − 2009        Sigma Alpha Epsilon Fraternity *Cookin' for Kids*, Austin, Texas−Proceeds to East

5

|  | Austin Boys' and Girls' Club |
| 2005 – 2009 | East Austin Boys' and Girls' Club – Read, tutored, and cared for the children |
| 2005 | Katrina Relief Efforts – Raised money, toys, and clothes for the children displaced by Hurricane Katrina |

## Training Courses

Louisiana Diabetic Foot Conference 2013, 2014
Louisiana Orthopedic Association Conference 2013, 2014, 2015, 2016
AO Basic 2014
AAOS Annual meeting 2014
SOA Annual meeting 2016
Musculoskeletal Oncology Course 2016
ASSH Comprehensive Flaps course 2017, 2018
Mayo Microsurgical Course 2018

## Statewide Grand Round Presentations

| 10/20/2017 | TFCC Tears and DRUJ Instability |
| 5/24/1017 | Scapholunate Dissociation |
| 2/15/1017 | Problematic Distal Radius Fractures and How to Treat Them |
| 8/17/2016 | Salvage Procedures of Scaphoid Nonunions |
| 8/10/2016 | Chronic Patellar Tendon Reconstructions |
| 1/6/2016 | UCL reconstruction of the medial Elbow |
| 11/25/2015 | Arterial Injuries associated with Multiligamentous knee injuries |
| 7/22/2015 | Congenital Clubfoot |
| 5/22/2015 | Longitudinal Epiphyseal Bars |
| 2/11/2015 | Traumatic Atlanto-occipital dissociation |
| 1/28/2015 | Case Conference: Anterior Hip Dislocation after posterior THA |
| 9/24/2014 | Medial Malleolar Fractures: Fixation options and avoiding failures |
| 8/20/2014 | Lisfranc Injuries |
| 3/6/2014 | Pediatric Tibial Tubercle Fractures |
| 9/18/2013 | Distal Tibia Fractures |

## Didactic Lectures

| 2/9/2018 | Meniscal Injuries |
| 4/22/2016 | Hand Rehabilitation Principles |
| 2/12/2016 | Compression Neuropathies of the upper extremity |
| 12/4/2015 | Surgical Considerations in the Lumbar Spine |
| 9/4/2015 | Gap Balancing in TKA |
| 12/19/2014 | Research Design & Biostatistics |

## Hobbies, Interests, Talents

Artist, Musician, Personal Trainer
Cooking, Golf, SCUBA Diving, Hiking

# Dr. Matthew R. Delarosa

# Testimony List

Testimony: 8/23/2022
Amy Welker & Steven Welker v. Kishore Ramjiani
Arapahoe County District Court, Case Number: 2020CV31858
Plaintiff Counsel: Jason Walker, Bachus and Schanker
Defendant Counsel: John R. Rodman & Cala Farina, Rodman & Rodman, LLC

Testimony: 4/18/2023
Sentra Hannasch v. Hannah Hurlbut and Frederick Hurlbut
District Court, Douglas County, Case Number: 2022CV30349
Plaintiff Counsel: Jessica Schlatter, Ramos Law
Defendant Counsel: Trenton Ghoram, Jeremy R. Maline & Associates

# Matthew R. Delarosa, M.D., L.L.C.

**Orthopedic Surgery**
**Upper Extremity Specialist**
**Medical Legal Consultation**

### Legal Fee Schedule For:

### Depositions and Expert Testimony

**Depositions:** $2,000 per hour (1 Hour minimum). Preferably, Depositions are taken at the Dr.'s office. Depending upon case complexity, there may be additional charges for record review in preparation for Depositions. Zoom or other remote Depositions are acceptable and are also billed at $2,000 per hour.

**Testimony:**    If in the Denver metro area, the fee is $6,000.00 for the first four hours; this includes travel time, 4 hour minimum.
If outside the Denver metro area, i.e., Adams, Boulder, Jefferson, Golden Counties and Colorado Springs, the fee is $7,000 for the first 4 hours to include travel time.

Each additional hour is billed at $2,000/hour.

**A prepayment equal to the anticipated cost of trial testimony and depositions is required at least 10 working days prior to the appointment.**

Note:  For extended travel requiring an overnight stay, the travel arrangements and accommodations are the financial responsibility of the retaining party.

**Pretrial & Pre-deposition Consultation:  $750.00 per hour (1 hour minimum).**

CANCELLATION POLICY: Prepayment received for Trials, Depositions, IMEs and Legal Conferences, if cancelled more than ten working days prior to the scheduled appointment, will be refunded in full.
No refund will be given if cancelled ten working days or less from the appointment. If not paid ten working days prior to the appointment, the appointment will be removed from the Dr.'s schedule.

# EXHIBIT B

# Matthew R. Delarosa, M.D., L.L.C.

Orthopedic Surgery
Upper Extremity Specialist
Medical Legal Consultation

December 7, 2023

**Garnett Powell Maximon Barlow**

**Attn: Andrew Garnett, Esq.**

**C/O Integrated Medical**
**6143 S. Willow Drive, Suite 320**
**Greenwood Village, CO 80111**

**Re: Donald Harper**

**DOI: August 23, 2019**

**Claim#: 0130135**

**Addendum 12/7/2023**

Dear Mr. Garnett,

Thank you for the opportunity to review medical records and provide opinions on this matter.  I reviewed my original report dated 03/08/2023, my addendum report, and then the additional records.  I was provided with Mr. Harpers deposition.

After reviewing the entirety of the deposition there are a few key moments to address.  On page 41 beginning on line 15 he discussed the nature of his pre-existing left shoulder problem.  He states he never had an injury, but his rotator cuffs have worn out over time.  Over the ensuing pages he discusses that he had problems in both shoulders.  He scheduled his right rotator cuff first because his left side is his dominant side.  He wanted to "make sure the doctor knew what he was doing."  He states that the right side healed well, and he was planning to do the left side in the future.  On page 48 beginning on line 13 he begins discussing that he would like to get this umbrella situation sorted out before he pursues his left shoulder surgery.  On the following page beginning on line 17 he brings up that he is scared of further surgery due to the issues he has had in the past.  On line 14 further down on page 50 he describes his pain is on the top of his collarbone, right into his neck, underneath where everything goes and then it goes into my arm and fingers.

On page 57 beginning on line 9 he also states that his lack of motion is because of his rotator cuff problem.  He describes it as to Rex syndrome.  He further states that he has range of motion but pain with his elbow and forearm.

On page 65 he begins discussing his prior neck injuries.  He states that he was involved in a motor vehicle accident where a drunk driver hit him.  He hurt his neck and that required surgery.  He states he has a

steel plate and 9 screws, grafts, and all that in there. He states it was not an emergency surgery it slowly came on. That was roughly 20-35 years ago. He states the neck pain resolved after the surgery.

On page 67 on line 5 he begins the discussion where he fell off of a roof. He fell off of a roof during work off of a one-story building and he landed onto his head. During this fall he injured his head, his neck, and his left shoulder. He states when he fell the other individuals there wanted to call flight for life, however he got his son to drive him home. From the report he fractured something in his cervical spine where they wanted to do something with "cement in it". He took it easy for a while and it healed.

On page 85 beginning on line 20 is when the discussion of his back surgeries have come into play. Since June 2022 he has had 3 back surgeries and some leg nerve issues. On page 93 beginning on line 8 he states that he has had 3 back surgeries since the umbrella accident. He states his back wore out and he had a first surgery to start with, that did not work and so the same surgeon performed a second surgery to clean it up and that did not work. He states that he was in a wheelchair after this incident and then he went to a different surgeon who performed a third surgery, and it seems to be helping.

On page 121 beginning on line 7 he is discussing surgery that could potentially bring his little finger back in, he states he would like to get it done but he is a little bit worried about surgery given his experience as well as his wife's prior experiences.

After re-reviewing my report and performing the extensive review above, my opinions as previously provided are entirely unchanged. It is still my opinion that an isolated lower trunk injury of the brachial plexus with sparing of the upper trunk and middle trunk is not possible with this mechanism of injury. In discussing his prior surgical history, I do not think the lumbar spine issues are related. He does have a cervical spine fusion of likely 2 or 3 levels. A well-established concern with cervical spine fusion is adjacent segment disease. This is a situation where the surrounding levels of the fusion mass begin to deteriorate because of increased stress at those locations. This is a concern to develop further neurologic issues down the road after cervical spine fusion. This is unrelated to his injury during the umbrella incident. Furthermore, I do feel that with the volume of cervical spine surgery and injury he has had there is likely a decent amount of scar tissue around his nerves. This could be a predisposing factor to develop his current symptoms. Additionally, a traction injury in that setting could pull on tethered nerves and cause a problem. This, however, is not the mechanism of injury in question. Again, I think that with his mechanism of injury being a penetrating trauma type event without substantial upper or middle trunk injury, it is not possible to have an isolated lower trunk injury of his brachial plexus. If we are to assume that he has developed this problem from a traction type injury, which is not the mechanism from the umbrella, then all his current brachial plexus symptoms are a pre-existing condition or predisposed from pre-existing conditions and his prior surgical/injury history.

Thank you for the opportunity to review additional medical records in this matter and provide additional opinions. If I can provide you with any additional information, please do not hesitate to contact me.

Respectfully submitted,

Matthew Delarosa, M.D

Board certified orthopedic surgeon

# EXHIBIT C

Documents made available to Matthew R. Delarosa, M.D.
Civil Action No. 1:21-cv-03295-GPG-SKC

Complaint and Jury Demand
Starbucks Corporation's Answer to Complaint
Starbucks Corporation's Initial Disclosures
Plaintiff's First Supplemental Disclosures
SCLHI 1 SCL Health Imaging
SMMCX 1 SCL Health St. Mary's Imaging
VAX 1 Dpt. of Veteran Affairs Imaging
ACWB 1-2 Anesthesia Consultants of the West Billing
ACWB 2-3 Anesthesia Consultants of Western CO Billing
DCHB 1-4 Delta County Hospital Billing
DCHR 1-12 Delta County Hosp Recs
GBSCB 3-4 Grand Valley Surgical Center Billing
GVNB 1 Grand Valley Neuro Bill
GVNB 2-3 Grand Valley Neuro Billing
GVNR 1-8 Grand Valley Neuro Recs
GVSCB 1-2 Grand Valley Surgical Center Billing
GVSCR 1-44 Grand Valley Surg Ctr encl Recs
IMPTR 1-23 In Motion Therapy Recs
IMPTRB 1-4 In Motion PT Montrose Billing
MFMB 1-3 Dr. Hehmann Billing
MFMR 1-7 Michael Hehmann Neuro encl Recs
SCLHB 1-15 SCL Health Ortho Billing
SCLHPR 1-48 SCL Health Prior Recs
SCLHR 1-29 SCL Health Ortho Recs
SCLHR SCL 30-57 Health encl Med Rec
SMMCB 1-3 St. Mary's Billing
SMMCR 1-10 St. Mary's Recs
SSB 1 Steadman Surgical Billing
SSR 1-9 Steadman Surgical Recs
TSCB 1-2 Steadman Clinic encl Med Bill
TSCR 1-15 Steadman Clinic encl Med Rec
VAB 1-11 VA encl Updated Bill Ledger
VAB 1-12 Accumed VA Billing
VAPR 1-207 Dept of VA encl Prior Recs
VAR 1-482 Dept of VA encl Records
Plaintiff's Expert Disclosures and Exhibits 1-15
Plaintiff's Deposition Transcript