

Erik Moya <edm@denvertrial.com>

## Harper v. Starbucks - Draft Protective Order

**Andrew Garnett** <andrew.garnett@garnettlegalgroup.com>   Thu, Oct 26, 2023 at 2:12 PM
To: Erik Moya <edm@denvertrial.com>
Cc: Sean Dormer <smd@denvertrial.com>, Donivan Tarpley <jdt@denvertrial.com>, KC Harpring <kch@denvertrial.com>, Tracy Williams <tracy.williams@garnettlegalgroup.com>, Rob Barlow <rob.barlow@garnettlegalgroup.com>, "HarperZ8821249@projects.filevine.com" <HarperZ8821249@projects.filevine.com>

Great. Thank you, we will file.

Andrew

**Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/

*When Trial Experience Matters.*

---

**From:** Erik Moya <edm@denvertrial.com>
**Sent:** Thursday, October 26, 2023 2:02 PM
**To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
**Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Rob Barlow <rob.barlow@garnettlegalgroup.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Yep this still works. Thanks!

On Thu, Oct 26, 2023 at 12:24 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Erik,
>
> I apologize, I think I failed to follow through on filing the protective order back at the end of August.

Here is a draft motion to put with the protective order.

Is this acceptable? I will get it on file.

Thank you,

Andrew

**Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/

*When Trial Experience Matters.*

---

**From:** Erik Moya <edm@denvertrial.com>
**Sent:** Thursday, August 31, 2023 2:23 PM
**To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
**Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Hi Andrew,

Sorry for taking a bit, we were looking at the PO and how it matched with our obligations to the outside parties we've briefly discussed. We should be good to sign this PO so you can file with the Court with my signature. I'll also ask Donivan to follow up with Mr. Harper on availability in October. Thanks!

On Wed, Aug 23, 2023 at 11:52 AM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Erik,
>
> Here is a revised/redlined protective order removing the sharing provision language and some other superfluous language per our discussion last week.

Please let me know if you have any questions or concerns. Happy to jump on a quick call to discuss.

Also, can you please look at your calendar the first week of October and let me know when you and your client would be available for his deposition?

Thank you,

Andrew

**Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/

*When Trial Experience Matters.*

---

**From:** Andrew Garnett
**Sent:** Tuesday, August 22, 2023 2:53 PM
**To:** Erik Moya <edm@denvertrial.com>
**Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** RE: Harper v. Starbucks - Draft Protective Order

Erik,

Thank you again for your patience. Here are the documents. We will serve amended first supplemental disclosures and second supplemental disclosures momentarily.

**Error! Filename not specified.**2023-08-22 Starbucks Production

Please let me know if you have any trouble opening this link or accessing the documents.

Thank you,

Andrew

**Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/

***When Trial Experience Matters.***

---

**From:** Andrew Garnett
**Sent:** Tuesday, August 22, 2023 1:31 PM
**To:** Erik Moya <edm@denvertrial.com>
**Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Hi Erik,

Sorry for the delay. I should have those documents to you today and a revised po shortly.

Thanks for your patience.

Andrew

> On Aug 22, 2023, at 1:25 PM, Erik Moya <edm@denvertrial.com> wrote:
>
> Hey Andrew,
>
> Following up again on this issue; can y'all disclose the documents not subject to the PO by tomorrow EOB? I want to get this rolling and, considering experts are due in two weeks, I don't want to keep punting the case. Thanks!
>
> On Fri, Aug 18, 2023 at 3:00 PM Erik Moya <edm@denvertrial.com> wrote:

Thanks for the update Andrew! While we work out the language of the PO, can y'all disclose the documents in the 3rd category you described (*i.e.*, the policies, procedures, processes, etc.) since it wouldn't be subject to the PO anyway? That way, we can start working and save some time in the back end. I'll follow up next week!

On Fri, Aug 18, 2023 at 7:36 AM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Erik,
>
> Thank you for your time this week to discuss an approach to the revised protective order. I got tied up this week and am out today and must apologize for not getting a revised protective order over to you for consideration.
>
> I will get it to you first thing next week.
>
> I appreciate your patience and I apologize once more for the delay.
>
> Have a nice weekend.
>
> Thank you,
>
> Andrew
>
> **Andrew P. Garnett**
>
> *Managing Partner*
>
> **Garnett Powell Maximon Barlow**
>
> 1512 Larimer St. Suite 950
>
> Denver, CO 80202
>
> tel: 720.987.3268
>
> *Pronouns: he/his/him*
>
> https://www.garnettlegalgroup.com/
>
> ***When Trial Experience Matters.***
>
> ---
>
> **From:** Erik Moya <edm@denvertrial.com>
> **Sent:** Tuesday, August 15, 2023 11:07 AM
> **To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
> **Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>;

Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Hey Andrew,

Any update on the PO? I want to get this going so we can get the last pieces of discovery from Starbucks and finalize our experts. Thanks!

On Tue, Aug 1, 2023 at 10:21 AM Erik Moya <edm@denvertrial.com> wrote:

> Sorry about that Andrew! It should be attached here now.
>
> On Fri, Jul 28, 2023 at 3:18 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:
>
>> Hi Erik,
>>
>> Can you please provide the protective order example? I don't think it was attached here.
>>
>> Have a nice weekend.
>>
>> Thank you,
>>
>> Andrew
>>
>> **Andrew P. Garnett**
>>
>> *Managing Partner*
>>
>> **Garnett Powell Maximon Barlow**
>>
>> 1512 Larimer St. Suite 950
>>
>> Denver, CO 80202
>>
>> tel: 720.987.3268
>>
>> *Pronouns: he/his/him*
>>
>> https://www.garnettlegalgroup.com/
>>
>> ***When Trial Experience Matters.***
>>
>> ---
>>
>> **From:** Erik Moya <edm@denvertrial.com>
>> **Sent:** Friday, July 21, 2023 11:40 AM
>> **To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
>> **Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>;

Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Hey Andrew,

Attached is an example of the PO we've had in other cases, redacted since the case is still ongoing (the case is a commercial trucking case but the substance is the same.)

I have authority to make a formal demand of $750,000 to resolve all claims. I've also attached the results of an IME from Dr. Price (+ a supplement with my questions), so Starbucks' has all the information it needs on the damages side of things (with Mr. Harper's medical records; we are still waiting on our liability expert's report but that will require the disclosure of the documents we requested in our written discovery.)

We've talked about this before, but this case really is more of a damages case than a liability one. Barring something truly speculative, like a random, unseen person unclasping the umbrella, the responsibility for securing its patio umbrellas lie solely on Starbucks and its employees. Because Starbucks failed to secure the umbrella, a gust of wind was able to pick it up and send it hurtling towards Mr. Harper, like a makeshift javelin. This isn't even an unknown occurrence; a cursory google search shows that this happens several times a year at similar outdoor seating areas.

So we go to the question of damages and, unfortunately, Mr. Harper sustained real injuries that he is still dealing with to this day. Dr. Price and the rest of his treating providers relate Mr. Harper's injuries to the Starbucks' incident, and find that his treatment was reasonably necessary and related. The ulnar nerve release surgery is related to his injuries; it is unfortunate that it didn't fix the issue and that Mr. Harper is still dealing with repercussions from the surgery and incident. As a final point, Dr. Price found that Mr. Harper has a 27% left shoulder impairment. Over a quarter of his function in his dominant limb is missing because of Starbucks' failure to secure its patio area for its customers.

Thanks for all the calls we've had so far discussing the case. I'll keep an eye out for Starbucks' response on both the PO and the demand. Thanks!

On Fri, Jul 14, 2023 at 12:58 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Erik,
>
> I hope you had a nice week. I wanted to follow up on our call a couple of weeks ago. Could you please send a draft protective order with the sharing provision you mentioned? Also, if you can send the demand and expert reports we discussed, that would also be productive.
>
> Thank you.
>
> Have a nice weekend,

Andrew

**Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/


*When Trial Experience Matters.*


**From:** Erik Moya <edm@denvertrial.com>
**Sent:** Thursday, July 6, 2023 12:59 PM
**To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
**Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order


Thanks for the follow-up! Attached is a draft of the joint motion.


On Thu, Jul 6, 2023 at 11:31 AM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Erik,
>
> I just wanted to follow up to see if you have a draft joint motion to extend the discovery deadlines per our discussion a couple of weeks ago.
>
> Please send it along when you can. Seems like we should get it on file by tomorrow at the latest given your expert deadline we're looking to modify.
>
> Thank you,
>
> Andrew
>
> **Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/

*When Trial Experience Matters.*

**From:** Erik Moya <edm@denvertrial.com>
**Sent:** Friday, June 23, 2023 9:46 AM
**To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
**Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Sorry for the delay, the firm is in trial so it's been difficult to find time. I was going to give you a call right now but I realized that I don't know if you have a new number now! Either way, I'm free today from now until 11, but am also free next Monday any time after 10 am and Tuesday between 11 and 2. You can give me a call at any of those times and I'll be able to answer. Thanks and sorry again for the phone tag!

On Mon, Jun 19, 2023 at 4:43 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Hi Erik,
>
> Sorry for the delayed response. Could you do noon tomorrow?
>
> Thank you,
>
> Andrew
>
> **From:** Erik Moya <edm@denvertrial.com>
> **Sent:** Friday, June 16, 2023 9:33 AM
> **To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
> **Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; HarperZ8821249@projects.filevine.com
> **Subject:** Re: Harper v. Starbucks - Draft Protective Order

Hey Andrew,

Sorry for the delay on this, it's been hectic over here. Do you have time on Monday morning (after 10 but before 1) to talk about the PO? I know it's a holiday so if you're not free, how about Tuesday before 2? I'll stand by my request for "good cause" under FRCP 26, but I'll also let you know that, as a compromise, we could include a provision that allows us to share the information with an attorney information-sharing group we're part of, which aims to lower costs in these types of cases by not having to repeat lengthy discovery processes. Let me know what time works for you and I'll give you a call to discuss!

On Fri, May 5, 2023 at 4:48 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Hi Erik,
>
> Happy to discuss. Do you have time on Monday for a quick call?
>
> Have a nice weekend.
>
> Thank you,
>
> Andrew
>
> **Andrew P. Garnett**
>
> *Managing Partner*
>
> **Garnett Powell Maximon Barlow**
>
> 1512 Larimer St. Suite 950
>
> Denver, CO 80202
>
> tel: 720.987.3268
>
> *Pronouns: he/his/him*
>
> https://www.garnettlegalgroup.com/
>
> ***When Trial Experience Matters.***
>
> ---
>
> **From:** Erik Moya <edm@denvertrial.com>
> **Sent:** Friday, May 5, 2023 3:45 PM
> **To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
> **Cc:** Sean Dormer <smd@denvertrial.com>; Donivan Tarpley <jdt@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Roeder, Jackie

&lt;Jackie.Roeder@dgslaw.com&gt;; HarperZ8821249@projects.filevine.com
**Subject:** Re: Harper v. Starbucks - Draft Protective Order

Hey Andrew,

First, I'd ask that you respond to the written discovery with information that wouldn't be considered "Confidential" under the proposed order, so we can get the ball rolling on other things.

Second, what "good cause," under Rule 26, exists for a Protective Order? I could speculate on trade secrets and such, but I don't think we requested anything that could lead to true commercial harm, and I'm not seeing anything under the things listed in Rule 26. Let me know if you can clarify that! I know we'll have issues with the language of the PO as well, but maybe we can avoid it all together. Thanks.

On Fri, May 5, 2023 at 1:54 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Erik,
>
> As I was preparing the discovery responses, I realize we do not have a protective order in place for this case. I have attached a draft stipulated proposed order for your consideration.
>
> Please let me know if you have any concerns about this document and I'm happy to put together a draft joint motion as well.
>
> Thank you,
>
> Andrew
>
> **Andrew P. Garnett**
>
> *Managing Partner*
>
> **Garnett Powell Maximon Barlow**
>
> 1512 Larimer St. Suite 950
>
> Denver, CO 80202
>
> tel: 720.987.3268
>
> *Pronouns: he/his/him*
>
> https://www.garnettlegalgroup.com/
>
> ***When Trial Experience Matters.***

--

<image001.jpg>

--

<image001.jpg>

--

<image001.jpg>

--

<image001.jpg>

--

<image001.jpg>

--

<image001.jpg>

--

<image001.jpg>

--

--

--

--