Case No. 1:21-cv-03295-GPG-KAS   Document 101-4   filed 05/23/25   USDC Colorado
pg 1 of 3

5/8/25, 1:00 PM                         Dormer Harpring, LLC Mail - Re: Donald Harper v. Starbucks Corporation - Defendant's First Supplemental Expert Disclosures



Brittany Freeman <bef@denvertrial.com>

## Re: Donald Harper v. Starbucks Corporation - Defendant's First Supplemental Expert Disclosures
1 message

**Brittany Freeman** <bef@denvertrial.com>                                                          Fri, Jun 7, 2024 at 10:48 AM
To: Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
Cc: Sean Dormer <smd@denvertrial.com>, Tracy Williams <tracy.williams@garnettlegalgroup.com>, Emma Jamerson <ekj@denvertrial.com>, Jessica Mauser <jmm@denvertrial.com>, KC Harpring <kch@denvertrial.com>, Morgan Hawkins <mkh@denvertrial.com>, Rob Barlow <rob.barlow@garnettlegalgroup.com>

Good morning,

Dr. Luker does not have any availability before the discovery cut off.
Dr. Dean has retired and closed his practice and therefore I cannot get in touch with him.

I am still working on Dr. Hehmann.

Thank you,
Brittany

On Thu, May 23, 2024 at 2:32 PM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Hey Sean,
>
> Congratulations on your terrific verdict earlier this month.
>
> We would like to schedule depositions with some of Mr. Harper's treating physicians.
>
> Can you please help facilitate these? We're fine doing these remotely given the Western Slope dynamic. We also don't think we need to block out full days for these, half should be sufficient.
>
> Please let me know if you have any questions or concerns.
>
> - James A. Treadwell, DO
>
> Delta County Memorial Hospital
>
> - Joel M. Dean, DO
>
> Grand Valley Neurology
>
> - Michael F. Hehmann, MD
>
> Michael F. Hehmann, MD Clinical Neurology

- Mark G. Luker, MD

SCL Health Medical Group/Orthopedics


Thank you,

Andrew


**Andrew P. Garnett**

*Managing Partner*

**Garnett Powell Maximon Barlow**

1512 Larimer St. Suite 950

Denver, CO 80202

tel: 720.987.3268

*Pronouns: he/his/him*

https://www.garnettlegalgroup.com/


*When Trial Experience Matters.*

---

**From:** Sean Dormer <smd@denvertrial.com>
**Sent:** Monday, May 20, 2024 7:51 PM
**To:** Tracy Williams <tracy.williams@garnettlegalgroup.com>
**Cc:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>; Brittany Freeman <bef@denvertrial.com>; Emma Jamerson <ekj@denvertrial.com>; Jessica Mauser <jmm@denvertrial.com>; KC Harpring <kch@denvertrial.com>; Morgan Hawkins <mkh@denvertrial.com>; Rob Barlow <rob.barlow@garnettlegalgroup.com>
**Subject:** Re: Donald Harper v. Starbucks Corporation - Defendant's First Supplemental Expert Disclosures


Thanks Tracy. For future reference will you please make sure to cc the above? I'll forward to them now.


-Sean

Case No. 1:21-cv-03295-GPG-KAS   Document 101-4   filed 05/23/25   USDC Colorado
pg 3 of 3

5/8/25, 1:00 PM          Dormer Harpring, LLC Mail - Re: Donald Harper v. Starbucks Corporation - Defendant's First Supplemental Expert Disclosures

> **NOTICE:** If you weren't supposed to get this email, please let me know, and then please delete it and don't read it. If you already read it, please forget it. It's probably supposed to be private. Sorry for accidentally sending it to you, and thanks for being human and not dragging me for my mistake!

On Tue, May 14, 2024 at 5:04 PM Tracy Williams <tracy.williams@garnettlegalgroup.com> wrote:

> Hello,
>
> **Defendant Starbucks Corporation's Second Set of Written Discovery to Plaintiff** and **Fourth Supplemental Disclosures** are attached.
>
> Thank you.
>
> **Tracy Williams**
>
> *Paralegal*
>
> **Garnett Powell Maximon Barlow**
>
> 1512 Larimer St., Suite 950
>
> Denver, CO 80202
>
> tel: 770.712.2389
>
> https://www.garnettlegalgroup.com/
>
> *When Trial Experience Matters.*
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 991-3344 and delete the message. Thank you.

--




