# IMPORTANT INFORMATION REGARDING YOUR REQUEST FOR MEDICAL RECORDS

12/09/2024

From

    Scl Hlth Phys W Reg Ortho Rmoc
    627 25 1/2 Rd
    Grand Junction CO 81505-6401

To

    DORMER HARPRING
    3457 RINGSBY CT, UNIT 110
    DENVER CO 80216-4908

Re: DONALD HARPER

We are unable to comply with your request at this time for the following reason(s):

**No Dates of Treatment as Requested**

We show no treatment at this facility for the dates of service you requested. Please review the request and authorization provided to update to include treatment dates in which the patient was seen and resubmit your request with the necessary information.

Sincerely,
Scl Hlth Phys W Reg Ortho Rmoc