


**Amy Rogers <anr@denvertrial.com>**

---

## Harper - Med Recs Follow Up

---

**Amy Rogers** <anr@denvertrial.com> Tue, Jan 7, 2025 at 11:01 AM
To: Andrew Garnett <andrew.garnett@garnettlegalgroup.com>
Cc: Rob Barlow <rob.barlow@garnettlegalgroup.com>, Tracy Williams <tracy.williams@garnettlegalgroup.com>, Brittany Freeman <bef@denvertrial.com>, Ella Nelson <ekn@denvertrial.com>, Sean Dormer <smd@denvertrial.com>, "harperz8821249@denvertrial.filevineapp.com" <harperz8821249@denvertrial.filevineapp.com>

Hi Andrew,

Thank you for your response. I am newer to this file, so my question was moreso directed to determine if there was anything else that you had specifically asked for, that we had not yet provided. I am aware of the request for the EMG report which we just received and are disclosing shortly. Thank you for confirming there is not anything else you had specifically requested.

On Tue, Jan 7, 2025 at 10:44 AM Andrew Garnett <andrew.garnett@garnettlegalgroup.com> wrote:

> Hi Amy,
>
> Thank you for following up and for your patience.
>
> This isn't really a question we are able to answer for you. Mr. Harper, through counsel, refused to sign a HIPAA release to allow us to obtain his medical records. Instead, Mr. Harper assured Starbucks, and assumed every consequent obligation, that he would obtain and provide every relevant medical record in this case. We cannot opine what medical records are missing because we are in the dark and cannot obtain such records from Mr. Harper's provider without a HIPAA release. Providing all relevant and discoverable medical records is your obligation pursuant to the discovery rules.
>
> Thank you,
>
> Andrew
>
> **Andrew P. Garnett**
>
> *Managing Partner*
>
> **Garnett Powell Maximon Barlow & Farbes**
>
> 1125 17th Street, Suite 2200
>
> Denver, CO 80202
>
> tel: 720.987.3268
>
> *Pronouns: he/his/him*
>
> https://www.garnettlegalgroup.com/
>
> ***When Trial Experience Matters.***




---

**From:** Amy Rogers <anr@denvertrial.com>
**Sent:** Tuesday, January 7, 2025 9:48 AM
**To:** Rob Barlow <rob.barlow@garnettlegalgroup.com>
**Cc:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>; Tracy Williams <tracy.williams@garnettlegalgroup.com>; Brittany Freeman <bef@denvertrial.com>; Ella Nelson <ekn@denvertrial.com>; Sean Dormer <smd@denvertrial.com>; harperz8821249@denvertrial.filevineapp.com
**Subject:** Re: Harper - Med Recs Follow Up

Good morning Rob and Andrew,

Just checking back in. Please let us know if there is anything else that you were specifically waiting for. Thanks for any additional information.

On Fri, Jan 3, 2025 at 2:45 PM Rob Barlow <rob.barlow@garnettlegalgroup.com> wrote:

> Thanks, Amy. Andrew is out of the country until this weekend. We will huddle up and get back to you next week. Thanks
>
> ---
>
> **From:** Amy Rogers <anr@denvertrial.com>
> **Sent:** Friday, January 3, 2025 2:35 PM
> **To:** Andrew Garnett <andrew.garnett@garnettlegalgroup.com>; Rob Barlow <rob.barlow@garnettlegalgroup.com>
> **Cc:** Tracy Williams <tracy.williams@garnettlegalgroup.com>; Brittany Freeman <bef@denvertrial.com>; Ella Nelson <ekn@denvertrial.com>; Sean Dormer <smd@denvertrial.com>; harperz8821249@denvertrial.filevineapp.com
> **Subject:** Harper - Med Recs Follow Up
>
> Dear Andrew and Rob,
>
> I hope you had a peaceful holiday and a happy new year.
>
> We are preparing to make a supplemental disclosure. I wanted to reach out and verify whether, aside from the EMG report, there were any other records you specifically asked us to provide? We are verifying if there is anything else missing on our end as well, but I wanted to confirm if there was anything else you specifically requested and were waiting on. Please let us know. Thanks!

--

Sincerely,

Amy

--

Sincerely,

Amy

--
Sincerely,
Amy






anr@denvertrial.com
303-756-3812
303-477-7400
www.denvertrial.com
3457 Ringsby Ct., Ste. 110, Denver, CO 80216