GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)

## Encounters and Procedures

Clinical Encounter Summaries

GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

## HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)

Encounter Date: 02/02/2022

### Patient

| | | | |
|---|---|---|---|
| **Name** | HARPER, DONALD (64yo, M) ID# 7940 | **Appt. Date/Time** | 02/02/2022 01:30PM |
| **DOB** | 12/21/1957 | **Service Dept.** | GRAND VALLEY NEUROLOGY |
| **Provider** | JOEL M. DEAN, D.O. | | |

### Chief Complaint

Evaluation of left arm and shoulder complaints
VA Auth# VA0017360004

### Patient's Care Team

Referring Provider (Contracts): GJ VAMC: 2121 NORTH AVE, GRAND JUNCTION, CO 81501, Ph (970) 242-0731, Fax (970) 985-7890

### Vitals

02/02/2022 03:38 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 8.5 in Standing | **Wt:** 247 lbs With clothes | **BMI:** 37 |
| **BP:** 132/84 sitting R arm | **Pulse:** 76 bpm | **T:** 98.1 F° |

### Allergies

Reviewed Allergies

NKDA

### Medications

Reviewed Medications

**aspirin 81 mg tablet**                                              02/02/22   entered
Take 1 tablet(s) every day by oral route.

**cyclobenzaprine 10 mg tablet**                                      02/02/22   entered
Take 1 tablet(s) every day by oral route at bedtime.

### Problems

Reviewed Problems
•

Harper GVNR 2

GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

## HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)

- Neck sprain
- Ulnar nerve entrapment at elbow - Onset: 02/02/2022, Left
- Brachial plexopathy of left upper limb - Onset: 02/02/2022

### Family History

Reviewed Family History
Mother

Unspecified Relation

Sister

### Social History

Reviewed Social History
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 0
**Education and Occupation**
Are you currently employed?: No
What is your occupation?: self employed
**Substance Use**
Do you or have you ever smoked tobacco?:
At what age did you start smoking tobacco?:
How much tobacco do you smoke?: None
When did you quit smoking?:
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/02/2022
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: none
What is your level of caffeine consumption?: Moderate (Notes: 2 cups of caffeine per day)
**Diet and Exercise**
What is your exercise level?: None
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**

### Surgical History

Reviewed Surgical History
- Other - Arm Surgery

- Shoulder Surgery - 01/01/2018 - Right shoulder
- Cervical Spine Surgery - 2003 - C5-6-7 fusion with hardware

### Past Medical History

Reviewed Past Medical History
Other Headaches:
Back Problems: **Y**
COPD:
Head Trauma/Injury:
Neck Injury: **Y**

### Screening

None recorded.

### HPI

The patient is here for an evaluation of left arm and shoulder complaints. He is 64 years old, he is left-handed. He is here with his wife. He and his wife own a business that does industrial cleaning. He is here there with some records. The two give history together, his story is a little unusual.

On or about August 23, 2019 he was injured at a Starbucks in Montrose. He was apparently sitting near a wall, there was an

GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

## HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)

exceptionally windy day (70 mile an hour gusts of wind, they tell me). A gust of wind pulled an umbrella up out of its stanchion. The umbrella went up into the air and then came down, with the support pole striking him directly in the left neck, just above the collarbone. By their report, it remained there and had to be removed by an employee. It did not break the skin but he had significant bruising and pain there.

Following this he describes two distinctive types of pain. There was pain that radiated down the arm that he says was a "crushing, heavy pain", just there all the time. Sometimes he would have to lean over and just hang the arm down, and that would seem to help a little bit. The whole arm was tender. He also had numbness in the hypothenar region, in the fourth and fifth digit of the left hand and in the ulnar aspect of the left forearm.

An additional pain was up in the neck area. He would get "electrical jolts" that would began roughly in the area overlying Erb's point, radiating up to the neck. It would radiate on the anterior chest down just below the clavicle. This electrical pain could be intense, it could last 5 or 6 seconds, 8 or 10 seconds. Initially it would occur several times a day, often with head turning (left more often than right). It did not radiate down the arm. Now this may happen 1, 2 or 3 times a week.

He was apparently seen by Dr. Mike Hehman on a couple of occasions. He was then seen by Dr. James Treadwell, a hand and arm specialist. He underwent an ulnar nerve transposition on or about June 23, 2021. The patient tells me that his surgery improved his arm pain to a moderate degree. It did not really affect the electrical pain up in the shoulder and neck area. He says the numbness in the ulnar distribution of the left arm, especially the hyperthenar region, is more pronounced. He now has persistent weakness of the left pinky finger since surgery, such that it is permanently abducted and he cannot pull it in. It does not really hurt but it can "get in the way" in day-to-day activities. Because of this, he is currently not doing field work, he is mostly doing office work for his company.

The wife showed me a photograph of the umbrella. She also showed me a photograph of the patient's left arm after his ulnar surgery, he had extensive, impressive ecchymosis involving virtually the entire extremity both proximal and distal to the elbow. The medial aspect of the elbow remains tender and sore.

I saw this gentleman in 2013 for postconcussion syndrome and at that time he had sustained a pretty significant injury to the left shoulder. He continues to have chronic left shoulder problems. He has no other known history of head or neck injury. His surgical history is reviewed and includes a cervical spine surgery. His medical history is reviewed and includes several motor vehicle accidents. He also fell off of a building in 2012 (which is why I saw him in 2013). He drinks 3 beers a day, is not really exercising right now. His review of systems is reviewed. Family medical history and current medication list are reviewed.

## ROS

**Additionally reports:**
**A 10 point review of systems was performed and is negative except as noted in the HPI.**

## Physical Exam

Patient is a 64-year-old male.

**Constitutional:** Weight: **obese**. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, circumstance, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact. Language no dysarthria or dysphasia / aphasia.

**Heart:** Rate And Rhythm: RRR.

**Cranial Nerves:** CN II Right: pupil reactive to light and dark, visual field intact to confrontation, size: subdued light: right eye 4mm, and Marcus-Gunn pupil absent. CN II Left: pupil reactive to light and dark, visual field intact to confrontation, size: subdued light: left eye 4mm, and Marcus-Gunn pupil absent; **Palpebral fissures are symmetric.** CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN IX, X: normal palatal movement. CN XI Right: normal trapezii. CN XI Left: normal trapezii. CN XII: tongue protrudes midline and can be forcefully deviated into either cheek.

**Spine:** Cervical Spine: **tenderness** and **decreased ROM**.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: abduction 5/5 and external rotation 5/5. Left Shoulder Strength: abduction 5/5 and external rotation 5/5. Right Elbow Strength: flexion 5/5 and extension 5/5. Left Elbow Strength: flexion 5/5 and extension 5/5. Right Wrist: flexion 5/5 and extension 5/5. Left Wrist: flexion 5/5 and extension 5/5; **Finger extensors are 5/5 bilaterally. The flexor carpi ulnaris and flexor carpi radialis are strong.** Right Hand: hand grip 5/5 and finger abductors srong. Left Hand: hand grip 5/5, finger abductors strong, and **finger abductors 4/5**; **The abductor pollicis brevis is 5/5. The interossei are weak.** Right Lower Extremity: normal bulk and tone. Left Lower Extremity: normal bulk and tone. Right Hip: flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: flexion 5/5 and extension 5/5. Left Knee: flexion 5/5 and extension 5/5. Right Ankle: dorsiflexion 5/5. Left Ankle: dorsiflexion 5/5.

**Reflexes:** Reflexes Right: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 2/4, and achilles 0/4. Reflexes Left: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 2/4, and achilles 0/4. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing. Coordination: no pronator drift. Sensation: **Pin sensation is diminished beginning in the ulnar aspect of the forearm about 9 inches distal to the elbow. It extends onto the hypothenar region and the fourth and fifth fingers..** Gait/Posture: gait normal, station normal, and Romberg's sign absent.

GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

**HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)**
Procedure Documentation

**EMG - 1 Extremity:**

Monopolar EMG testing is performed in the left upper extremity. The first dorsal interosseous and abductor digit he minimi demonstrates some polyphasic activity. The ADM demonstrates some dropout of motor units. Other muscles tested are normal.

**NCS - F-wave:**

The left median F response is normal. Left ulnar F responses normal.

**NCS - motor:**

The left median motor conduction is normal. The left ulnar motor conduction study is normal in the wrist and forearm, with some mild slowing across the elbow.

**NCS - sensory:**

The left median sensory latency is normal. The left ulnar sensory latency is absent. The left radial sensory latency is normal.

Assessment / Plan

1. Ulnar neuropathy

2. Left brachial plexus irritation

**1. Ulnar nerve entrapment at elbow** - Left
   G56.22: Lesion of ulnar nerve, left upper limb

**2. Brachial plexopathy of left upper limb**
   G54.0: Brachial plexus disorders

**Discussion Notes**
The first point to make is that careful electrical evaluation of the brachial plexus is difficult. That being said, I find no evidence of clear brachial plexus injury. I do think he is still suffering from brachial plexus irritation, given the electrical "jolts" that he experiences from time to time. The symptoms in the left arm are more likely to be related to ongoing ulnar nerve difficulty. If the numbness in the two lesser digits was emanating from the brachial plexus, we would expect to see a whole lot more going on. With the injury coming from above, if the most caudal portion of the plexus were involved one would almost have to see involvement of the more rostral portions of the plexus and we have no historical or examination evidence to suggest that.

Dr. Treadwell has recommended the patient be seen at the University Hospital in the "complex neurosurgery" clinic and I agree strongly with that recommendation. They may have some methods for physiologic evaluation of the plexus (I did not attempt an axillary nerve stimulation because of his significant left shoulder pathology). They may also have an interest in getting an MRI scan done of the cervical spine. I could not find an MRI of the plexus but Dr. Treadwell's note indicates that one was done and was unremarkable. I have told the patient and his wife to get that study on disc. They will get my data to take with him to Denver. Total physician time on date of encounter was 85 minutes.

**Return to Office**
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Joel M. Dean, D.O., 02/03/2022.

Encounter performed and documented by Joel M. Dean, D.O.
Encounter reviewed & signed by Joel M. Dean, D.O. on 02/03/2022 at 8:42am

## Grand Valley Neurology
Joel Dean, DO
744 Horizon Ct.
Suite 360
Grand Junction, CO 81506
Office: 970-243-8328

Test Date: 2/2/2022

| Patient: | Donald Harper | DOB: | 12/21/1957 | Physician: | Joel M. Dean, DO |
|---|---|---|---|---|---|
| Sex: | --- | Height: | cm | Ref Phys: | |
| ID#: | | Weight: | lbs. | Technician: | |

**Patient History / Exam:**

**NCV & EMG Findings:**

**Impression:**


Joel M. Dean, DO

GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

## HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)

Patient: Harper, Donald         Test Date: 2/2/2022         Page 2

### Nerve Conduction Studies

**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Radial Anti Sensory (Base 1st Digit) | | | | | | | | | | | |
| Wrist | | 3.6 | <3.1 | 59.3 | | Wrist | Base 1st Digit | 3.6 | 0.0 | | |

**Ortho Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Median Ortho Sensory (Wrist) | | | | | | | | | | | |
| 2nd Digit | | 3.0 | | 17.6 | | 2nd Digit | Wrist | 3.0 | 0.0 | | |
| Left Ulnar Ortho Sensory (Wrist) | | | | | | | | | | | |
| 5th Digit | | | | | | 5th Digit | Wrist | | 0.0 | | |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Median Motor (Abd Poll Brev) | | | | | | | | | | | |
| Wrist | | 4.1 | <4.3 | 5.2 | >5 | Elbow | Wrist | 3.9 | 24.0 | 62 | >50 |
| Elbow | | 8.0 | | 4.7 | | | | | | | |
| Left Ulnar Motor (Abd Dig Minimi) | | | | | | | | | | | |
| Wrist | | 3.0 | <4.2 | 6.4 | >3 | B Elbow | Wrist | 3.5 | 20.0 | 57 | >50 |
| B Elbow | | 6.5 | | 6.2 | | A Elbow | B Elbow | 2.2 | 11.0 | 50 | >50 |
| A Elbow | | 8.7 | | 5.8 | | | | | | | |

### F Wave Studies

| | NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|---|
| Left Median (Mrkrs) (Abd Poll Brev) | | | | | |
| | | 31.64 | <33 | | <2.2 |
| Left Ulnar (Mrkrs) (Abd Dig Min) | | | | | |
| | | 30.86 | <36 | | <2.5 |

### EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtIndicis | Radial (Post Int) | C7-8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | FlexCarpiUln | Ulnar | C8,T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Incr | >12ms | 1+ | Nml | Nml | |
| Left | ABD Dig Min | Ulnar | C8-T1 | Nml | Nml | Nml | Incr | >12ms | 1+ | Nml | 75% | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

Harper GVNR 7

GRAND VALLEY NEUROLOGY, PROF LLC • 744 HORIZON COURT, GRAND JUNCTION CO 81506-3936

# HARPER, DONALD DUANE (id #7940, dob: 12/21/1957)

Patient: Harper, Donald  Test Date: 2/2/2022  Page 3

## Waveforms:

