Patient

**Name**  HARPER, DONALD (64yo, M) ID# 7940 **Appt. Date/Time** 02/02/2022 01:30PM

**DOB**  12/21/1957                                    **Service Dept.**  GRAND VALLEY NEUROLOGY

**Provider**  JOEL M. DEAN, D.O.

Coll. Source - Health Benefits

Chief Complaint

Evaluation of left arm and shoulder complaints

Coll. Source - Health Benefits

Patient's Care Team

**Referring Provider (Contracts):** GJ VAMC: 2121 NORTH AVE, GRAND JUNCTION, CO 81501, Ph (970) 242-0731, Fax (970) 985-7890

Vitals

02/02/2022 03:38 pm

Ht:  5 ft 8.5 in Standing  Wt:   247 lbs With clothes BMI: 37

BP: 132/84 sitting R arm Pulse: 76 bpm              T:     98.1 F°

Allergies

Reviewed Allergies

NKDA

Medications

Reviewed Medications

| Name | Date | Source |
|---|---|---|
| aspirin 81 mg tablet<br>Take 1 tablet(s) every day by oral route. | 02/02/22 | entered Tieng Gov |

PP.Priv - Circulatory

| | | |
|---|---|---|
| cyclobenzaprine 10 mg tablet<br>Take 1 tablet(s) every day by oral route at bedtime. | 02/02/22 | entered Tieng Gov |
| lisinopriL 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 02/02/22 | entered Tieng Gov |
| omeprazole 20 mg capsule,delayed release<br>Take 1 capsule(s) every day by oral route in the morning. | 02/02/22 | entered Tieng Gov |

PP.Priv - Reproductive

Problems

Reviewed Problems

PP.Priv - Head

- Neck sprain

PP.Priv - Head

- Ulnar nerve entrapment at elbow - Onset: 02/02/2022, Left
- Brachial plexopathy of left upper limb - Onset: 02/02/2022

PP.Priv - Unrel. Family Hist.

**Harper GVNR 009**

**PP.Priv - Unrel. Family Hist.**

Social History
Reviewed Social History
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 0
**Education and Occupation**
Are you currently employed?: No
What is your occupation?: self employed

# PP.Priv - Unrel. Social Hist.

What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: none
What is your level of caffeine consumption?: Moderate (Notes: 2 cups of caffeine per day)
**Diet and Exercise**
What is your exercise level?: None
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Surgical History
Reviewed Surgical History

- Other - Arm Surgery

**PP.Priv - Digestive**
- Shoulder Surgery - 01/01/2018 - Right shoulder
- Cervical Spine Surgery - 2003 - C5-6-7 fusion with hardware

Past Medical History
Reviewed Past Medical History
Other Headaches: **Y**
Back Problems: **Y**

PP.Priv - Respiration

**PP.Priv - Head**
Neck Injury: **Y**
Screening
None recorded.
HPI
The patient is here for an evaluation of left arm and shoulder complaints. He is 64 years old, he is left-handed. He is here with his wife. He and his wife own a business that does industrial cleaning. He is here there with some records. The two give history together, his story is a little unusual.

On or about August 23, 2019 he was injured at a Starbucks in Montrose. He was apparently sitting near a wall, there was an exceptionally windy day (70 mile an hour gusts of wind, they tell me). A gust of wind pulled an umbrella up out of its stanchion. The umbrella went up into the air and then came down, with the support pole striking him directly in the left neck, just above the collarbone. By their report, it remained there and had to be removed by an employee. It did not break the skin but he had significant bruising and pain there.

Following this he describes two distinctive types of pain. There was pain that radiated down the arm that he says was a "crushing, heavy pain", just there all the time. Sometimes he would have to lean over and just hang the arm down, and that would seem to help a little bit. The whole arm was tender. He also had numbness in the hypothenar region, in the fourth and fifth digit of the left hand and in the ulnar aspect of the left forearm.

An additional pain was up in the neck area. He would get "electrical jolts" that would began roughly in the area overlying Erb's point, radiating up to the neck. It would radiate on the anterior chest down just below the clavicle. This electrical pain could be intense, it could last 5 or 6 seconds, 8 or 10 seconds. Initially it would occur several times a day, often with head

turning (left more often than right). It did not radiate down the arm. Now this may happen 1, 2 or 3 times a week.

He was apparently seen by Dr. Mike Hehman on a couple of occasions. He was then seen by Dr. James Treadwell, a hand and arm specialist. He underwent an ulnar nerve transposition on or about June 23, 2021. The patient tells me that his surgery improved his arm pain to a moderate degree. It did not really affect the electrical pain up in the shoulder and neck area. He says the numbness in the ulnar distribution of the left arm, especially the hyperthenar region, is more pronounced. He now has persistent weakness of the left pinky finger since surgery, such that it is permanently abducted and he cannot pull it in. It does not really hurt but it can "get in the way" in day-to-day activities. Because of this, he is currently not doing field work, he is mostly doing office work for his company.

The wife showed me a photograph of the umbrella. She also showed me a photograph of the patient's left arm after his ulnar surgery, he had extensive, impressive ecchymosis involving virtually the entire extremity both proximal and distal to the elbow. The medial aspect of the elbow remains tender and sore.

I saw this gentleman PP.Priv - Head and at that time he had sustained a pretty significant injury to the left shoulder. He continues to have chronic left shoulder problems. He has no other known history of head or neck injury. His surgical history is reviewed and includes a cervical spine surgery. His medical history is reviewed and includes several motor vehicle accidents. He also fell off of a building in 2012 (which is why I saw him in 2013). PP.Priv - Unrel. Social Hist. His review of systems is reviewed. Family medical history and current medication list are reviewed.
ROS
**Additionally reports:**
**A 10 point review of systems was performed and is negative except as noted in the HPI.**
Physical Exam
Patient is a 64-year-old male.

Constitutional: Weight: obese. Ambulation: ambulates independently.

Head: Size/Trauma: normocephalic and atraumatic.

Mental Status: Orientation oriented to person, place, circumstance, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact. Language no dysarthria or dysphasia / aphasia.

Heart: Rate And Rhythm: RRR.

Cranial Nerves: CN II Right: pupil reactive to light and dark, visual field intact to confrontation, size: subdued light: right eye 4mm, and Marcus-Gunn pupil absent. CN II Left: pupil reactive to light and dark, visual field intact to confrontation, size: subdued light: left eye 4mm, and Marcus-Gunn pupil absent; Palpebral fissures are symmetric.. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN IX, X: normal palatal movement. CN XI Right: normal trapezii. CN XI Left: normal trapezii. CN XII: tongue protrudes midline and can be forcefully deviated into either cheek.

Spine: Cervical Spine: tenderness and decreased ROM.

Motor Exam: Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: abduction 5/5 and external rotation 5/5. Left Shoulder Strength: abduction 5/5 and external rotation 5/5. Right Elbow Strength: flexion 5/5 and extension 5/5. Left Elbow Strength: flexion 5/5 and extension 5/5. Right Wrist: flexion 5/5 and extension 5/5. Left Wrist: flexion 5/5 and extension 5/5; Finger extensors are 5/5 bilaterally. The flexor carpi ulnaris and flexor carpi radialis are strong.. Right Hand: hand grip 5/5 and finger abductors srong. Left Hand: hand grip 5/5, finger abductors strong, and finger abductors 4/5; The abductor pollicis brevis is 5/5. The interossei are weak.. Right Lower Extremity: normal bulk and tone. Left Lower Extremity: normal bulk and tone. Right Hip: flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: flexion 5/5 and extension 5/5. Left Knee: flexion 5/5 and extension 5/5. Right Ankle: dorsiflexion 5/5. Left Ankle: dorsiflexion 5/5.

Reflexes: Reflexes Right: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 2/4, and achilles 0/4. Reflexes Left: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 2/4, and achilles 0/4. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing. Coordination: no pronator drift. Sensation: Pin sensation is diminished beginning in the ulnar aspect of the forearm about 9 inches distal to the elbow. It extends onto the hyperthenar region and the fourth and fifth fingers.. Gait/Posture: gait normal, station normal, and Romberg's sign absent.
Procedure Documentation

**Harper GVNR 011**

**EMG - 1 Extremity:**

Monopolar EMG testing is performed in the left upper extremity. The first dorsal interosseous and abductor digit he minimi demonstrates some polyphasic activity. The ADM demonstrates some dropout of motor units. Other muscles tested are normal.

**NCS - F-wave:**

The left median F response is normal. Left ulnar F responses normal.

**NCS - motor:**

The left median motor conduction is normal. The left ulnar motor conduction study is normal in the wrist and forearm, with some mild slowing across the elbow.

**NCS - sensory:**

The left median sensory latency is normal. The left ulnar sensory latency is absent. The left radial sensory latency is normal.

Assessment / Plan
1. Ulnar neuropathy

2. Left brachial plexus irritation

**1. Ulnar nerve entrapment at elbow** - Left
G56.22: Lesion of ulnar nerve, left upper limb

**2. Brachial plexopathy of left upper limb**
G54.0: Brachial plexus disorders

**Discussion Notes**
The first point to make is that careful electrical evaluation of the brachial plexus is difficult. That being said, I find no evidence of clear brachial plexus injury. I do think he is still suffering from brachial plexus irritation, given the electrical "jolts" that he experiences from time to time. The symptoms in the left arm are more likely to be related to ongoing ulnar nerve difficulty. If the numbness in the two lesser digits was emanating from the brachial plexus, we would expect to see a whole lot more going on. With the injury coming from above, if the most caudal portion of the plexus were involved one would almost have to see involvement of the more rostral portions of the plexus and we have no historical or examination evidence to suggest that.

Dr. Treadwell has recommended the patient be seen at the University Hospital in the "complex neurosurgery" clinic and I agree strongly with that recommendation. They may have some methods for physiologic evaluation of the plexus (I did not attempt an axillary nerve stimulation because of his significant left shoulder pathology). They may also have an interest in getting an MRI scan done of the cervical spine. I could not find an MRI of the plexus but Dr. Treadwell's note indicates that one was done and was unremarkable. I have told the patient and his wife to get that study on disc. They will get my data to take with him to Denver. Total physician time on date of encounter was 85 minutes.

Return to Office
Patient will return to the office as needed.
Encounter Sign-Off
Encounter signed-off by Joel M. Dean, D.O., 02/03/2022.

Encounter performed and documented by Joel M. Dean, D.O.
Encounter reviewed & signed by Joel M. Dean, D.O. on 02/03/2022 at 8:42am

**Harper GVNR 012**

Patient

| | |
|---|---|
| **Name** | HARPER, DONALD (55, M) ID# 7940 |
| **DOB** | 12/21/1957 |
| **Provider** | JOEL M. DEAN |

| | |
|---|---|
| **Appt. Date/Time** | 03/20/2013 10:15AM |
| **Service Dept.** | GRAND VALLEY NEUROLOGY |

Coll. Source - Health Benefits

PP.Priv - Head

- Sprains and strains of other and unspecified parts of back; neck (847.0)
- PP.Priv - Head

Past Medical History
Discussed Past Medical History
Migraines: **Y**
Other Headaches: **Y**
Back Problems: **Y**
Head Trauma/Injury: **Y - 10/2/2012-fell, loss of consciousness**
Neck Injury: **Y - 2003**
Surgical History
Reviewed Surgical History

- PP.Priv - Digestive
- Cervical Spine Surgery - 2003 - C5-6-7 fusion with hardware

Family History
PP.Priv - Unrel. Family Hist.

Social History
Discussed Social History
**Neurology**
Marital status: Married.
Occupation: self employed.
PP.Priv - Unrel. Social Hist.

Caffeine intake: Moderate 4 cups coffee per day.
Exercise level: None.
Medications
Reviewed Medications

| **Name** | **Date** | **Source** |
|---|---|---|

**Harper GVNR 013**

DILAUDID 4 MG TABLET
TAKE 1 OR 2 TABLETS (4 MG) BY ORAL ROUTE EVERY 4-6 HOURS AS NEEDED, pt    03/20/13    entered    Tieng
states he only takes at night                                                                                    Gov

FLEXERIL 10 MG TABLET
Take 1 tablet(s) 3 times a day by oral route., pt says he only takes it at night    03/20/13    entered    Tieng
                                                                                                                 Gov

IBUPROFEN 200 MG TABLET
Take 1 tablet(s) every 6 hours by oral route.    03/20/13    entered    Tieng
                                                                         Gov

PANTOPRAZOLE 40 MG TABLET,DELAYED RELEASE
Take 1 tablet(s) every day by oral route.    03/20/13    entered    Tieng
                                                                     Gov

Allergies
Reviewed Allergies
CODEINE: Itching - and makes him stay awak

HPI
PP.Priv - Head He is 55-years-old, left-handed, and married. He owns a
company that cleans exhaust systems at restaurants and other commercial venues. He does this work with one of his sons.
He is here today with his wife.

On or about 10/12/2012, he fell about 10-15 feet off of a roof, landing on his head on some wooden stairs and a deck. He
had witnessed loss of consciousness, for perhaps three or four minutes. He also sustained a left shoulder injury. He has been
having low back discomfort since this injury. PP.Priv - Head

He is getting some tingling in the left arm intermittently. PP.Priv - Leg
PP.Priv - Head

He has no prior history of significant neck injury. He did have a C5- C6 fusion done in 2003, with good result. His
recollection is that he had severe neck pain and left arm difficulties at that time. PP.Priv - Digestive, PP.Priv - Head, PP.Priv - L-Spine.

His review of systems, his family medical history, social history are all reviewed.

ROS
None recorded.
Vitals
**Ht**: 5 ft 8 in  **Wt**: 229.6 lbs  **BMI**: 34.9  **BP**: 144/92 sitting L arm  **Pulse**: 72 bpm regular  **Age**: 55
Physical Exam
Patient is a 55-year-old male.

**This is a well muscled, but overweight fellow. He is dressed casually. Affect is wide ranging. Language is normal.
Fund of knowledge is good. Insight is reasonable. Cardiac auscultation is unremarkable. There are no cranial or
carotid bruits noted. Pupils are equal and reactive. There is no afferent defect. Visual fields are intact. Ocular
movements are full and normal. The disc margins are flat and venous pulsations are present. Muscles of mastication
and facial sensation are normal. Eye closure and grimace are symmetric. Hearing is good with whispered numbers,
but they are clearly diminished bilaterally. The palate retracted symmetrically. The tongue can be forcefully
deviated in either cheek.**

**Range of motion in the cervical spine and rotation right and left is moderately poor. He has essentially no side
bending right and left. Extension and flexion are somewhat poor. Reflexes are trace in the arms, trace at the knees,
+2 at the ankles. Toe signs are flexor. There is no drift. Bulk and tone, strength and dexterity are excellent in both
arms and in both legs. Light touch and pin sensation are normal. There is no extinction. Romberg sign is absent and
his gait looks unremarkable.**

PP.Priv - Head

**Harper GVNR 014**

<span style="color:red">PP.Priv - Head</span> ████████████████

#3 Cervical muscle strain.
.
<span style="color:red">PP.Priv - Head</span> ████████████████████████████████

████████████████████

████████████████

**4. SPRAINS AND STRAINS OF OTHER AND UNSPECIFIED PARTS OF BACK; NECK** (847.0)

<span style="color:red">PP.Priv - Head</span> ████████████████████████████████████████

████████████████████████████████████

Return to Office
None recorded.
Patient's Providers
████████████████████ MISTRY, DILAAWAR J: 2020 N 12TH STREET, GRAND JUNCTION, CO
81501, Ph (970) 245-0484, Fax (970) 241-1681
**Primary Care Provider:** BRUCE R MIXTER MD: 555 MEEKER, DELTA, CO 81416, Ph 970 8745777, Fax (970) 874-1631
Encounter Sign-Off
Encounter signed-off by Joel M. Dean, 03/26/2013.

Encounter performed and documented by Joel M. Dean, D.O.
Encounter reviewed & signed by Joel M. Dean, D.O. on 03/26/2013 at 11:12am

## Data Portability for Donald D Harper

**Table of Contents**

Demographics
Care Team Members
Assessment
Plan of Treatment
Reason for Referral
Results
Problems
Procedures
Medical Equipment
Allergies
Medications
Vitals
Social History
Functional Status
Mental Status
Family History
Medical History
Immunizations
Past Encounters
Goals Section
Health Concerns Section
Advance Directives
Payers

### Demographics

| | | | | |
|---|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | | Information not available |
| **DOB:** | 12/21/1957 | **Race:** | | White |
| **Preferred language:** | English | **Marital status:** | | Married |
| **Previous Name:** | | | | |

| | |
|---|---|
| **Contact:** | PO Box 132, Delta, CO 81416-0132, Ph. tel:+1-970-250-3460 (Primary Home) tel:+1-970-250-3460 (Mobile) |
| **Other Addresses:** | Patient has no other address |

### Care Team Members

**Referring Provider**

None Recorded                    2121 NORTH AVE, GRAND JUNCTION, CO 81501, Ph. tel: (970) 242-0731

### Assessment

| Encounter Date | Assessment Date | Assessment | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|---|
| 03/20/2013 | 03/20/2013 | PP.Priv - Head ███████████████████ #3 Cervical muscle strain. | tproctor1 | Not available | 03/25/2013 14:45:36 |
| 02/02/2022 | 02/02/2022 | 1. Ulnar neuropathy 2. Left brachial plexus irritation | jdean4 | Not available | 02/03/2022 00:44:24 |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Last Modified By | Organization Details | Last Modified Time | Details |
|---|---|---|---|---|---|---|---|---|
| **Appointments** | None recorded. | | | | | | | |
| **Lab** | None recorded. | | | | | | | |
| **Referral** | None recorded. | | | | | | | |
| **Procedures** | None recorded. | | | | | | | |
| **Surgeries** | None recorded. | | | | | | | |
| **Imaging** | None recorded. | | | | | | | |
| **Medication Orders** | None recorded. | | | | | | | |

Patient Targets No targets recorded.

Patient Instructions

| Encounter Date | Encounter Id | Patient Instructions | Last Modified By | Organization Details | Last Modified Time |
|---|---|---|---|---|---|
| 02/02/2022 | 110557 | The first point to make is that careful electrical evaluation of the brachial plexus is difficult. That being said, I find no evidence of clear brachial plexus injury. I do think he is still suffering from brachial plexus irritation, given the electrical "jolts" that he experiences from time to time. The symptoms in the left arm are more likely to be related to ongoing ulnar nerve difficulty. If the numbness in the two lesser digits was emanating from the brachial plexus, we would expect to see a whole lot more going on. With the injury coming from above, if the most caudal portion of the plexus were involved one would almost have to see involvement of the more rostral portions of the plexus and we have no historical or examination evidence to suggest that.<br>Dr. Treadwell has recommended the patient be seen at the University Hospital in the "complex neurosurgery" clinic and I agree strongly with that recommendation. They may have some methods for physiologic evaluation of the plexus (I did not attempt an axillary nerve stimulation because of his significant left shoulder pathology). They may also have an interest in getting an MRI scan done of the cervical spine. I could not find an MRI of the plexus but Dr. Treadwell's note indicates that one was done and was unremarkable. I have told the patient and his wife to get that study on disc. They will get my data to take with him to Denver. Total physician time on date of encounter was 85 minutes. | tproctor1 | Not available | 02/03/2022 10:29:23 |
| 03/20/2013 | 45781 | PP.Priv - Head | tproctor1 | Not available | 03/25/2013 14:45:36 |

## Reason for Referral
None Reported.

## Results

| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|

| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2022 | 09/08/2020 | MRI brachial plexus wo contrast chest | | EXAMINATION: MRI BRACHIAL PLEXUS WO CONTRAST CHEST This is a shared document requested by jdean from QHN, original ordering provider: TREADWELL, JAMES Pin: XeNtmT HISTORY: 62 years old, Male. Other brachial plexus injury. MR 1 struck by harpoon above left clavicle (marked), no cancer, prev cervical fusion, c/o left 4-5th digit numbness, shick-like sensation when turning head. IMPRESSION: Normal left brachial plexus. FINDINGS: No mass, fluid collection, or abnormal signal along the course of the left brachial plexus nerve roots. Cervical spine alignment normal. Status post ACDF, C5-C7, with ventral plate and screws and interbody grafts. Cervical cord and spinal canal unremarkable. Electronically signed by: Calvin Joseph Cruz, MD on 9/8/2020 2:12 PM MDT. Read By: CALVIN CRUZ Decision Support Code: 135778923 Decision Support Score: Not Validated Suspected, acute, brachial plexus injury, adult | | | | tgov | St Mary's Hospital 2635 N 7th St, Grand Junction, CO, 81501, Ph (970) 298-2273 | 02/02/2022 17:28:12 |

Harper GVNR 018

| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2022 | 09/08/2020 | MRI brachial plexus wo contrast chest | | EXAMINATION: MRI BRACHIAL PLEXUS WO CONTRAST CHEST This is a shared document requested by jdean from QHN, original ordering provider: TREADWELL, JAMES Pin: 9YYRec HISTORY: 62 years old, Male. Other brachial plexus injury. MR 1 struck by harpoon above left clavicle (marked), no cancer, prev cervical fusion, c/o left 4-5th digit numbness, shick-like sensation when turning head. IMPRESSION: Normal left brachial plexus. FINDINGS: No mass, fluid collection, or abnormal signal along the course of the left brachial plexus nerve roots. Cervical spine alignment normal. Status post ACDF, C5-C7, with ventral plate and screws and interbody grafts. Cervical cord and spinal canal unremarkable. Electronically signed by: Calvin Joseph Cruz, MD on 9/8/2020 2:12 PM MDT. Read By: CALVIN CRUZ Decision Support Code: 135778923 Decision Support Score: Not Validated Suspected, acute, brachial plexus injury, adult | | | | tgov | St Mary's Hospital 2635 N 7th St, Grand Junction, CO, 81501, Ph (970) 298-2273 | 02/02/2022 17:28:12 |
| | | | | Thoracic back pain This is a shared document requested by jdean from QHN, original ordering provider: MIXTER, BRUCE Pin: ESwGbh Cervical pain Examination: MRI CERVICAL SPINE WO CONTRAST Reason for exam: Cervical and shoulder pain after fall from building 3 weeks ago. Previous surgery. IMPRESSION: 1. Age indeterminant disc bulge C4-5 with mild central canal narrowing likely degenerative. 2. Marrow signal abnormality linearly at the superior endplate of C4, probably compression fracture. | | | | | | |

**Harper GVNR 019**

| Created Date | Observation Date | Name | Description | Unit | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|
| 02/02/2022 | 10/29/2012 | MRI, cervical spine, w/o contrast | 3. Plate and hardware fixation C5-C7 uncomplicated. Comments: Posterior elements appear grossly normal. There is a linear abnormality of low-signal intensity on T1 and T2-weighted sequences below the endplate of the C4 vertebral body. There is also some marrow edema on the STIR sequence. This could be a fracture such as a compression fracture. Posterior elements do not appear to have ligamentous edema indicating instability. C2-3, C3-4: No central canal or foraminal stenosis. C4-5: There appears to be a disc bulge with mild central canal narrowing. This is age-indeterminate. It appears chronic however and is asymmetric to the right with mild right foraminal narrowing. C5-6: Level fused. C6-7: Level fused and uncomplicated. C7-T1: Unremarkable. The anterior locking plate from C5-C7 appears uncomplicated. No central canal or foraminal stenosis at these levels. Upper thoracic area is unremarkable. There is a hemangioma at T2 posterior vertebral body. 1 PREVIOUS C-SPINE SUGERY X 11-12 YEARS-FUSION WITH HARDWARE. NO OTHER SURGERIES. INJURY X 3 WEEKS-PATIENT FELL OFF BUILDING AND LANDED ON HEAD. CERVICAL, THORACIC AND LUMBAR PAIN. LEFT SHOULDER PAIN. [redacted] PATIENT CANNOT RAISE LEFT SHOULDER. SHOULDER POPPING. This is a shared document requested by jdean from QHN, original ordering provider: GORDON, | | | | tgov | St Mary's Hospital 2635 N 7th St, Grand Junction, CO, 81501, Ph (970) 298-2273 | 02/02/2022 17:28:12 |

**Harper GVNR 020**

| Created Date | Observation Date | Name | Description | PP.Priv - Chest | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|
| 02/02/2022 | 05/14/2019 | | PP.Priv - Chest  | | | | tgov | Delta Hospital Radiology 1501 E 3rd St, Delta, CO, 81416, Ph (970) 874-2214 | 02/02/2022 17:28:13 |

**Harper GVNR 021**



| Created Date | Observation Date | Name | Description | PP.Priv - Chest | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|
| 02/02/2022 | 05/14/2019 | | | PP.Priv - Chest | | | tgov | Delta Hospital Radiology 1501 E 3rd St, Delta, CO, 81416, Ph (970) 874-2214 | 02/02/2022 17:28:13 |

**Harper GVNR 022**

| Created Date | Observation Date | Name | Description | PP.Priv - Chest | | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|



| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PP.Priv - Head | | | | | | |
| 02/02/2022 | 01/03/2013 | | PP.Priv - Head | | | | | tgov | Surgical Associates Of Western Colorado 1060 Orchard Ave Ste 1, Grand Junction, CO, 81501, Ph (970) 243-9340 | 02/02/2022 17:30:16 |



**Result Notes**

None recorded.

**Harper GVNR 024**

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type | ICD-10-CM Code | Notes |
|------|--------|--------------------|-----------|-----------------|-----------|-------------|---------------|-------|
| PP.Priv - Head | ███ | ███ | | | | | | |
| Neck sprain | Active | 03/20/2013 | | | | | | |
| PP.Priv - Head | | | | | | | | |
| Ulnar nerve entrapment at elbow | Active | 02/03/2022 | 02/02/2022 | | LEFT | | G56.22 | |
| Brachial plexopathy of left upper limb | Active | 02/03/2022 | 02/02/2022 | | | | G54.0 | |

## Procedures
### Surgical History

| Date | Name | Laterality | Status |
|------|------|-----------|--------|
| 01/01/2018 | Shoulder Surgery | | completed |
| 01/01/2003 | Cervical Spine Surgery | | completed |
| | Other | | active |
| | PP.Priv - Digestive | | active |

### Imaging Results

| Imaging Date | Name | Performed by | Status |
|--------------|------|--------------|--------|
| 09/08/2020 | MRI brachial plexus wo contrast chest | | completed |
| 09/08/2020 | MRI brachial plexus wo contrast chest | | completed |
| 10/29/2012 | MRI, cervical spine, w/o contrast | | completed |
| PP.Priv - Chest | ███ | | ███ |
| PP.Priv - Head | ███ | | ███ |

## Medical Equipment
None Reported.

## Allergies

| Name | Reaction | Severity | Criticality | Status | Onset | Category |
|------|----------|----------|-------------|--------|-------|----------|
| codeine | itching | | | completed | | Medication Allergy |

**Harper GVNR 025**

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|---|---|---|---|
| cyclobenzaprine 10 mg tablet | Take 1 tablet every day by oral route at bedtime. | | | active | | Not Available | Not Available | Not Available |
| atorvastatin 40 mg tablet | Take 1 tablet every day by oral route at bedtime. | | | active | | Not Available | Not Available | Not Available |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | USE 1 VIAL IN NEBULIZER EVERY 4 HOURS AS NEEDED | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |

<span style="color:red">PP.Priv - Respiratory</span>

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| dexamethasone 6 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 6 DAYS | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |

<span style="color:red">PP.Priv - Reproductive</span>

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| hydrocodone 7.5 mg-acetaminophen 325 mg tablet | | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |
| cephalexin 500 mg capsule | | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |
| pantoprazole 40 mg tablet,delayed release | Take 1 tablet every day by oral route. | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |
| lisinopril 10 mg tablet | Take 1 tablet every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| Dilaudid 4 mg tablet | TAKE 1 OR 2 TABLETS (4 MG) BY ORAL ROUTE EVERY 4-6 HOURS AS NEEDED | | 02/02/2022 | completed | pt states he only takes at night | Not Available | Not Available | Not Available |
| ibuprofen 200 mg tablet | Take 1 tablet every 6 hours by oral route. | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |
| gabapentin 300 mg capsule | | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |
| omeprazole 20 mg capsule,delayed release | Take 1 capsule every day by oral route in the morning. | | | active | | Not Available | Not Available | Not Available |
| codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid | | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |
| aspirin 81 mg tablet | Take 1 tablet every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| oxycodone 5 mg tablet | | | 02/02/2022 | completed | | Not Available | Not Available | Not Available |

## Vitals

| Date Recorded | Body height | Body weight | Body mass index (BMI) [Ratio] | Diastolic blood pressure | Systolic blood pressure | Pulse rate | Body temperature |
|---|---|---|---|---|---|---|---|
| 2022-02-02 | 173.99 cm | 112037.32 g | 37 kg/m2 | 84 mm[Hg] | 132 mm[Hg] | 76 /min | 98.1 [degF] |

| Date Recorded | Body height | Body weight | Body mass index (BMI) [Ratio] | Diastolic blood pressure | Systolic blood pressure | Pulse rate |
|---|---|---|---|---|---|---|
| 2013-03-20 | 172.72 cm | 104144.808152 g | 34.9 kg/m2 | 92 mm[Hg] | 144 mm[Hg] | 72 /min |

<span style="color:red">PP.Priv - Unrel. Social Hist.</span>

**Birth Sex: Unknown**

## Functional Status

| Question | Answer | Note |
| --- | --- | --- |
| What is your exercise level? | None | |

## Mental Status
None recorded.

**PP.Priv - Unrel. Family Hist.**

## Medical History

| Condition | Response |
| --- | --- |
| **PP.Priv - Respiratory, PP.Priv - Head** | |
| Neck Injury | Y |

**PP.Priv - Head, PP.Priv - L-Spine**

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code | Diagnosis ICD Codes |
| --- | --- | --- | --- |
| 02/02/2022<br>Joel Dean, CO - Grand Valley Neurology, Prof. LLC, GRAND VALLEY NEUROLOGY: 744 HORIZON COURT STE 360 , GRAND JUNCTION, CO 81506-3936, Ph. (970) 243-8328 | Ulnar nerve entrapment at elbow | 230631009 | G56.22 |
| | Brachial plexopathy of left upper limb | 16058271000119100 | G54.0 |
| 03/20/2013<br>Joel Dean, CO - Grand Valley Neurology, Prof. LLC, GRAND VALLEY NEUROLOGY: 744 HORIZON COURT STE 360 , GRAND JUNCTION, CO 81506-3936, Ph. (970) 243-8328 | **PP.Priv - Head** | | |
| | SPRAIN OF NECK | 8470 | |

## Goals Section
None Recorded

## Health Concerns Section

| Related Observation | LastModified by | Organization Details | LastModified Time |
| --- | --- | --- | --- |
| None Recorded | | | |

| Concern | Status | LastModified by | Organization Details | LastModified Time |
| --- | --- | --- | --- | --- |
| None Recorded | | | | |

## Advance Directives

| Directive |
| --- |
| None Recorded |

**Coll. Source - Health Benefits**

**GRAND VALLEY NEUROLOGY, PROF LLC**
Tax ID:
264118894

please send payments to:
GRAND VALLEY NEUROLOGY, PROF LLC
PO BOX 9316
BELFAST, ME 04915-9316
billing phone: (970) 243-8328

department of service:
GRAND VALLEY NEUROLOGY
744 HORIZON COURT
GRAND JUNCTION, CO 81506-3936
dept phone: (970) 243-8328

# 6
printed 02/02/2022
09:24 AM

| PATIENT NAME | PATIENT # | DOB | AGE | SEX | APPT DATE/TIME | APPT TYPE |
|---|---|---|---|---|---|---|
| DONALD DUANE HARPER | 7940 | 12/21/1957 | 64 YR | M | 02/02/2022 01:30 PM | EMG/NCV TESTING |

**GUARANTOR NAME AND ADDRESS**
DONALD DUANE HARPER
PO BOX 132
DELTA CO, 81416

**PROVIDER**
JOEL M. DEAN, D.O.

**Coll. Source - Health Benefits**

**NOTES/REASON** • 01/13/2022 tproctor1: 12/2021 - GJ VAMC / LUE EMG (poss. brachial plexus inj.) / TriWest / 64 y
• 01/13/2022 tproctor1: 1/14/2022 - Mailed paperwork - tp

**PREV. DIAGNOSIS** 34611 (ICD-9), 3102 (ICD-9), 8509 (ICD-9), 8470 (ICD-9)

**PATIENT PREFERRED NAME**

### OFFICE VISIT NEW
- 99205 High Comp
- (99204) Mod Comp
- 99203 low Detailed
- 99202 Focused StFwd

### ESTABLISHED VISIT
- 99215 High Comp
- 99214 Mod High Detail
- 99213 Low Expanded
- 99212 Minimal focused
- 99211 Minimal

### PROCEDURES
- EMG 1 extremity
- EMG 2 extremities
- EMG 3 extremities
- EMG 4 extremities
- EMG selective
- EMG cranial
- EMG cranial bilat
- EMG thorac,para
- NCV Motor
- NCV F-wave
- NCV Sensory
- H-reflex
- 95937 NMJ test
- 95970 VNS interrogation
- 95976 VNS adjustment simple

### DIAGNOSIS
- ALZHEIMERS DISEASE
  - Early/Late onset; unspec.
- AMNESIA / MEMORY DISTURBANCE
  - anterograde/retrograde/other
- ANXIETY STATE
  - general disorder/other unspec
- CARPAL TUNNEL SYNDROME
  - Laterality: R L Unspec.
- CEREBRAL ARTERY OCCLUSION
  - Laterality: R L Unspec.
  - Site: (Anterior Middle Posterior
  - Other unspec) cerebral artery
  - cerebellar artery
- CEREBRAL ISCHEMIA
  - Site: Carotid artery Cerebrovascular
  - Carotid artery syndrome
  - Transient cerebral Ischemic attack
- CERVICALGIA
- CONVULSIONS
  - (complex / simple) febrile
  - post traumatic seizures / unspec.
- CUBITAL TUNNEL SYNDROME
  - Laterality: R L Unspec.
- DIABETIC NEUROPATHY
  - Type 1 Type 2
- DISTURBANCE OF SKIN SENSATION
- DIZZINESS AND GIDDINESS
- DEMENTIA
  - (w / wo) behavioral disturbance
  - Vascular / In disease classified
  - elsewhere / unspec

- ENCEPHALOPATHY
  - Metabolic Toxic Other
  - Brain CNS Nervous System
  - Mild Moderate Severe
- EPILEPSY
  - generalized / localized
  - intractable / not intract.
  - w /wo status
- GAIT
  - ataxic / paralytic / other
- HEADACHE
  - acute / chronic / episodic
  - intractable / not intract.
  - post-traumatic cluster
  - w / wo status migrainosus
- IDIOPATHIC NEUROPATHY
- INSOMNIA
  - Primary Paradoxical
  - Other Unspec
- LUMBAGO
  - Lat: R L Unspec
  - w/sciatica Low back pain
- MAJOR DEPRESSIVE DISORDER
  - Mild Moderate Severe
  - w / wo psychotic features
  - Remission (partial/full)
- MALAISE & FATIGUE
  - Postviral fatigue syndrome
  - Weakness Fatigue,other
  - Malaise,other

- MENTAL STATUS
  - Altered mental status
- MIGRAINE
  - w / wo status migrainosus
  - Intractable / not intractable
  - hemiplegic mentrual
  - w / wo aura Unspec.
- MULTIPLE SCLEROSIS
- OPTIC NEURITIS
  - Peripheral Retrobulbar
  - Tuberculous
- NEUROPATHY
  - hereditary motor and sensory
  - idiopathic progressive
  - other unspec.
  - Refsum's disease
- LIMB PAIN
  - Laterality: R L Unspec.
  - Site: Arm Leg Unspec.
- PARKINSONS DISEASE
- RADICULOPATHY
  - Cervical Cervicothoracic
  - Lumbar Lumbosacral Thoracic
  - Occipito-atlanto-axial region
  - Sacral and sacrococcygeal
- SLEEP APNEA
  - Central Obstructive Other
  - Primary central Unspec.
- SYNCOPE AND COLLAPSE
- TREMOR
  - Essential / Other / Unspec.
  - TRIGEMINAL NEURALGIA

**RETURN VISIT:**

**Coll. Source - Health Benefits**

*Harper*
*Donald*
*6*

**GRAND VALLEY NEUROLOGY, PLLC**
**JOEL M. DEAN, D.O., FAAN**
DIPLOMATE, A.B.P.N.

TELEPHONE: (970) 243-8328

NAME: Donald Harper          DATE: 2/2/2022

The brachial plexus
is a difficult area
to evaluate with
electrical studies

But I don't see any
problems there

The "electrical jolts"
likely do arise from
injury to the plexus
(or the neck)

Arm symptoms/ tingly
likely from the ulnar nerve

Harper GVNR 029

**GRAND VALLEY NEUROLOGY, PLLC**
**JOEL M. DEAN, D.O., FAAN**
DIPLOMATE, A.B.P.N.

TELEPHONE: (970) 243-8328

NAME: Don Harper          DATE: 2/2/2022

I do think this needs
further eval by a
technically sophisticated
peripheral nerve group

— UCHSC

— Mark Mahan MD
(U. Utah)

— Rod Lamond MD
(Pres/St. Lukes, Denver)

#7940

**DR. DEAN**

Name DONALD "DON" HARPER _____ Referred By CaJ VAMC
Date 02/02/2022 Age 64y R (L) Handed S (M) D W ♀ ♂  Occupation _____
CC _____

biy
umbrella          70 mile gust
came down from above

(L) neck    above collar bone  → upto ear
                                      — down
— arm pain              [Electric jolts below ear]
— crushing pain    5-10    couple a day
                    bur
— banging arm            every day
        do you helped        — now a tivant
ulnar transtherped         — move head turn (L>R)
= this pain (Treadmell)    not down
        arm tence          arm/m

NROS:  enceph _____    hearing loss _____    dysphagia _____
       meningitis _____    tinnitus _____    B/B difficulty _____
       abscess _____    vertigo _____    ataxia _____
       Sz _____    facial pain _____    visual loss _____
       CVA _____ mmm    numbness _____    diplopia _____
       HA _____ ulnar    tingling _____    tremor _____
       head injury _____    weakness _____    anxiety _____
       other LOC _____ numbness    sp. difficulty _____    back pain _____

PMH:   DM _____ HTN persist ASHD _____ Thyroid _____ Allergies _____
                    — digits abducts now — since
       Hospitalizations _____
       Surgery _____ Meds weaker now _____ Surgery
       Special Studies weak before — weaker now

SH:    ETOH _____ Tobacco _____ Meals _____ Caffeine _____
FH:    Father — chronic (L) Mother shoulder probs Sibs —
       HA _____ SZ _____ CVA _____ ATAXIA _____ DM _____
       HTN _____ ASHD _____ MS _____ MD _____
       ✶ huge ecchymosis whole arm post op

#7940

## Grand Valley Neurology, Prof LLC

Joel M. Dean, D.O.
*Board Certified in Neurology*

Date: 1/19/22

### MEDICATION LIST

Patient Name: Donald D. Harper                    Date of Birth: 12/21/1957

PLEASE INCLUDE PRESCRIPTIONS, OVER-THE-COUNTER MEDICINE, SUPPLEMENTS, VITAMINS, ETC.

| MEDICATION NAME | DOSAGE/SCHEDULE |
|---|---|
| Omeprazole 20mg | 1 capsule / every morning |
| Lisinopril 10mg | 1 Tablet by mouth a day |
| Asprin 81mg | 1 a day |
| | |
| Atorvastatin Calcium 40mg | 1 a day at night |
| PP.Priv - Reproductive | |
| Cyclobenzaprine HCL 10mg | 1 at bed Time |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Rev. 2016.02.09

Grand Valley Neurology | 744 Horizon Court, Ste 360, Grand Junction, CO 81506-3936

# HARPER, Donald | DOB: 12-21-1957 | #7940

Medication List as of 02-02-2022

---

| | |
|---|---|
| **albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization**<br>USE 1 VIAL IN NEBULIZER EVERY 4 HOURS AS NEEDED | filled on 12-02-2021 |

---

| | |
|---|---|
| **azithromycin 250 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ON DAY 1, AND THEN TAKE 1 TABLET BY MOUTH ONCE A DAY ON DAY 2 THROUGH DAY 5 | filled on 12-02-2021 |

---

| | |
|---|---|
| **cephalexin 500 mg capsule** | filled on 06-25-2021 |

---

| | |
|---|---|
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid** | filled on 12-06-2021 |

---

| | |
|---|---|
| **dexamethasone 6 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 6 DAYS | filled on 12-02-2021 |

---

| | |
|---|---|
| ~~**Dilaudid 4 mg tablet**~~<br>TAKE 1 OR 2 TABLETS (4 MG) BY ORAL ROUTE EVERY 4-6 HOURS AS NEEDED | entered on 03-20-2013 |

---

| | |
|---|---|
| **Flexeril 10 mg tablet**<br>Take 1 tablet 3 times a day by oral route. | entered on 03-20-2013 |

---

*no help (hid)*

| | |
|---|---|
| ~~gabapentin 300 mg capsule~~ | filled on 06-15-2021 |
| ~~hydrocodone 7.5 mg-acetaminophen 325 mg tablet~~ | filled on 06-24-2021 |

---

| | |
|---|---|
| **ibuprofen 200 mg tablet**<br>~~Take 1 tablet every 6 hours by oral route.~~ | entered on 03-20-2013 |

---

| | |
|---|---|
| oxycodone 5 mg tablet | filled on 06-09-2021 |

---

| | |
|---|---|
| ~~pantoprazole 40 mg tablet,delayed release~~<br>Take 1 tablet every day by oral route. | entered on 03-20-2013 |

page 1 of 1

#7940

## Grand Valley Neurology, Prof LLC

Joel M. Dean, D.O.
*Board Certified in Neurology*

Date: 1/19/22

# HEALTH HISTORY QUESTIONNAIRE

Patient Name: Donald D. Harper    Date of Birth: 12/21/57   ☒ Male  ☐ Female

Referring Physician: _____    Primary Care Physician: _____

Main reason for today's visit: left arm 8/22/2019 – Stabbed

**PAST SURGICAL HISTORY** (Please list all previous surgeries you have had):

Lower

| Surgery | Date | Surgery | Date | Surgery | Date |
|---|---|---|---|---|---|
| ☐ Ankle surgery | | ☒ Gall bladder | | ☐ Prostate surgery | |
| ☐ Appendix | | ☐ Gastric bypass | | ☒ Shoulder surgery | R ~ 2018 |
| ☐ Brain problems | | ☐ Heart surgery | | ☐ Spine surgery | |
| ☐ Breast surgery | | ☐ Hip surgery | | ☐ Stomach surgery | |
| ☐ Carpal tunnel | | ☐ Hysterectomy | | ☐ Thyroid surgery | |
| ☐ Cataract surgery | | ☐ Knee surgery | | ☐ Tonsillectomy | |
| ☐ Colon surgery | | ☐ Lung surgery | | ☒ Other Arm | |
| ☐ Eye surgery | | ☒ Neck surgery | | | |

**WHAT MEDICINES ARE YOU ALLERGIC TO?** _____

**PERSONAL MEDICAL HISTORY**

Please check all that apply:

| | | | |
|---|---|---|---|
| ☐ Aneurysm | ☐ Depression | ☐ Hypertension | ☐ Neuropathy |
| ☐ Anxiety disorder | ☐ Diabetes | ☐ Hyperthyroidism | ☐ Osteoporosis |
| ☐ Arthritis | ☐ Fibromyalgia | ☐ Hypothyroidism | ☐ Restless leg syndrome |
| ☐ Asthma | ☐ Gout | ☐ Kidney disease | ☐ Rheumatoid arthritis |
| ☐ Back problems | PP.Priv - Head | ☐ Liver disease | ☐ Seizures/epilepsy |
| ☐ Bleeding disorder | ☐ Head trauma/injury | ☐ Lupus | ☐ Sleep disorder |
| ☐ Cancer | ☐ Heart attack (MI) | ☐ Migraines | ☐ Stroke |
| PP.Priv - Respiratory | ☐ Heart problems | ☐ Multiple sclerosis | ☐ Tremors |
| | ☐ Hepatitis | ☒ Neck injury ~ 2019 | ☐ Thyroid problems |
| ☐ Ulcers | ☐ Other | | |

Several MVA, Fell off bldg
Stabbed in neck w/ Umbrella
8/23/2019

**SOCIAL HISTORY**

Are you:    ☐ Right-handed   ☒ Left-handed

Marital Status:   ☒ Married  ☐ Single  ☐ Divorced  ☐ Separated  ☐ Widowed  ☐ Domestic Partner

Occupation: _____    Employer: _____

PP.Priv - Unrel. Social Hist.

>3 times a week  ☐ daily

#7940

## Grand Valley Neurology, Prof LLC

Joel M. Dean, D.O.
*Board Certified in Neurology*

Date: 1/19/22
Patient Name: Donald D Harper     Date of Birth: 12/21/195?   Date: 1/19/22

**HEALTH HISTORY QUESTIONNAIRE, cont.**

PP.Priv - Unrel. Family Hist.

**REVIEW OF SYSTEMS:** Any health problem which you have recently had or are currently receiving treatment for

| Constitutional | ☐ Weight loss ☐ Chills | ☐ Weight gain ☐ Sweats | ☐ Loss of appetite | ☐ Fever |
|---|---|---|---|---|
| Eye/Ear/Nose/Throat | ☐ Glasses/contacts ☐ Ringing in ears | ☐ Visual changes ☐ Nose bleeds | ☐ Snoring ☐ Sleep apnea | ☐ Hearing loss |
| Cardiovascular | ☐ Leg edema | ☐ Heart palpitation | ☐ Chest pain | |
| PP.Priv - Respiratory | | | | |
| Gastro-intestinal | ☐ Difficulty swallowing | ☐ Stomach problems ☐ Abdominal pain | ☐ Blood in stool ☐ Incontinence: bowel | ☐ Vomiting |
| PP.Priv - Unrel. Internal Organ | | | | |
| Skin | ☐ Skin Ulcers | ☐ Suspicious lesions | ☐ Rash | ☐ Masses |
| Psyche | ☐ Depression | ☐ Anxiety | ☐ Mood swings | ☐ Excessive anger |
| Musculoskeletal | ☐ Joint pain ☐ Swelling | ☐ Back pain | ☐ Muscle pain | ☐ Prior fracture |

Patient Height: 5'8½"   Weight: 247

---

*For office use only*

Pulse: 76   Blood pressure: 132/54   ↗ +98.1          Rev. 2016.02.16

# Grand Valley Neurology

Joel Dean, DO
744 Horizon Ct.
Suite 360
Grand Junction, CO 81506
Office: 970-243-8328

**Test Date:** 2/2/2022

| **Patient:** | Donald Harper | **DOB:** | 12/21/1957 | **Physician:** | Joel M. Dean, DO |
|---|---|---|---|---|---|
| **Sex:** | --- | **Height:** | cm | **Ref Phys:** | |
| **ID#:** | | **Weight:** | lbs. | **Technician:** | |

**Patient History / Exam:**

**NCV & EMG Findings:**

**Impression:**

_____

Joel M. Dean, DO

**Patient:** Harper, Donald          **Test Date:** 2/2/2022          **Page** 2

## Nerve Conduction Studies
### Anti Sensory Summary Table

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | |
| Wrist | | 3.6 | <3.1 | 59.3 | | Wrist | Base 1st Digit | 3.6 | 0.0 | | |

### Ortho Sensory Summary Table

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Ortho Sensory (Wrist)** | | | | | | | | | | | |
| 2nd Digit | | 3.0 | | 17.6 | | 2nd Digit | Wrist | 3.0 | 0.0 | | |
| **Left Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | |
| 5th Digit | | | | | | 5th Digit | Wrist | | 0.0 | | |

### Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 4.1 | <4.3 | 5.2 | >5 | Elbow | Wrist | 3.9 | 24.0 | 62 | >50 |
| Elbow | | 8.0 | | 4.7 | | | | | | | |
| **Left Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 3.0 | <4.2 | 6.4 | >3 | B Elbow | Wrist | 3.5 | 20.0 | 57 | >50 |
| B Elbow | | 6.5 | | 6.2 | | A Elbow | B Elbow | 2.2 | 11.0 | 50 | >50 |
| A Elbow | | 8.7 | | 5.8 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 31.64 | <33 | | <2.2 |
| **Left Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 30.86 | <36 | | <2.5 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtIndicis | Radial (Post Int) | C7-8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | FlexCarpiUln | Ulnar | C8,T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Incr | >12ms | 1+ | Nml | Nml | |
| Left | ABD Dig Min | Ulnar | C8-T1 | Nml | Nml | Nml | Incr | >12ms | 1+ | Nml | 75% | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

**Patient:** Harper, Donald                **Test Date:** 2/2/2022                **Page** 3

## Waveforms:





**GRAND VALLEY NEUROLOGY, PLLC**
JOEL M. DEAN, D.O.
DIPLOMATE, A.B.P.N.

TELEPHONE: (970) 243-8328

NAME: Don Harper                    3-20-13

Melatonia

1, 2, 3mg tabs.

2mg = 5 days.

4mg = 5 days.

6mg = 50 (day)

(can dec 9 to 10-12 mg)

PP.Priv - Head

Harper GVNR 040

PP.Priv - Head

Harper GVNR 041



**DR. DEAN**

Name _Donald Harper_                    Referred By _Dr. D. Mistry_

Date _3-20-13_  Age _55_  R (L) Handed  S (M) D  W ♀ ♂   Occupation _____

# PP.Priv - Head

(L) shoulder injury too                    neck, low
                                           back injured

# PP.Priv - Head

EXAM:   BP_____ P_____ T_____ R_____ BRUITS_____ SPINE_____

EXTREMITIES_____ SKIN_____

MS_____

SPEECH_____ MEM    /3,  1      /3,  3

VA $<$        c̄
              +3.00 $<$      VF $<$          PF $<$            CORNEALS $<$        COLOR $<$

P $<$ RL    MG      Near $<$        OKN_____      STA $<$        TMJ $<$
    $<$ RL    MG

Motility_____

Fundi_____ en W SBRLL

V _____      VII _____     R |         L  R |          L
VIII _____   IX-X _____
XI _____     XII _____       |  NEAR  |    |  20'  |

MOTOR:   DRIFT_____ BULK_____ TONE_____ STRENGTH_____

RAM_____ FMM_____

SENS:   PP_____ LT_____ POSIT_____ DSS_____ VIB_____ STEREOG_____ GRAPH_____

GAIT:   HEEL_____ TOE_____ TANDEM_____ ROMBERG_____

F-N_____ HKS_____ BABINSKI_____ MEYERSON_____

JJ_____ PM_____ GRASP_____ SNOUT_____

IMPRESSION:

1. _____
2. _____
3. _____
4. _____

RECOMMENDATIONS:

1. _____
2. _____
3. _____
4. _____

GRAND VALLEY NEUROLOGY, PROF LLC
JOEL M. DEAN, D.O.

## MEDICATION LIST

NAME: _Donald D. Harper_ Date of Birth: _12/21/57_ Date: _3-20-13_

PLEASE INCLUDE PRESCRIPTIONS, OVER-THE-COUNTER MEDICINE, SUPPLEMENTS, VITAMINS, ETC.

| MEDICATION NAME | DOSAGE/SCHEDULE |
|---|---|
| Ibuprofen | 200mg |
| Dilaudid (only Takes at night) | 4mg - 1 to 2 Tablets every 3+4 hrs / 2 weeks |
| Pantoprazole (out of it) | 40mg 1 tablet every day |
| Flexeril (Only takes at night) | 10mg 1 tablet 3 Times daily |
| | Makes me drowsy bowels goes to sleep |
| | tried advil prm |
| | tried slep l2d " (hy gan) |

Rev. 2012.04.09

HARPER, DONALD 12/21/57 #7940



\* 911213w939   E-HealthHx

GRAND VALLEY NEUROLOGY, PROF. LLC
JOEL M. DEAN, D.O.

**HEALTH HISTORY QUESTIONNAIRE**

Date: 3/20/13

Patient Name: Donald D Harper   Date of Birth: 12/21/57 ☒ Male   ☐ Female

Referring Physician: Dr. Mixter   Primary Care Physician: Dr Bruce Mixter

Main reason for today's visit:
fell 10/2/12

**PP.Priv - Head**

PAST SURGICAL HISTORY (Ple...          ...urgeries you have had.)

**PP.Priv - Digestive**

☐ Appendix   ☐ Heart surgery   ☐ Lung surgery   ☐ Hysterectomy
☐ Colon   ☐ Prostate   ☐ Back surgery   ☐ Brain surgery   ☐ Breast surgery
☐ Eye surgery   ☒ Neck surgery   ☐ Orthopedic (knee, hip, shoulder)
        steel plate/screws 2003                steur's north OK City (neck + 12 arm)

WHAT MEDICINES ARE YOU ALLERGIC TO?
Codenine — Itches, not sleep, stay awake
Pain meds makes him itch

PERSONAL MEDICAL HISTORY
Please check all that apply:

**PP.Priv - Head**

| | | |
|---|---|---|
| | ☐ Cancer | ☐ Heart problems | ☐ Multiple sclerosis |
| | ☐ COPD | ☐ Hepatitis | ☒ Neck injury 2003 |
| ☐ Aneurysm | ☐ Coronary artery disease | ☐ Hypertension | ☐ Osteoporosis |
| ☐ Anxiety disorder | ☐ Depression | ☐ Hyperthyroidism | ☐ Seizures/epilepsy |
| ☐ Arthritis | ☐ Diabetes | ☐ Hypothyroidism | ☐ Sleep disorder |
| ☐ Asthma | ☐ Fibromyalgia | ☐ Kidney disease | ☐ Stroke |
| **PP.Priv - L-Spine** | ☒ Head trauma/injury 12/12 | ☐ Liver disease | ☐ Thyroid problems |
| ☐ Bleeding disorder | ☐ Heart attack (MI) | ☐ Lupus | ☐ Ulcers |
| **PP.Priv - Digestive** | | | |

— clean ex Mint systems
        at restaurants —

SOCIAL HISTORY
Marital Status: ☒ Married   ☐ Single   ☐ Divorced   ☐ Separated   ☐ Widowed   ☐ Domestic Partner
Occupation: Self Employed

**PP.Priv - Unrel. Social Hist.**

walks, occ stretches
(10 acres)

HARPER, DONALD 12/21/57 #7940



GRAND VALLEY NEUROLOGY, PROF LLC
JOEL M. DEAN, D.O.

Patient Name: __Donald D. Harper__  Date of Birth: __12/21/57__  *911213w939   E-HealthHx

# PP.Priv - Unrel. Family Hist.

REVIEW OF SYSTEMS: Any health problem which you have recently had or are currently receiving treatment for

| Constitution | ☐ Weight loss ☐ Chills | ☐ Weight gain ☐ Sweats | ☐ Loss of appetite | ☐ Fever |
|---|---|---|---|---|
| Eye/Ear/Nose/Throat | ☐ Glasses/contacts ☐ Ringing in ears | ☐ Visual changes ☐ Nose bleeds | ☐ Snoring ☐ Sleep apnea | ☐ Hearing loss |
| Cardiovascular | ☐ Leg edema | ☐ Heart palpitation | ☐ Chest pain | ☐ |
| Respiratory System | ☐ Shortness of breath | ☐ Wheezing | ☐ | ☐ |
| Gastro-Intestinal | ☐ Difficulty swallowing | ☐ Stomach problems ☐ Abdominal pain | ☐ Blood in stool ☐ Incontinence: bowel | ☐ Vomiting |
| Urinary | ☐ Painful urination | ☐ Incontinence: bladder | ☐ Frequent urination | ☐ Blood in urine |
| Skin | ☐ Skin Ulcers | ☐ Suspicious lesions | ☐ Rash | ☐ Masses |
| Psyche | ☐ Depression | ☐ Anxiety | ☐ Mood swings | ☐ Excessive anger |
| Musculoskeletal | ☐ Join pain ☐ Swelling | ☐ Back pain | ☐ Muscle pain | ☐ Prior fracture |

Patient Height: _5'8"_   Weight _229.6_ ⟹ _2016 P_
_in symos_

_For office use only_   Pulse: _72_   Blood pressure: _144|92_

Reviewed with patient by: _TTENG_   Date: _3/20/13_

Provider Signature: _____   Date: _____

FEB/04/2013/MON 03:59 PM   Grand Valley Neuro.        FAX No. 970-245-7240            P. 001/001

# FAX COVER SHEET

## GRAND VALLEY NEUROLOGY, PLLC
## JOEL M. DEAN, DO
### 1060 Orchard Avenue, Suite G
### Grand Junction, CO 81501
### Phone: 970-243-8328
### Fax: 970-245-7240

| Send To: Western Orthopedics & Sports Med. | From: Tammy |
|---|---|
| Attention: Pam | Date: 2/4/2013 2:46 PM |
| Phone: 245-0484 | **PATIENT: DONALD HARPER** |
| Fax: 242-3087 | **PATIENT DOB: 12/21/1957** |

☐ **Urgent**      ☐ **Reply ASAP**      ☐ **Please comment**        ☐ **Please review**      **X For your information**

**Total pages, including cover**   1

Thank you for referring the above named patient to Grand Valley Neurology. Mr. Harper has been scheduled to see Dr. Dean on March 20th at 10:15 a.m. We will forward a copy of Dr. Dean's consult once it is available. Please call with any questions.

Thank you.

Tammy

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

Faxed via EMR 2/4/13  ID# 7940

# Coll. Source - Health Benefits

**Harper GVNR 049**

# Coll. Source - Health Benefits



**Harper GVNR 050**

# Coll. Source - Health Benefits



**Harper GVNR 051**



Coll. Source - Health Benefits

**Harper GVNR 052**

# Patient Inquiries

Printed On Dec 1, 2021

HARPER, DONALD DUANE; 1469841835 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 DEC 21,1957
=====================================================================
Residential Address:                   Mailing Address:
    7534 HWY 65                            PO BOX 132
    DELTA,CO 81416                         DELTA,CO 81416-0132
    UNITED STATES                          UNITED STATES
    County: DELTA (029)                    County: DELTA (029)
    Phone: (970)250-3460               Bad Addr:
    Office: UNSPECIFIED                    Cell: (970)250-3460
                                           E-mail: UNSPECIFIED

Temporary Mailing Address:             Confidential Mailing Address:
    14160 ROUTE E                          NONE ON FILE
    PINEVILLE,MO 64856
    UNITED STATES
    County: MCDONALD (119)
    Phone: UNSPECIFIED                     Phone: NOT APPLICABLE
    From/To: NOV 7,2018-NOV 14,2018    From/To: NOT APPLICABLE
                                       Confidential Address Categories:
                                           NOT APPLICABLE

Language Date/Time: APR 25,2017@10:13
 Preferred Language: ENGLISH

 Combat Vet Status: NOT ELIGIBLE
 COMPACT Act Status: ELIGIBLE
 Primary Eligibility: NSC (VERIFIED)
 Other Eligibilities:
     Unemployable: NO
     Permanent & Total Disabled: NO
 Means Test Signed?:

# Coll. Source - Health Benefits

        PC Provider: SEVERS,JOHN B                    Position: PHYSICIAN
                        Pager: 6451                     Phone: (970)242-0731 1412

Status      : INACTIVE INPATIENT        Discharge Type : OPT-NSC

Admitted    : OCT 6,2015@17:05:12       Discharged    : OCT 7,2015@13:00
Ward        : 5 OBS MED                 Room-Bed      : 5420-1-4959

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 053

# Patient Inquiries

```
Provider    : JENSEN,ANNA              Specialty     : MEDICAL OBSERVATION
Attending   : JENSEN,ANNA

Admission LOS: 1  Absence days: 0  Pass Days: 0  ASIH days: 0

Future Appointments: NONE

Remarks:

Date of Death Information
     Date of Death:
     Source of Notification:
     Updated Date/Time:
     Last Edited By:

Emergency Contact Information:
     E-Cont.: HARPER,CATHY
Relationship: WIFE
              PO BOX 132
              DELTA, CO  81416

     Phone: (405)420-4044
  Work Phone: UNSPECIFIED
```

## Coll. Source - Health Benefits

```
Caregiver Information:
No Caregiver information returned.


Enrollment Priority: GROUP 5           Category: ENROLLED


Primary Care Information:
Primary Practitioner: SEVERS,JOHN B
Primary Care Team:    GRJ PACT BLUE
```

## Coll. Source - Health Benefits

```
Service Connection/Rated Disabilities:

     Service Connected: NO
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER,DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 054

# Patient Inquiries

```
Rated Disabilities: NONE STATED

Next of Kin Information:
Name:  HARPER,CATHY (WIFE)
       PO BOX 132
       DELTA, COLORADO  81416

       Phone number:  (405)420-4044
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER,DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

**Harper GVNR 055**

# Consult Requests

```
Current PC Provider:     SEVERS,JOHN B
Current PC Team:         GRJ PACT BLUE
Current Pat. Status:     Outpatient
UCID:                    575_1288320
Primary Eligibility:     NSC(VERIFIED)
Patient Type:            NSC VETERAN
OEF/OIF:                 NO

Order Information
To Service:              COMMUNITY CARE-EEG, EMG, NCV
From Service:            GRJ PACT BLUE
Requesting Provider:     SEVERS,JOHN B
Service is to be rendered on an OUTPATIENT basis
Place:                   Consultant's choice
Urgency:                 Routine
Clinically Ind. Date:    Dec 30, 2021
DST ID:
Orderable Item:          COMMUNITY CARE-EEG, EMG, NCV
Consult:                 Consult Request
Provisional Diagnosis: Injury of Brachial Plexus, Sequela(ICD-10-CM S14.3XXS)
Reason For Request:
Type of Service: Evaluation and Treatment

Service Requested: EMG Procedure (For carpal tunnel, lumbar or cervical
radiculopathy)

Clinical History: 74 yo WM had injury last year to L shoulder area and
was found after that to have ulnar nerve entrapment, but surgery in June
2021 did not correct his symptoms.  The orthopedic surgeon thinks he has
a brachial plexus injury although MRI of the brachial plexus was normal.
He needs another EMG probably.  Did see Dr. Hehman about this last year.

Third Party Liability:
No

Does the patient want to continue with current provider or change
providers?  Not applicable


Allergies:
MRT5 - Allergies/ADRs

FACILITY                                ALLERGY/ADR
--------                                -----------
FAYETTEVILLE VA MEDICAL                 NO KNOWN ALLERGIES
GRAND JUNCTION VAMC                     CODEINE

Short V-19 Problem List
Active problems - Computerized Problem List is the source for the
following:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 056

# Consult Requests

PP.Priv - Unrel. Internal Organ, PP.Priv - Head, PP.Priv - Respiratory

8. Pain of left shoulder joint

Medications: List may not include external medications.
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1) ALBUTEROL 3/IPRATROP 0.5MG/3ML INHL 3ML USE 1 VIAL IN NEBULIZER EVERY FOUR HOURS WHILE AWAKE AS NEEDED FOR BREATHING | ACTIVE |
| 2) ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL USE 2 PUFFS BY INHALATION EVERY FOUR HOURS AS NEEDED FOR BREATHING. SHAKE WELL. | ACTIVE |
| 3) ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY MOUTH EVERY EVENING FOR CHOLESTEROL REDUCTION - AVOID GRAPEFRUIT JUICE | ACTIVE |
| 4) CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MUSCLE RELAXATION | ACTIVE |
| 5) DICLOFENAC NA 1% TOP GEL APPLY 4 GM (LOWER EXTREMITY) TOPICALLY TO AFFECTED AREA FOUR TIMES DAILY AS NEEDED FOR PAIN. SEE INSTRUCTIONS IN BOX FOR MEASURING DOSE. | ACTIVE |
| 6) LISINOPRIL 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR HIGH BLOOD PRESSURE | ACTIVE |
| 7) OMEPRAZOLE 20MG EC CAP TAKE TWO CAPSULES BY MOUTH EVERY MORNING FOR STOMACH ACID REDUCTION. TAKE 30 MINUTES PRIOR TO EATING. | ACTIVE |
| 8) SULINDAC 150MG TAB TAKE ONE TABLET BY MOUTH TWICE DAILY FOR PAIN. TAKE WITH FOOD | ACTIVE |

PP.Priv - Reproductive

| | | |
|---|---|---|
| 10) TRAZODONE HCL 50MG TAB TAKE ONE TABLET BY MOUTH AT | ACTIVE |

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 057

# Consult Requests

BEDTIME FOR SLEEP MAY INCREASE TO 100 MG IF
INEFFECTIVE

| Pending Outpatient Medications | Status |
|---|---|
| 1) AMPHETAMINE/DEXTROAMPHETAMINE 10MG TAB TAKE ONE TABLET BY MOUTH DAILY AS NEEDED | PENDING |
| 2) ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY MOUTH EVERY EVENING FOR CHOLESTEROL REDUCTION - AVOID GRAPEFRUIT JUICE | PENDING |
| 3) LISINOPRIL 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR HIGH BLOOD PRESSURE | PENDING |
| 4) OMEPRAZOLE 20MG EC CAP TAKE TWO CAPSULES BY MOUTH EVERY MORNING FOR STOMACH ACID REDUCTION. TAKE 30 MINUTES PRIOR TO EATING | PENDING |

PP.Priv - Reproductive

15 Total Medications

Inter-facility Information
This is not an inter-facility consult request.

Status:              ACTIVE
Last Action:         RECEIVED

Facility
| Activity | Date/Time/Zone | Responsible Person | Entered By |
|---|---|---|---|
| OPRS RELEASED ORDER | 11/30/21 13:31 | SEVERS, JOHN B | SEVERS, JOHN B |
| ADDED COMMENT | 11/30/21 17:31 | NEVINS, MONIKA C | NEVINS, MONIKA C |

CCE-CC Eligibility Status: ELIGIBLE
  VCC-Veteran CC option: OPT-OUT
  BVP-Basis for Veteran Preference: Not selected
  CSC-Consult stop code: 212
  CSN-Clinical service: Electromyogram (EMG)
  CST-Consult service type: Specialty Care
  SEV-CC Eligibility: Drive time
CCE----------

CRA-Requested care is clinically appropriate: Yes
CRM-Clinical Review Method: Local RCT triage tool
PWA-Prework acceptable for consult triage: Yes
CVE-Complete via eConsult: No
AC-Accept consult, schedule routine appointment.
PMV-Preferred modality for this consult: Any modality/patient choice
MK-May cancel if Veteran fails to respond to mandated scheduling effort
RCT-Referral Coordination Team Member

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE PO BOX 132 DELTA, COLORADO 81416 DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 058

# Consult Requests

Printed On Dec 1, 2021

```
FORWARDED FROM           11/30/21 17:32        NEVINS,MONIKA C        NEVINS,MONIKA C
     NEUROLOGICAL PROCEDURES RCT OUTPT
CCE-CC Eligibility Status: ELIGIBLE
  VCC-Veteran CC option: OPT-IN
  BVP-Basis for Veteran Preference: Not selected
  CSC-Consult stop code: 212
  CSN-Clinical service: Electromyogram (EMG)
  CST-Consult service type: Specialty Care
  SEV-CC Eligibility: Drive time
CCE----------

CA1-Consult has been reviewed for clinical appropriateness: Yes

SEOC - VHA Office of Community Care--------------------

VHA Office of Community Care - Standardized Episode of Care
Neurology EEG EMG NCV

CAT-SEOC CoC: NEUROLOGY
SEOC ID: MSC NEUROLOGY EEG EMG NCV 1.1.6
```

Coll. Source - Health Benefits

```
Procedural Overview:
1.     EEG EMG or NCV for the referred condition indicated on consult order
2.     Outpatient hospital observation status for procedure, if indicated
```

Coll. Source - Health Benefits

```
SEO-------------------------------------------------

RCT-Referral Coordination Team Member

RECEIVED                 12/01/21 07:40        ALLEN,JANIS E        ALLEN,JANIS E
ICR-Initiate Community Care Referral
CAP-CC approved: Authorized referral-1703
DLC-DOAMS List reviewed: Clinical review required
PMO-Preferred modality for this consult: In-person appointment
CCH-CC scheduling to be performed by: VA Facility CC Office
CLA-Admin Screening Care Coordination: Basic
  CAN Score: 30 (Risk assessment date: 11/26/2021)
  Clinical Triage: Not required
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 059

2021/12/10 11:30:58   12 /20

# Consult Requests

Printed On Dec 1, 2021

CLA-------------------------

SEOC - VHA Office of Community Care--------------------

VHA Office of Community Care - Standardized Episode of Care
Neurology EEG EMG NCV

CAT-SEOC CoC: NEUROLOGY
SEOC ID: MSC NEUROLOGY EEG EMG NCV 1.1.6

## Coll. Source - Health Benefits

Procedural Overview:
1.    EEG EMG or NCV for the referred condition indicated on consult order
2.    Outpatient hospital observation status for procedure, if indicated

## Coll. Source - Health Benefits

SEO--------------------------------------------------

Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
============================================= END =============================================

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Page 8

# Progress Notes

```
LOCAL TITLE: BLUE PRIMARY CARE TEAM/CLINICIAN
STANDARD TITLE: PRIMARY CARE PHYSICIAN NOTE
DATE OF NOTE: NOV 30, 2021@07:40    ENTRY DATE: NOV 30, 2021@07:40:51
     AUTHOR: SEVERS,JOHN B     EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED
```

DATE OF SERVICE: November 30, 2021

CHIEF COMPLAINT: Chronic pain

HISTORY OF THE PRESENT ILLNESS: The patient is a 63-year-old white male that for
routine annual medical follow-up PP.Priv - Respiratory    chronic pain syndrome,
PP.Priv - L-Spine, PP.Priv - Circulatory, PP.Priv - Digestive                He
continues to report the chronic pain remains his main concern.  He continues to
take some over-the-counter analgesics with some success.  He also takes sulindac
as needed.  He no longer takes opiate medications.  He had surgery in June to
correct ulnar nerve neuropathy at the elbow.  The surgery was not successful in
alleviating his hand symptoms.  The orthopedic surgeon thinks he may have a
problem with his brachial plexus although he had an MRI of the brachial plexus
that showed it was normal.  The orthopedic surgeon wanted him to see a
neurosurgeon at University Hospital in Denver.  He continues to struggle with
chronic left shoulder pain.  He may want to get that shoulder fixed at some
point.  His right shoulder is doing fine after having surgery about 2 years ago
with Dr. Luker.  He denies any breathing problems or chest pain.

REVIEW OF SYSTEMS: Negative in its entirety other than that stated above

PHYSICAL EXAMINATION:
VITAL SIGNS: Stable as recorded
GENERAL: No apparent distress, ambulatory.
NECK: Supple without JVD or mass
CHEST: Clear to auscultation
CV: Regular rate and rhythm, no murmurs gallops or rubs
ABD: Obese, bowel sounds positive, nontender, no mass or organomegaly
MUSCULOSKELETAL: No cyanosis, clubbing or edema.
LYMPHATIC: no cervical/supraclavicular/axillary/inguinal nodes
SKIN: no rashes/lesions/nodules/induration.

MEDICATION RECONCILIATION: Current medications were reviewed, and reconciled
with patient. I judge him to be compliant. He was provided with a hard copy of
the active medication list.

TOBACCO: None

LABORATORY DATA: Discussed with him as good including CHEM profile, PSA, and
lipid profile.

IMMUNIZATIONS: He agreed to a flu shot but nothing else.

ASSESSMENT/PLAN:

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO 81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 061

# Progress Notes

Printed On Dec 1, 2021

1. Chronic pain: Overall stable, plan to continue measures as described above.
2. Left arm ulnar nerve: I I think he would do well to see a neurologist prior
to seeing a neurosurgeon. He has seen Dr. Hehman in Delta prior to this latest
surgery.

PP.Priv - Circulatory, PP.Priv - Nose, PP.Priv - Digestive

FOLLOW UP: Return to clinic in 6 months

/es/ John B. Severs MD
Board Certified Internal Medicine
Signed: 11/30/2021 13:20

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

**Harper GVNR 062**

2021/12/10 11:30:58    15 /20

# Lab Results

```
                         ---- CBC GRAND JUNCTION ----

    BLOOD            Apr 06              Reference
                     2021
                     11:27    Units      Ranges
---------------------------------------------------------------------------
    WBC              9.21     10*3/uL    4.5 - 11
    NRBC             0.0      /100 WBC   0 - .2
    RBC              5.72     10*6/uL    4 - 6
    HGB              17.4 H   g/dL       14 - 17
    HCT              52.2 H   %          42 - 52
    MCV              91.3     fL         86 - 96
    MCH              30.4     pg         25 - 32
    MCHC             33.3     g/dL       32 - 35.5
    RDW              12.9     %          11 - 16
    PLT              256      10*3/uL    150 - 400
    PLT.E                     PLT/HPF
    MPV              11.6     fL         9.4 - 12.4
    IPF                       %          .9 - 11.2
    ABS NEU          5.98     10*3/uL    1.8 - 7.8
    NEUT%            65.0     %          37 - 75
    LYMPHS           22.8     %          10 - 49
    MONO %           9.3      %          4 - 14
    EOS %            1.8      %          0 - 5
    BASO %           0.9      %          0 - 1
    IG               0.2      %          .1 - .4
    ABS. NEUT                 10*3/uL    1.8 - 7.8
    SEGS                      %          34 - 56
    LYMPH                     %          10 - 49
    MONOS                     %          4 - 14
    EOS                       %          0 - 5
    BASO                      %          0 - 1
    META                      %          0 - 0
    MYELO                     %          0 - 0
    PROMYELOCYTE              %          0 - 0
    BLAST                     %          Ref: 0
    Atypical Lymph            %          0 - 0
    NORMOCY                              Ref: normal
    NORMOCH
    Anisocytosis
    POIKILO
    HYPO
    MACRO
    MICROCY
    T CELLS
    POLYCHR
    OVALOCY
    Acanthocytes
    TEARDP
    TOXIC G
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Page 11

# Lab Results

```
TOXIC VAC.
SEDRATE                      MM/HR    0 - 20
RETICULOCYTE                    %    .5 - 1.8
IRF                             %    3 - 15.9
RET-He                         pg   28.2 - 36.6
Comments:          c
c.  Evaluation for PLT:
    For COVID-19 Patients:
    Platelet values <50 x 10*3/uL = Severe COVID-19
    Decreasing Platelet values = Disease progression
    Evaluation for LYMPHS:
    For COVID-19 Patients:
    Absolute lymphocyte count = (LYMPHS% X WBC) / 100
    Lymphocyte values <1.1 x 10*3/uL = Moderate Risk
    Lymphocyte values <0.8 x 10*3/uL = High Risk/Severe COVID-19
    Neutrophil-Lymphocyte Ratio >4 = Severe COVID-19
    Decreasing Lymphocyte values = Disease progression
    Evaluation for NEUT%:
    For COVID-19 Patients:
    Neutrophil-Lymphocyte Ratio >4 = Severe COVID-19
    Evaluation for IG%:
    Includes metas, myelos, and pros.  Indicates left shift.

    Ordering Provider: Andrew W Winnefeld MD
    Report Released..: Apr 06, 2021@12:18
    Performing Lab...: GRAND JUNCTION VAMC [CLIA# 06D0987842]
                       2121 NORTH AVENUE GRAND JUNCTION, CO 81501-6428




                        ---- CHEM GJ 2 ----

PLASMA              Nov 30   Apr 06            Reference
                     2021     2021
                    10:11    11:27    Units    Ranges
-------------------------------------------------------------
GLUC                 113 H     89     mg/dL    74 - 106
BUN                 19.0 H    17.0    mg/dL     7 - 18
CREAT                1.2      1.2     mg/dL    0.70 - 1.30
NA                   138      139     mmol/L   136 - 145
K                    4.4      4.0     mmol/L   3.5 - 5.1
CL                   105     108 H    mmol/L   98 - 107
TCO2                  27       22     mmol/L    21 - 32
PO4                                   mg/dL    2.5 - 4.9
CA                   9.4      8.8     mg/dL    8.5 - 10.1
PROTEIN              7.8      7.4      g/dL    6.4 - 8.2
ALBUMIN              4.2      4.0      g/dL    3.4 - 5
ALK                 169 H    159 H    U/L      45 - 117
AST                   26       20     U/L      15 - 37
TBIL                 0.9      1.0     mg/dL     .2 - 1
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO 81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

2021/12/10 11:30:58   17 /20

# Lab Results

Printed On Dec 1, 2021

| | | | | |
|---|---|---|---|---|
| MG | | | mg/dL | 1.8 - 2.4 |
| DBIL | | | mg/dL | 0 - .2 |
| AMYL | | | U/L | 25 - 115 |
| ALT | 60 | 39 | U/L | 12 - 78 |
| CPK | | | U/L | 26 - 308 |
| LDH | | | U/L | 87 - 241 |
| GGT | | | U/L | 5 - 85 |
| CHOL | 140 | 125 | mg/dL | 0 - 200 |
| TRG | 89 | 165 H | mg/dL | Ref: <=150 |
| HDL | 59 | 52 | mg/dL | 40 - 59 |
| D LDL | | | mg/dL | Ref: <100 |
| LIPA | | | U/L | 73 - 393 |
| URIC | | | mg/dL | 3.5 - 7.2 |
| TSH | | 1.9 | uIU/mL | .36 - 3.74 |
| FR T4 | | | ng/dL | .76 - 1.46 |
| TPSA | 2.0 | 1.8 | ng/mL | 0 - 4 |
| FERRITI | | | ng/mL | 8 - 388 |
| PREALB | | | mg/dL | 20 - 40 |
| LACTATE | | | mmol/L | .4 - 2 |
| MYOGLOB | | | ng/ml | 16 - 96 |
| TROP I | | | ng/mL | 0 - .045 |
| AMMONIA | | | umol/L | 11 - 32 |
| PBNP | | | pg/ml | 0 - 125 |

Comments:            a         b

a.  For eGFR: eGFR results >60 are imprecise. Many variables affect the
    calculated result. Interpretation of eGFR results >60 must be
    monitored over time.
    Evaluation for TBIL:
    For COVID-19 Patients:
    Increased levels of ALT, AST and Total Bilirubin = Severe COVID-19
    Evaluation for AST:
    For COVID-19 Patients:
    Increased levels of ALT, AST and Total Bilirubin = Severe COVID-19
    Evaluation for ALT:
    For COVID-19 Patients:
    ALT values >168 U/L = Statin may cause more harm than good
    Increased levels of ALT, AST and Total Bilirubin = Severe COVID-19
    Evaluation for TRG:
    TRIGLYCERIDE reference range is for fasting specimens only.
    Reference range has not been established for non-fasting specimens.
    Evaluation for TPSA:
    Individuals ingesting mega doses of biotin may have a false decrease for
    this assay.  Contact Laboratory for interference specifics.

    Ordering Provider: John B Severs
    Report Released..: Nov 30, 2021@10:48
    Performing Lab...: GRAND JUNCTION VAMC [CLIA# 06D0987842]
                      2121 NORTH AVENUE GRAND JUNCTION, CO 81501-6428

b.  Non-fasting sample

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Page 13

# Lab Results

```
        For eGFR: eGFR results >60 are imprecise. Many variables affect the
        calculated result. Interpretation of eGFR results >60 must be
        monitored over time.
        Evaluation for TSH:
        Individuals ingesting mega doses of biotin may have a false
        decrease for this assay.  Contact Laboratory for interference
        specifics.

        Ordering Provider: Andrew W Winnefeld MD
        Report Released..: Apr 06, 2021@12:46
        Performing Lab...: GRAND JUNCTION VAMC [CLIA# 06D0987842]
                           2121 NORTH AVENUE GRAND JUNCTION, CO 81501-6428



                         ---- MISCELLANEOUS TESTS ----


     DATE     TIME    SPECIMEN        TEST                      VALUE
   Ref ranges
   ----------------------------------------------------------------------------
   Nov 30, 2021@10:11  PLASMA         LDL-CHOL CALCULATION:   63   mg/dL
     0 - 100
   Nov 30, 2021@10:11  PLASMA         eGFR calculation:      >60   mL/min
     60 - Unspecified
   Nov 30, 2021@10:11  PLASMA         CORRECTED CA++:         9.2  mg/dL
     8.5 - 10
   For eGFR: eGFR results >60 are imprecise. Many variables affect the
   calculated result. Interpretation of eGFR results >60 must be
   monitored over time.
   Evaluation for LDL CALC:
   LDL-HDL CALC reference range is for fasting specimens only.
   Reference range has not been established for non-fasting specimens.
   Evaluation for EGFR:
   eGFR "units"=ml/min/1.73m^2. Results >60 are imprecise and must be
   monitored.  eGFR SHOULD NOT BE USED TO EVALUATE DIALYSIS PATIENTS!!

   Ordering Provider: John B Severs
   Report Released..: Nov 30, 2021@10:48
   Performing Lab...: GRAND JUNCTION VAMC [CLIA# 06D0987842]
                      2121 NORTH AVENUE GRAND JUNCTION, CO 81501-6428

   Apr 06, 2021@11:27  PLASMA         LDL-CHOL CALCULATION:   40   mg/dL
     0 - 100
   Apr 06, 2021@11:27  PLASMA         eGFR calculation:      >60   mL/min
     60 - Unspecified
   Apr 06, 2021@11:27  PLASMA         CORRECTED CA++:         8.8  mg/dL
     8.5 - 10
   Non-fasting sample
   For eGFR: eGFR results >60 are imprecise. Many variables affect the
   calculated result. Interpretation of eGFR results >60 must be
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Page 14

# Lab Results

```
monitored over time.
Evaluation for LDL CALC:
LDL-HDL CALC reference range is for fasting specimens only.
Reference range has not been established for non-fasting specimens.
Evaluation for EGFR:
eGFR "units"=ml/min/1.73m^2. Results >60 are imprecise and must be
monitored.  eGFR SHOULD NOT BE USED TO EVALUATE DIALYSIS PATIENTS!!

Ordering Provider: Andrew W Winnefeld MD
Report Released..: Apr 06, 2021@12:46
Performing Lab...: GRAND JUNCTION VAMC [CLIA# 06D0987842]
                  2121 NORTH AVENUE GRAND JUNCTION, CO 81501-6428

Apr 06, 2021@11:27  PLASMA              :

~For Test: RADIOLOGY CREAT/EGFR PANEL
~for April CT abd/pelvis w/contrast
*RADIOLOGY CREAT/EGFR PANEL Not Performed: Apr 06, 2021@12:28 by 261
*NP Reason: Duplicate

Ordering Provider: John B Severs

================================================================================


                              ---- BLOOD BANK ----



  No ABO/Rh results.



ANTIBODIES IDENTIFIED:

  No Antibody results.


TRANSFUSION REQUIREMENTS

  No Transfusion Requirements.



TRANSFUSION REACTIONS:

  No Transfusion Reactions.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

**Harper GVNR 067**

# Lab Results

AVAILABLE/ISSUED UNITS:

  No Available/Issued Units.


DIAGNOSTIC TESTS

  No results.


COMPONENT REQUESTS:

  No Component Requests.


TRANSFUSED UNITS

  No Transfused Units.




                    *** [LEGACY VISTA BLOOD BANK REPORT] ***
    The following historical information comes from the Legacy VISTA Blood Bank
System
    It represents data collected prior to the installation of VBECS. Some of the
information
    in this report may have been duplicated in the VBECS report above (if
available).

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER, DONALD DUANE<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Harper GVNR 068

02/02/2022 01:47 PM FAX 9702494994         MICHAEL HEHMANN NEURO                    ☑0001/0002



**MICHAEL F. HEHMANN, M.D.**
CLINICAL NEUROLOGY

October 10, 2019

RE: **HARPER, DONALD**
DOB:  12/21/57

I had the pleasure of seeing Mr. Donald Harper. He is a very pleasant 61-year-old gentleman who presents today with his wife. He has a history of symptoms involving the left elbow with symptoms shooting down to his left fingers. He was at a Starbucks 8 or 10 weeks ago. He was outdoors in a heavy wind that brought a big industrial umbrella and awning that came down and hit him on the left side of the neck. It was more on the anterior aspect of the neck and the frontal area of the neck with almost "impaling him" down into that area of the soft tissue. He had immediate pain shooting down through the left arm, through the left fingers, and up through the left neck.

He has symptoms now, especially when he turns his head to the right side. He will have shooting pain down through the left anterior chest area, underneath the elbow, and down to the fourth and fifth digits and the entire hand.

Social history: The patient does not smoke or drink alcohol. He is self-employed.

Surgical history: He had a history of neck surgery in the distant past.

PP.Priv - Circulatory, PP.Priv - Nose

On exam the patient is awake, alert, and oriented. Cranial nerves were serially examined II through XII and are normal. He has normal extraocular movements. Pupils are equal, round, and reactive. Examination of the neck, skull, and scalp is normal. Neck exam is normal. When he brings his head to the right side he has shooting pain down the left and palpation of the elbow reveals slight tenderness to the elbow. He has normal strength bilaterally.

EMG nerve conduction studies were performed of the left upper extremity and the results are as follows:

The left median motor study reveals a normal latency of 3.68 ms with a velocity of 49.8 m/s and normal amplitude.

The left ulnar study is normal with a latency of 3.04 ms and a velocity of 56.9 m/s through the forearm and 47.6 m/s across the left elbow.

The left median sensory study is normal at 48.4 m/s.

815 South Third St.
Montrose, Colorado
81401

Phone:
970.249.4665

Fax:
970.249.4994

RE: **HARPER, DONALD**
Page 2

The left ulnar study is equal to 52.0 m/s.

The left radial study is equal to 51.7 m/s.

EMG was performed of the left upper extremity. The left C4-5, C5-6, C6-7 and extensors are normal with no evidence of acute or chronic denervation.

In summary therefore:

1. I do think he's had a brachial plexis type stretch injury. There is no evidence of any permanent damage on EMG nerve conduction studies. There is no evidence of any ulnar entrapment at the elbow, but I do think he's had a brachial plexis injury involving a stretch injury of the ulnar division of the brachial plexis up in a proximal location with symptoms down in the distal area.

2. With an injury like this we usually just take a watch and wait approach. I think I would stay away from any physical therapy. When he looks to the right side he has symptoms when he stretches that area of the brachial plexis so I would have him avoiding any type of activities that would increase his symptoms. Therefore again we'll take a watch and wait approach and he can continue his gabapentin for his symptoms.

Michael F. Hehmann, M.D.
MFH/jw

xc: V.A.

# *Western Orthopedics and Sports Medicine*

Western Orthopedics
& Sports Medicine, P.C.

2020 North 12th Street
Grand Junction, CO 81501
Phone: (970) 245-0484
Fax: (970) 242-3087

## Name: Donald D Harper   DOB:12/21/1957   SSN: 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

PO Box 132
Delta, CO 81416

**Phone:** (970) 250-3460

**PCP:** Bruce R MixterMD

**Policies:**
Golden Rule
Phone: (800) 657-8205
GRP-#: 705214
PLAN#: 090123544

### Referring Provider: Dr. Mistry

Please Schedule (select all that apply)

[X] Urgent- Referring physician called:
[] Routine Appointment with Specific Physician Listed:
[] First Available with any physician

[] Evaluation consultation with treatment recommendations
that primary care physician will continue to follow

[] Evaluation consultation with assumed care for this
condition

[] Specialist to Specialist*- Secondary Referral

*Send copy of this referral to patient's primary care physician

[] Other (designate)

[X] Evaluation consultation with treatment recommendation and shared care

# PP.Priv - Head

---

Donald D Harper

Patient #: 182760

DOB: 12/21/1957 (55 years)

From: FAXmaker    To: (970) 245-7240    Page: 2/4    Date: 1/2/2013 5:21:41 PM
Joel M Dean, DO (Neurology), 1060 Orchard Avenue Suite G , Grand Junction, CO    81501] ID: [10269.18426], Western Orthope

History of Present Illness



NOTABLE HISTORY:
- Dr. Vance is treating him for his shoulder and will PP.Priv - Head
- Appointment with Dr. Witmer is pending to address his cervical and thoracic spine problems



TODAY, THE PATIENT IS SEEN IN CONSULTATION FROM DR. KENNAN VANCE.

Additional reason for visit:

Transition into care is described as the following:
The patient most recently received care from another physician (DR. KENNAN VANCE.).

Allergies
**Codeine Derivatives**

Past Medical History
**IMPINGEMENT SYNDROME OF LEFT SHOULDER**
PP.Priv - Head
**PARTIAL TEAR OF ROTATOR CUFF**
**No pertinent past medical history**

PP.Priv - Unrel. Family Hist.

PP.Priv - Unrel. Social Hist.

Medication History
Flexeril ( Oral) Specific dose unknown - Active.
Percocet ( Oral) Specific dose unknown - Active.
Advil (200MG Tablet, 3 Oral every four hours) Active.
Advil PM (1 Oral nightly) Specific dose unknown - Active.
Medications Reconciled.

---

Donald D Harper                    Patient #: 182760                    DOB: 12/21/1957 (55 years)

Wednesday, January 2, 2013
This fax was sent with GFI FAXmaker fax server. For more information. visit: http://www.gfi.com    Page 2 / 4
**Harper GVNR 072**

From: FAXmaker    To: (970) 245-7240    Page: 3/4    Date: 1/2/2013 5:21:41 PM
Joel M Dean, DO (Neurology), 1060 Orchard Avenue Suite G , Grand Junction, CO    81501] ID: [10269.18426], Western Orthope

## PP.Priv - Digestive

**Review of Systems**

**General:** Present- Fatigue and Weight Gain. Not Present- Appetite Loss, Chills, Fever, Weight Loss and Sweats.
**Skin:** Not Present- Rash, Ulcer, Skin Ulcers and Masses.

## PP.Priv - Head

**Neck:** Present- Neck Pain and Decreased Motion.
**Cardiovascular:** Present- Chest Pain. Not Present- Leg Edema, Palpitations, Shortness of Breath and Tachycardia.
**Musculoskeletal:** Present- Back Pain, Joint Pain, Muscle Pain, Swelling of Extremities and Previous Fracture.

PP.Priv - Head
PP.Priv - Mental Health

01/02/2013 11:09 AM
**Weight:** 230 lb **Height:** 70 in
**Body Surface Area:** 2.27 m² **Body Mass Index:** 33 kg/m²

**BP:** 124/86 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:
- Normocephalic, atraumatic
- Pupils equal and round and react to light and accommodation
- Extra-ocular movements intact and painless
- Hearing normal
- Vestibular screening normal
- Vision normal, Funduscopy normal
- CN II-XII grossly intact
- Normal motor sensory function
- Reflexes symmetric
- Cognition, thought language processes intact
- Rapid alternating movement normal
- Romberg Test negative

SAC Test 26/30

**Assessment & Plan**



From: FAXmaker    To: (970) 245-7240    Page: 4/4    Date: 1/2/2013 5:21:42 PM
Joel M Dean, DO (Neurology), 1060 Orchard Avenue Suite G , Grand Junction, CO    81501] ID: [10269.18426], Western Orthope



# PP.Priv - Head

Dilaawar J Mistry MD

This fax was sent with GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

**Harper GVNR 074**

**HARPER, DONALD D [21-Dec-1957]**

* All action times shown on this page are in Mountain Daylight Time.

This document has been signed by Craig Lastine, MD on 04-Jan-2013 08:03 AM,
Encounter ID: <Not assigned>
Elysium Routine Office Transcription Encounter

Name: **HARPER, DONALD D**
Gender: M
Address: **PO BOX 132**
    **DELTA, CO 81416**
Home: **(970) 250-3480**
Mobile:
Language: **English**
    **M000256316** **[MMH]**
    **M000256606** **[SMH]**
    **M0076765** **[DCMH]**
MRN or ID: **W00256606** **[SMH]**
    **M00076765** **[DCMH]**
    **M182760** **[WOSM]**
    **000058429612 [Elysium]**

Age: **55 Years**
Born: **21-Dec-1957**

Email:
Contact via: **Mail**
Ethnicity: **Not Hispanic or Latino or Spanish Origin**

Race: **White**

Ordered by: **Craig Lastine**

Referring Provider: **Dilsawar J Mistry**
    CC:
    Date: Month **Jan** Day **3** Year **2013**
    Reason: Type: **Routine**

                BMI (calcd.):        BP: / HR: **apical**
Vision: L: **20/** R: **20/** Resp Rate: Peak Flow:
O2Sat%: Liter: Pain Level:
Hearing: LMP:
        OFC:: **%**



PP.Priv - Head

QHN Proprietary 9.2 Version 1.0 4/16/12

**Harper GVNR 075**

MAR/20/2013/WED 01:29 PM   Grand Valley Neuro.        FAX No. 970-245-7240                    P. 002

## HARPER, DONALD D [21-Dec-1957]

Page 1 of 1

\* All action times shown on this page are in Mountain Daylight Time.
**Elysium FINAL TRANSCRIPTION RESULTS FROM WESTERN ORTHOPEDICS**          CHART
**ALLSCRIPTS**                                                           COPY

Name: **HARPER, DONALD D**        Alias:
Gender: **M**                     Age: **55 Years**
Address: **PO BOX 132**           Born: **21-Dec-1957**
**DELTA, CO 81416**
Home: **(970) 250-3460**          Email:

MRN or ID: **182760        [WOSM]
000058429812 [Elysium]**

Ordered by **Dilaawar J Mistry**
\* All clinical times shown on this page are in Mountain Standard Time.
**Allscripts H&P Rpt**

Service/Procedure Date: **26-Feb-2013 03:24 PM**

Donald D. Harper
2/26/2013 3:24 PM
Location: Western Orthopedics and Sports Medicine
Patient #: 182760
DOB: 12/21/1957
Married / Language: English / Race: White
Male

The patient is a 55 year old Male.

Assessment& Plan (Dilaawar J Mistry, MD; 2/26/2013 3:25 PM)

CERVICAL SPONDYLOSIS (721.0)
Impression: Patient called to state that his neck pain is persistent.

Based on my previous assessment and recommendations, I discussed specialist referral with pain
management specialist to discuss pros and cons of interventional pain management vs continued
conservative care. Patient understands rationale and would like to proceed with referral.
- Instructed to call clinic if symptoms worsen. Current Plans I Referral to Pain Management - Dr.
Lewis

165317 000165317-20130226162619311_txt.HL7                                       165317
WOSM Transcription                                                       Allscripts H&P Rpt

MAR/20/2013/WED 01:29 PM    Grand Valley Neuro.        FAX No. 970-245-7240                P. 003

HARPER, DONALD D [21-Dec-1957]                                                    Page 1 of 1

*All action times shown on this page are in Mountain Daylight Time.*

### Elysium RADIOLOGY RESULTS FROM SMH RADIOLOGY                        CHART
                                                                         COPY

  Name: **HARPER, DONALD D**        Alias:
  Gender: **M**                      Age: **55 Years**
  Address: **PO BOX 132 76 58 HWY 65**  Born: **21-Dec-1957**
          **DELTA, CO 81416**
  Home: **(970) 250-3460**          Email:

  MRN or ID: **W00256606   [SMH]**
             **000058429812 [Elysium]**

Ordered by **Bruce Mixter1**

  Attending: **Bruce Mixter1**    Copies To: **Bruce Mixter1**

*All clinical times shown on this page are in Mountain Daylight Time.*

**MRI CERVICAL SPINE WO CONTRAST**              **Performed on:29-Oct-2012 11:05 AM**
                                                 **Read by:RANDALL H. GEHL**
Thoracic back pain                                **Verified by:**
Examination: MRI CERVICAL SPINE WO CONTRAST
Reason for exam: Cervical and shoulder pain after fall from building 3 weeks ago. Previous surgery.
IMPRESSION:
1. Age indeterminant disc bulge C4-5 with mild central canal narrowing likely degenerative.
2. Marrow signal abnormality linearly at the superior endplate of C4, probably compression fracture.
3. Plate and hardware fixation C5-C7 uncomplicated.
Comments: Posterior elements appear grossly normal. There is a linear abnormality of low-signal intensity on T1 and T2-weighted sequences below the endplate of the C4 vertebral body. There is also some marrow edema on the STIR sequence. This could be a
fracture such as a compression fracture.
Posterior elements do not appear to have ligamentous edema indicating instability.
C2-3, C3-4: No central canal or foraminal stenosis.
C4-5: There appears to be a disc bulge with mild central canal narrowing. This is age-
indeterminate. It appears chronic however and is asymmetric to the right with mild right foraminal narrowing.
C5-6: Level fused.
C6-7: Level fused and uncomplicated.
C7-T1: Unremarkable.
The anterior locking plate from C5-C7 appears uncomplicated. No central canal or foraminal stenosis at these levels. Upper thoracic area is unremarkable. There is a hemangioma at T2 posterior vertebral body.
1 PREVIOUS C-SPINE SUGERY X 11-12 YEARS- FUSION WITH HARDWARE. NO OTHER SURGERIES. INJURY X 3 WEEKS- PATIENT FELL OFF BUILDING AND LANDED ON HEAD. CERVICAL, THORACIC AND LUMBAR PAIN. LEFT SHOULDER PAIN. LEFT ANTERIOR LEG NUMBNESS. LOWER RIB PAIN AND
TIGHTNESS BILATERAL. HEADACHES. STERNAL PAIN. PATIENT CANNOT RAISE LEFT SHOULDER. SHOULDER POPPING.


Cervical pain

SM209500MR 20121029140153_107.emhrad                                        52232443
SMH EPIC RAD                                                                MRSPCWO

HARPER, DONALD D [21-Dec-1957]

Page 1 of 1

*All action times shown on this page are in Mountain Daylight Time.*

### Elysium RADIOLOGY RESULTS FROM SMH RADIOLOGY

CHART
COPY

Name: **HARPER, DONALD D**          Alias:
Gender: **M**                       Age: **55 Years**
Address: **PO BOX 132 76 58 HWY 65**   Born: **21-Dec-1957**
  **DELTA, CO 81416**
Home: **(970) 250-3460**            Email:
MRN or ID: **W00256606   [SMH]**
            **000058429812 [Elysium]**

Ordered by **Bruce Mixter1**
Attending: **Bruce Mixter1**   Copies To: **Bruce Mixter1**



.1 PREVIOUS C-SPINE SUGERY X 11-12 YEARS- FUSION WITH HARDWARE. NO OTHER
SURGERIES. INJURY X 3 WEEKS- PATIENT FELL OFF BUILDING AND LANDED ON HEAD.
CERVICAL, THORACIC AND LUMBAR PAIN. LEFT SHOULDER PAIN. LEFT ANTERIOR LEG
NUMBNESS, LOWER RIB PAIN AND
TIGHTNESS BILATERAL. HEADACHES. STERNAL PAIN. PATIENT CANNOT RAISE LEFT
SHOULDER, SHOULDER POPPING.
MR 240
"RECENT FALL WITH NECK INJURY. PREVIUS C-SPINE SURGERY. CERVICAL/ THORACIC
PAIN."

Cervical pain

## HARPER, DONALD D [21-Dec-1957]

*All action times shown on this page are in Mountain Daylight Time.*
**Elysium FINAL RADIOLOGY RESULTS FROM ST. MARY'S HOSPITAL     CHART**
**MEDITECH                                                    COPY**

Name: **HARPER, DONALD D**          Alias:
Gender: **M**                       Age: **55 Years**
Address: **PO BOX 132**             Born: **21-Dec-1957**
         **DELTA, CO 81416**
Home: **(800) 670-8103**            Email:

MRN or ID: **M000256606   [SMH]**
           **000058429812 [Elysium]**

Ordered by **(no ordering provider available)**
   Attending: **Physician Nonstaff**   Copies To:  **Bruce Mixter**

*All clinical times shown on this page are in Mountain Daylight Time.*
**CERVICAL SPINE 2-3 VIEWS**                  **Performed on:16-Jul-2012 02:03 PM**
                                                       **Read by:**
Acct #: E0787502                                   **Verified by:**
Patient Status: REG CLI
CERVICAL SPINE 2-3 VIEWS
EXAM NUMBER: 002199162
RADIOLOGY NUMBER: 319324
EXAM DATE: 07/16/2012
Examination: Cervical spine three views

Reason for exam: Cervical pain.


IMPRESSION:
1. Postoperative change with mild C7-T1 spondylosis.

Comments: Patient has undergone anterior fusion spanning C5-C7. There
appears to be solid fusion across this region. There is some
underlying spondylosis and facet arthritis primarily at the C7-T1
level.

There is mild kyphosis centered at the C4-C5 level. There is no
fracture or offset. No destructive lesion is seen.

Prevertebral soft tissues are not swollen.

Date/Time Dictated: 07/16/2012 2:05 PM
Date/Time Edited: 07/17/2012 7:06 am
---------------------------------------
***REPORT SIGNED IN OTHER VENDOR SYSTEM 07/18/2012***
DICTATING DOCTOR: Reed Bumgarner MD
ORDERING DOCTOR:
TECHNOLOGISTS: MATTHEW MARTINEZ
HOSPITAL: St. Mary's Medical Center