sensation and hypersensitivity in his left L5 and S1 nerve root distributions.

Physiologic and symmetric appearing knee jerk and Achilles reflexes

Right Lower Extremity:
5/5 EHL
5/5 AT
5/5 Knee flexors
5/5 Knee extensors
5/5 Gastrocs

Left Lower Extremity:
2/5 EHL
2+/5 AT
5/5 Knee flexors
5/5 Knee extensors
1/5 Gastrocs

**Orders:**
Orders Placed This Encounter
- RAD EX SPN LUMBOSAC; MINI 4 VIEWS
  - Standing Status:              Future
  - Number of Occurrences:        1
  - Standing Expiration Date:     5/19/2024
  - Order Specific Question:      Affected Side
  - Answer:                       Not Applicable

**Radiology Impressions:**
X-rays were obtained today of the patient's lumbar spine and reviewed. These show that his previous surgical construct appears intact from L3-S1. He has an L5-S1 anterior cage spacer with plate. It appears to be contained within the margins of the vertebral bodies. Bilateral pedicle screw fixation from L3-S1. Screws appear in good position. No obvious signs of hardware failure or loosening. Lumbar lordosis appears well preserved at the levels above his surgical construct. There appears to be a chronic compression fracture of the T11 vertebral body.

**Impression:**
Encounter Diagnoses

| Name | Primary? |
|---|---|
| Post laminectomy syndrome | Yes |
| Lumbar spine pain | |
| S/P lumbar spinal fusion | |

**Plan/Recommendations:**
I have reviewed all of the above findings at length with Mr. Harper and his family. They expressed good understanding. We have discussed his continued evaluation and treatment options at length. Unfortunately, after undergoing his surgical procedures in July and August of last year he continues to have significant back pain and bilateral leg pain, numbness, tingling, and weakness, worse on the left. Given his continued difficulties I have recommended new lumbar imaging. We will get a new CT scan of his lumbar spine as well as a new lumbar MRI. They are going home to Colorado tomorrow morning so we will the studies done today while they are in town. I will review the studies as well as his history with Dr. Wylie next week upon his return. We will contact him with any further treatment or evaluation

healed midline surgical scar noted consistent with his surgical history. There is notable tenderness to palpation along the lower aspect of his surgical scar in the paraspinal musculature consistent with muscle irritation from his pedicle screws.

Sensation is grossly intact to light touch in lower extremities bilaterally except for decreased sensation and hypersensitivity in his left L5 and S1 nerve root distributions.

Physiologic and symmetric appearing knee jerk and Achilles reflexes

Right Lower Extremity:
5/5 EHL
5/5 AT
5/5 Knee flexors
5/5 Knee extensors
5/5 Gastrocs

Left Lower Extremity:
2/5 EHL
2+/5 AT
5/5 Knee flexors
5/5 Knee extensors
1/5 Gastrocs

**Radiology Impressions:**

The MRI and CT scan show what appeared to be good position screws. Maybe a little bit low on the left at L5 but will obviously test them during surgery. Hopefully we can leave out the L3 screws. Looks like L3/4 is relatively well preserved. Will need to do a Smith Petersen osteotomy at L4 to shorten the nerve roots as much as possible to take tension off of the L5 nerve roots. Likely need a further decompression L5. I likely in this case would remove the majority of the Gill at L5 again just to take tension off of the dorsal aspect of the rootlets in the nerve roots especially L5.

**Impression:**

Post-laminectomy syndrome
Progressive weakness of the legs, left worse than right
Ongoing active denervation L5 nerve root, predominantly left worse than right with decreased recruitment insertional activity and the glute and muscles as listed
Spondylolisthesis at L5/1
S/p anterior lumbar interbody fusion

**Plan/Recommendations:**

Mr. Harper is seen today. S/p anterior lumbar interbody fusion with progressive weakness that sounds like started 2 days afterwards but he does not really remember the first couple of days. Subsequently underwent a posterior L3-1 decompression and fusion but really did not improve his legs and leg weakness at all. The interbody implant at L5/1 actually looks good. I do not know how much listhesis he had originally or how much reduction was performed but he had a very high sacral inclination angle. He has screws from L3-1. The L5 nerve root especially on the left is really hugging the pedicle. The left L5

# Harper, Donald Duane

MRN: 2000140405



**Wylie, Mark William, MD**
Physician
Orthopedics

Op Report
Signed

Date of Service: 06/14/23 1132

```
OPERATIVE NOTE

PATIENT:  HARPER, DONALD DUANE
DATE OF BIRTH: 12/21/1957
ACCOUNT: 9522949134
MRN: E11117765
ADMISSION: 06/09/2023
DISCHARGE:    06/09/2023
AUTHOR:  MARK W WYLIE, MD

CC:  Mark W Wylie, MD

DATE OF PROCEDURE:
June 12, 2023

SURGEON:
Mark W Wylie, MD

PREOPERATIVE DIAGNOSIS:
1.    Postlaminectomy syndrome with active L5 nerve root compromise.
2.    Spondylolisthesis.
3.    Degenerative disk disease.
4.    Foraminal stenosis.
5.    Intractable leg pain and weakness.

POSTOPERATIVE DIAGNOSIS:
1.    Postlaminectomy syndrome with active L5 nerve root compromise.
2.    Spondylolisthesis.
3.    Degenerative disk disease.
4.    Foraminal stenosis.
5.    Intractable leg pain and weakness.

PROCEDURE PERFORMED:
1.    Fusion, L4-5.
2.    Refusion, L5-S1.
3.    Removal of pedicle screw instrumentation, L3, L4, L5, and S1.
4.    Re-instrumentation L4, L5, and S1 through previous screw holes
(22849) .
5.    Revision decompression, L4-5.
6.    Decompression, L5-S1 at previously undecompressed segment.
7.    Partial pedicle excision, L5 and S1 for foraminal decompression.
8.    Smith-Petersen osteotomy, L4, with posterior column shortening
osteotomy.
9.    Partial vertebrectomy S1 posteriorly.
10.   Application of local autograft for posterolateral fusion.
```

Harper, Donald Duane (MRN 2000140405) DOB: 12/21/1957 Encounter Date: 06/06/2023

| Result | Value |
|---|---|
| HCT | 37.2 (L) |
| MCV | 91.1 |
| MCH | 30.2 |
| MCHC | 33.1 |
| Platelet Count | 192 |
| RDW - CV | 13.4 |
| RDW - SD | 42.9 |
| MPV | 11.0 (H) |
| NRBC % | 0.0 |
| nRBC, absolute | 0.0 |

**BASIC METABOLIC PANEL**
Collection Time: 06/14/23  4:24 AM

| Result | Value |
|---|---|
| Calcium | 8.8 |
| Glucose | 130 (H) |
| BUN | 24 |
| Creatinine | 1.04 |
| eGFR | 80 |
| Sodium | 136 |
| Potassium | 4.7 |
| Chloride | 106 |
| $CO_2$ | 24.0 |
| AGap | 6.0 |
| BUN/Creat Ratio | 23.1 (H) |
| Osmolality calc | 288 |

**AUTOMATED DIFFERENTIAL**
Collection Time: 06/14/23  4:24 AM

| Result | Value |
|---|---|
| Neutrophil % | 90.4 |
| Lymphocyte % | 3.4 |
| Monocyte % | 5.7 |
| Eosinophil % | 0.0 |
| Baso % | 0.5 |
| Neutrophil # | 24.20 (H) |
| Lymphocyte # | 0.90 |
| Monoocyte # | 1.50 (H) |
| Eosinophil # | 0.00 |
| Basophil # | 0.10 |
| Differential Type | Auto |

**RADIOLOGY:** All relevant studies reviewed

**Assessment and Plan:**

**ACTIVE PROBLEMS:**

**Hospital Problems**

| | POA |
|---|---|
| * Spondylolisthesis | Yes |

1. Post-laminectomy syndrome and spondylolisthesis of lumbar spine
2. s/p L4-S1 revision decompression and instrumented fusion with an L4 Smith-Petersen osteotomy, an L3-4 uninstrumented fusion, and an L3-S1 removal of hardware 06/12/2023
3. Acute post-operative pain
4. History of L5-S1 anterior lumbar interbody fusion 2022 and posterior decompression and and instrumented fusion 2022
5. Essential hypertension
6. Gastroesophageal reflux disease
7. Alcohol use, daily
8. History of tobacco use

Assessment & Plan
Monitor routine labs, stable

Printed by Almeida, Geneva M at 6/27/2023 2:13 PM

| Result | Value |
|---|---|
| AGap | 4.9 (L) |
| BUN/Creat Ratio | 15.4 |
| Osmolality calc | 287 |

**AUTOMATED DIFFERENTIAL**
Collection Time: 06/13/23 4:17 AM

| Result | Value |
|---|---|
| Neutrophil % | 91.3 |
| Lymphocyte % | 5.2 |
| Monocyte % | 3.4 |
| Eosinophil % | 0.0 |
| Baso % | 0.1 |
| Neutrophil # | 17.20 (H) |
| Lymphocyte # | 1.00 |
| Monoocyte # | 0.60 |
| Eosinophil # | 0.00 |
| Basophil # | 0.00 |
| Differential Type | Auto |

**RADIOLOGY:** All relevant studies reviewed

## Assessment and Plan:

**ACTIVE PROBLEMS:**

### Hospital Problems

| | POA |
|---|---|
| * Spondylolisthesis | Yes |

1. Post-laminectomy syndrome and spondylolisthesis of lumbar spine
2. s/p L4-S1 revision decompression and instrumented fusion with an L4 Smith-Petersen osteotomy, an L3-4 uninstrumented fusion, and an L3-S1 removal of hardware 06/12/2023
3. Acute post-operative pain
4. History of L5-S1 anterior lumbar interbody fusion 2022 and posterior decompression and and instrumented fusion 2022

PP.Priv - Circulatory
PP.Priv - Digestive
PP.Priv - Unrel. Social Hist.

Assessment & Plan
Monitor routine labs, stable
Post-operative care
PT/OT, OOB, Ambulate as directed
Analgesia as appropriate
DVT/GI Prophylaxis
Home medications reviewed
-continue lisinopril, atorvastatin, omeprazole, tamsulosin
Dispo: medically stable, anticipate home tomorrow
Thank you for this consult! Will continue to follow

Daniel Luan Tran, DO 6/13/2023 12:27

### Progress Notes　　　　　　　　Duley, Troy Michael, PA-C (Physician Assistant) • Orthopedics

Cosigned by: Wylie, Mark William, MD at 06/13/23 1705

Patient and wife state that he is doing well. Reports no left leg pain and improved left leg strength. Back is sore but managed well. No new complaints.
Patient appears alert, awake, and oriented. No acute distress. Resting in bed eating breakfast. VSS. Afebrile last 24 hours. H/H - 13.9/42.8
Appears neurovascularly intact in the lower extremities bilaterally. At least 5-/5 in his left TA and EHL.
Calves are soft and nontender.

Harper, Donald Duane (MRN 2000140405) DOB: 12/21/1957 Encounter Date: 06/06/2023

Did well with initial ambulation/OOB. Dressing appears clean, dry, and intact. Hemovac and Prevena appear intact. 1 day S/P L4-S1 revision decompression and instrumented fusion with an L4 Smith-Petersen osteotomy, L3-4 uninstrumented fusion, and an L3-S1 removal of previous hardware. Doing well. Continue care.

## Immediate Post-Op

Cosigned by: Wylie, Mark William, MD at 06/13/23 1705

Duley, Troy Michael, PA-C (Physician Assistant) • Orthopedics

Pre-op diagnosis: Lumbar spondylolisthesis, post-laminectomy syndrome, degenerative disc disease, stenosis and progressive leg weakness
Post-op diagnosis: Lumbar spondylolisthesis, post-laminectomy syndrome, degenerative disc disease, stenosis and progressive leg weakness
Surgeon: Mark Wylie, M.D.
Assistant: Troy M. Duley, PA-C & Jimmy Callahan, FNP-C, RNFA
Procedure: L4-S1 revision decompression and instrumented fusion with an L4 Smith-Petersen osteotomy, an L3-4 uninstrumented fusion, and an L3-S1 removal of hardware
Findings: As above
Complications: None apparent
Specimen: None
EBL: 475 milliliter(s) with 250 milliliter(s) returned via cell saver
Patient was transferred to PACU in stable condition.

## Consults

Consult Orders

Tran, Daniel Luan, DO (Physician) • Medicine

1. CONSULT HOSPITALIST [1346886683] ordered by Callahan, Jimmy Lee, NP

### Consult Note

Name: Donald Duane Harper
MR#: 2000140405
Room #: THCF OR Pool Room/THCF O*
Admit Date: 6/12/2023
Acct #:

Date: 6/12/2023 14:12
DOB: 12/21/1957
Age/Sex: 65 y.o. male
Admitting: Mark William Wylie, MD

**CONSULT HOSPITALIST**
Consult performed by: Tran, Daniel Luan, DO
Consult ordered by: Callahan, Jimmy Lee, NP
Reason for consult: medical management

**Past History:**
Mr Harper is a 65 year old male with PMH of HTN who presents for low back pain. Pain has been present for years with associated radiation into lower extremities. Notes history of L5-S1 ALIF in 7/2022 and decompression/stabilization in 8/2022. Patient reports ongoing back pain since. Patient presented for L4-S1 revision decompression and instrumented fusion with an L4 Smith-Petersen osteotomy, an L3-4 uninstrumented fusion, and an L3-S1 removal of hardware without complication on 6/12/2023. I was consulted for medical management. Patient seen and examined at bedside in pre-op. Vital signs stable. Pain controlled. Denies any acute concerns/complaints. From Colorado. Staying with friends after discharge. Drinks 2-3 beers daily most recently yesterday evening, notes used 3ppd x 10 years quit 20 years ago.

The history is provided by medical records, the patient and the spouse.

**Review of Systems:**
Review of Systems
Constitutional: Negative for chills, diaphoresis, fever and malaise/fatigue.
HENT: Negative for congestion, sinus pain and sore throat.
Eyes: Negative for blurred vision and pain.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and urgency.
Musculoskeletal: Positive for back pain. Negative for falls and neck pain.
Skin: Negative for rash.

Printed by Almeida, Geneva M at 6/27/2023 2:13 PM

6/27/23, 2:13 PM                Harper, Donald Duane (MRN 2000140405) DOB: 12/21/1957 Encounter Date: 06/06/2023

Impression:

Post-laminectomy syndrome
Progressive weakness of the legs, left worse than right
Ongoing active denervation L5 nerve root, predominantly left worse than right with decreased recruitment insertional activity and the glute and muscles as listed
Spondylolisthesis at L5/1
S/p anterior lumbar interbody fusion


Plan/Recommendations:

Mr. Harper is seen today. S/p anterior lumbar interbody fusion with progressive weakness that sounds like started 2 days afterwards but he does not really remember the first couple of days. Subsequently underwent a posterior L3-1 decompression and fusion but really did not improve his legs and leg weakness at all. The interbody implant at L5/1 actually looks good. I do not know how much listhesis he had originally or how much reduction was performed but he had a very high sacral inclination angle. He has screws from L3-1. The L5 nerve root especially on the left is really hugging the pedicle. The left L5 screw looks like it is in the pedicle but unfortunately likely the L5 nerve roots were under significant tension causing the progressive weakness of the legs confirmed by the EMG.

His left shoulder also hurts. He does not really have any long tract signs but I certainly would like a cervical MRI. Had a previous 2 level fusion by Dr. Stewart Smith, I believe in Oklahoma City years ago that has done very well. I do not think he is myelopathic although he does feel like his balance has gotten worse since the surgery. We will certainly get a cervical and thoracic MRI. He has point tenderness at about T10-11 over the spinous process in the midline.

I do not think that he needs to wait months given the EMG findings with active insertional activity, positive sharp waves, some fibrillation potentials, deep decreased recruitment. It does not sound like some other form of myopathy. Certainly the temporal relationship makes sense for possible stretched L5 nerve root. As far as his neck, he has a negative Lhermitte's, negative Spurling's, negative inverted radial, negative Hoffmann's. His left shoulder is not the greatest. Maybe a little intrinsic wasting on the left but considering the previous surgery, his multilevel degeneration and balance issues would certainly be worth looking at. We will need to do this in the near future.

This patient has been examined and there have been NO changes in the patient's medical status. The necessity of the procedure or care is still present. The H&P is current.

The risks and benefits were discussed at length with the patient including, but not limited to, pain, bleeding, infection, damage to nerves and vessels, loss of function, need for further procedures, DVT, PE, death, CSF leak, dural injury, neurologic injury,nerve root injury dorsal root ganglion injury, battered root syndrome, failed back syndrome, arachnoiditis, injury to nerves and/or vessels, or incomplete resolution of symptoms, worsening of symptoms, or need for further procedures.Return to the operating room for epidural bleeding/hematoma, pedicle screw malplacement, recurrent disk herniation, hardware failure, implant migration, interbody implant migration and infection, osteomyelitis including need for vertebral removal and reconstruction and **the patient will not be pain free. Weakness and numbness might not improve.**

   We discussed continued pain, screw and implant malplacement, need for postop CT scan, and return to the operating room, need for subarachnoid drainage, or return to the operating room for chronic CSF leak. I stated that the patient would most certainly not be pain free, but hopefully improved, and offered