

Rocky Mountain
Orthopaedic Associates

627 25 1/2 Road
Grand Junction, Colorado 81505
Phone: 970-242-3535
Fax:    970-242-0293

**PATIENT NAME:** Donald Harper         **DOB:** December 21, 1957
**ACCT:** 144474                        59 yrs old
                                        **ADDRESS:** Po Box 132
                                        Delta, CO 81416
**REF. DR.:** Jim Blankenship, FNP-C    **H PHONE:** 9702503460

<u>April 21, 2017          **Daryl Haan, PA-C**/rp</u>
**CHIEF COMPLAINT:** Left shoulder pain x3 years.

**HISTORY OF PRESENT ILLNESS:** Donald Harper is a 59-year-old self-employed male who presents today complaining of bilateral, but left greater than right shoulder pain. He describes falling off a ladder 3 years ago. He had significant injuries that took the focus of his medical attention. Since that time he has been dealing with bilateral anterior lateral shoulder pain. The left tends to be more significant issue at the present time. He describes having constant pain that is exacerbated by driving, shoulder use and playing his banjo. When he plays his banjo he feels as though there is a string pulling down the upper arm. He can no longer work overhead, which is problematic since he services restaurants, which includes a significant amount of vent cleaning and this requires overhead activity. So far he has had bilateral subacromial injections a year ago. He had right subacromial injection 3 months ago. He states that these were distinctly helpful for a period of time. He has also been through a course of physical therapy, which made it more aggravated.

Past medical history, past surgical history, social history, family history, review of systems, allergies, and medications were reviewed today and documented on the RMOA intake forms dated 04/21/2017. He is left-handed, former smoker. History of hypertension. He also has reports of angina, but tells me he has been thoroughly worked up by cardiology through the VA and it is reportedly felt that his angina is not cardiogenic.

**PHYSICAL EXAMINATION:** The patient is 5 feet 9 inches, 230 pounds. Appropriate affect and cognition. Normal gait.

Evaluation of cervical spine and bilateral shoulders reveals healthy intact skin. No asymmetry, deformity or atrophy. He has restriction in cervical spine extension, but otherwise reasonable cervical spine range of motion. No hesitation or radicular pain with Spurling's maneuver or cervical spine range of motion. Active and passive elevation 180 with a painful mid-arch particularly coming down. External rotation 45. Abduction 5/5. External rotation 4/5 on the left secondary to pain versus 5/5 on the right although that is also painful. Belly press 5/5.

**IMPRESSION:** Left shoulder rotator cuff tear with persistent symptoms despite physical therapy and subacromial injections.

**RECOMMENDATIONS:** I counseled the patient and his wife with regard to the nature of his problem. We discussed options and based on this discussion decided to proceed with left shoulder arthroscopy with rotator cuff repair and subacromial decompression. His ACJ is not overly clinically symptomatic, but definitely arthritic. Distal clavicle excision will be considered at the time of surgery if it impinges on the cuff. Also will assess his long head biceps tendon and address that as needed. We will initiate the scheduling authorization process through the VA and see him back accordingly.

**IMAGING:** MRI scan of the left shoulder obtained on 09/14/2016 shows small anterior corner supraspinatus

08/21/2018 1:04:58 PM -0600 FAXCOM                                PAGE 4    OF 5

# Radiology Reports

Printed On Aug 21, 2018

Impression:
  FOCAL SUPRASPINATUS TENDINOPATHY VERSUS PARTIAL TEAR NEAR ITS
  HUMERAL ATTACHMENT. ADDITIONAL ABNORMAL SIGNAL ANTERIOR
  SUPRASPINATUS FIBERS AT THE ROTATOR INTERVAL. ANTERIOR GLENOID
  LABRAL TEAR.

  Primary Diagnostic Code:

Primary Interpreting Staff:
  PAUL J SHEYA, Radiologist (Verifier)
/PS

SHOULDER, LEFT 2 OR MORE VIEWS

Proc Ord: SHOULDER 2 OR MORE VIEWS
Exm Date: JAN 23, 2015@16:17
Req Phys: BLANKENSHIP,JIM ROLAND          Pat Loc: ZZGRJ PACT SLATE EH (Req'g Loc
                                          Img Loc: 2ND FLOOR
                                          Service: Unknown


(Case 393 COMPLETE) SHOULDER, LEFT 2 OR MORE VIEWS   (RAD  Detailed) CPT:73030
     Reason for Study: Fall. Shoulder pain

   Clinical History:

   Report Status: Verified                Date Reported: JAN 24, 2015
                                          Date Verified: JAN 24, 2015
   Verifier E-Sig:

   Report:
     SHOULDER, LEFT 2 OR MORE VIEWS

     Clinical History: Fall one year ago with pain

     Comparison: None.

     Findings:

     No acute fracture, malalignment, or acute bony injury.
     Glenohumeral and acromioclavicular joint spaces are maintained.
     No loose bodies. Included left upper hemithorax within normal
     limits.


     Impression:

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| HARPER,DONALD DUANE<br>7534 HWY 65<br>PO BOX 132<br>DELTA, COLORADO  81416<br>DOB:12/21/1957 | Printed at GRAND JUNCTION VAMC |

Page 2