**THE STEADMAN CLINIC**
STEADMAN PHILIPPON RESEARCH INSTITUTE

**Harper, Donald (Don)**

Visit Note - December 22, 2022

PMS ID: 107478PAT000139342  Sex: Male  DOB: 12/21/1957  Phone: (970) 250-3460  MRN: MM0000030201

**Allergies**
No known drug allergies

**Medications**
hydrocodone-acetaminophen 5-325 mg Oral - Dose: One tablet Frequency: Q 6 Indication: Pain

**Medical History**
PP.Priv - Respiratory

**Musculoskeletal History**
None

**Musculoskeletal Surgery**
Arthroscopy of shoulder: St Marys
History of cervical spine fusion: Saint Marys Grand Junction
Other

**Surgical History**
Other

**Social History**
PP.Priv - Unrel. Social Hist.

**ROS**
Provider reviewed on Dec 22, 2022.

A focused review of systems was performed including Constitutional / Symptom, Eyes, Musculoskeletal, and Neurological and was notable for joint swelling, numbness, tingling, loss of sensation, poor balance, weight gain, and weakness/fatigue.

No Arthritis, No Joint Stiffness, No Muscle Aches, No Instability, No Muscle Weakness, No Headaches, No Dizziness, No Fainting Spells, No Weight Loss, No Chills, No Fever, No Change Or Loss Of Appetite, No Night Sweats, And No Loss Of Vision.

**Chief Complaint:** Chronic Low Back Pain

**HPI:** This is a 65 year old male who is being seen for a chief complaint of chronic low back pain involving the lumbar spine. Patient reports an onset of sudden low back pain in mid July 2022. He underwent an L5-S1 fusion with Dr. Witwer on July 28, 2022. He reports that he felt great for 4 days but then had a sudden worsening of pain. He then underwent a fusion of L3-L4 and a microdisectomy of L5-S1. Since surgery, patient reports severe pain and numbness into his lower extremities. Patient comes in today in a wheel chair. He is able to walk, but has difficulty and severe pain doing so. He reports severe pain standing, sitting, and sleeping. He is unable to roll over or get out of bed. Patient also reports that he has lost control of his urine and bowels. This has significantly affected his quality of life. The only position that he can reportedly get comfortable in is sitting in a recliner.

Patients chief complain is low back and sacral pain. He also notes sharp pain in both lower legs and complete numbness of his left foot. He also has numbness in his 4th and 5th digits of his left foot. Patient reports that his toes have started to curl and he experiences an intense burning pain in his foot.

Patient has seen Dr. Witwer who has told him that there are no surgical options at this time to relieve his pain. He was referred to a neurologist in the Grand Junction area and these results did show significant weakness on the left side stemming from the L5 and S1 nerve roots. He has been taking Lyrica which is not helpful. Patient is unable to take NSAIDs following his recent surgery but he occasionally uses oxycodone for pain relief. He is here for a second opinion and seeking additional treatment options.

**Vitals:** Patient Refused Vitals.

**Exam:**

**L-spine and Hip**

Gait: severely antalgic. relies on upper extremities to go from seated to standing and wheelchair.

Lower Trunk Skin Inspection: Posterior midline scar and anterior scar from previous ALIF

L-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses.

Posture: neck forward flexed, shoulders round

L-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

Thoracolumbar Spine Special: Normal

Patient declined Lumbosacral ROM exam secondary to pain.

| | |
|---|---|
| Right Iliopsoas: Strength: 5/5, normal muscle tone. | Left Iliopsoas: Strength: 3 and with pain |
| Right Quadriceps: Strength: 5/5, normal muscle tone. | Left Quadriceps: Strength: 3 and with pain |
| Right EHL: Strength: 5/5, normal muscle tone. | Left EHL: Strength: 1 |
| Right Tibialis Anterior: Strength: 5/5, normal muscle tone. | Left Tibialis Anterior: Strength: 3 |
| Right Plantar Flexion: Strength: 5/5, normal muscle tone. | Left Plantar Flexion: Strength: 3 |
| RLE Dermatomal Sensation: normal to light touch throughout dermatomes | LLE Dermatomal Sensation: diminished sensation in L2 dermatome, diminished sensation in L3 dermatome, diminished sensation in L4 dermatome, diminished sensation in L5 dermatome, and diminished sensation in S1 dermatome. All other left lumbosacral sensation levels within normal limits. |
| RLE Reflexes: DTRs normal active | LLE Reflexes: DTRs normal active |
| Right LE Pulses: normal posterior tibialis and dorsal pedis pulses, brisk capillary refill, no edema | Left LE Pulses: normal posterior tibialis and dorsal pedis pulses, brisk capillary refill, no edema |

Coordination: unable to walk on heels (L5) and unable to walk on toes (S1)

Sonny Gill, MD (Primary Provider) (Bill Under)
(970) 476-1100 Work
(970) 479-5835 Fax

The Steadman Clinic
181 West Meadow Drive
Suite 400
Vail, CO 81657-5058

Page 1



PHI Page 3 / 13 || R8755D-1CAB7 || Harper, Donald (1957-12-21)

**Harper SCR 4**