

**MICHAEL F. HEHMANN, M.D.**
CLINICAL NEUROLOGY

June 29, 2020

RE: **HARPER, DONALD**
DOB: 12/21/57

Mr. Donald Harper returns for follow-up today. He returns for his shoulder pain, sharp shooting pain, and decreased range of motion to the left shoulder. I am in a little bit of a quandary about what the next step is with him.

He does have decreased range of motion to his shoulder. He has pain down deep in the left shoulder area with a clicking and crunching noise in that area. He did have an MRI scan of the brachial plexus that was unremarkable, but I think the shoulder itself is his problem. He has pain and weakness through the left shoulder. He has normal range of motion to the neck, skull, and scalp. Carotid exam is normal bilaterally.

In summary, therefore:

1. I really do think he will need an MRI scan for the left shoulder.
2. I also think he needs to see Dr. Luker, the orthopedic surgeon who performed surgery on his right shoulder up in Grand Junction, if possible. I will make that recommendation to the VA and hopefully they can help this gentleman out.

Michael F. Hehmann, M.D.
MFH/dw

xc: VA

815 South Third St.
Montrose, Colorado
81401

Phone:
970.249.4665

Fax:
970.249.4994

**Harper MFMR 1**



**MICHAEL F. HEHMANN, M.D.**
CLINICAL NEUROLOGY

985-7290

May 18, 2020

Attn: Shawna K

RE: HARPER, DONALD
DOB: 12/21/57

Donald Harper returns for follow-up today.

He has symptoms involving his left arm, left shoulder, left side of the neck, and symptoms down through the left fingers.

He did have an MRI scan of the brachial plexus. It did show some of his post-surgical areas at C5-6 and C6-7.

He does have symptoms down to the fingers, but he mainly has findings consistent with his shoulder pathology. I guess that is really the main cause of his symptoms. He does have C6-7 findings down to the fingers. In terms of the pain and decreased range of motion in his shoulder, it looks like it is more shoulder pathology.

At the end of the interview he reports, "They are ready to do shoulder surgery" on the left. He had a productive and useful shoulder surgery on the right. It may be reaching the point where he will need to have a procedure on the left shoulder. I will leave that up to the VA. I believe he will be seeing them tomorrow.

In terms of his MRI scan of the brachial plexus, it did not show any evidence of tears or bleeding. This is probably the most important fact, that being the brachial plexus that I was worried about looks OK.

Michael F. Hehmann, M.D.
MFH/dw

xc: VA

815 South Third St.
Montrose, Colorado
81401

Phone:
970.249.4665

Fax:
970.249.4994