## Rocky Mountain Orthopaedic Associates

**PATIENT NAME:** Donald D Harper  
**ACCT:** 144474  
**DOB:** 12/21/1957

---

**October 18, 2017       Daryl Haan, PA-C**

**CHIEF COMPLAINT:** Follow up left shoulder rotator cuff tear. Increased right shoulder pain.

**HISTORY OF PRESENT ILLNESS:** Patient is experiencing progressively worsening pain and dysfunction to both shoulders. He localizes the pain to the anterolateral aspects bilaterally. Symptoms are exacerbated trying to reach to or above shoulder level. His right shoulder has been more painful than his left for the past month. The injection to the left shoulder brought excellent but relatively short-lived pain relief, month or so.

**PHYSICAL EXAM:** Intact passive glenohumeral motion bilaterally with mid range and endrange pain. Tenderness to palpation noted off the anterolateral pericardial regions bilaterally. 5 out of 5 rotator cuff strength in all directions but painful bilaterally. Bilateral AC joint tenderness reported today.

**ASSESSMENT:** Left shoulder rotator cuff tear. Right shoulder rotator cuff syndrome.

**RECOMMENDATIONS:** In excess of 15 minutes was spent with the patient. The majority of this time was spent in counseling regarding the nature of the condition and reviewing options. He is considering surgery for the left side but needs to wait for his wife to recover from spine surgery. He elected to have a right shoulder subacromial injection. This was done as noted below. Once he has address the left side, we will formally workup the right with radiographs and MRI scan. Home exercise program recommended particularly for range of motion. Follow up in approximately 2 months.

**PROCEDURE:** After discussion of risks and benefits and granting appropriate informed verbal consent, patient's right shoulder was prepped with an iodine solution, wiped with alcohol, and anesthetized with ethyl chloride spray. The lateral approach was utilized to aseptically inject 5 mL of 0.25% Marcaine and 40 mg of Depo-Medrol into the subacromial space. No complications were incurred. Patient was stable upon release. Injection handout provided.

*[signature]*

Daryl Haan, PA-C  
CC:   Jim Blakenship, FNP

RFn