# Problem Lists

Printed On Nov 24, 2020

```
Past Medical History (ICD-9-CM 799.9)
*** The ICD-9-CM code 799.9 is currently inactive. ***
ICD-9-CM TEXT: OTHER UNKNOWN AND UNSPECIFIED CAUSE OF MORBIDITY OR MORTALITY

       Onset:
      Status: INACTIVE
     SC Cond: UNKNOWN
    Exposure: None

    Provider: BLANKENSHIP,JIM ROLAND
      Clinic: ZZGRJ PACT MEDICINE CLINIC

    Recorded: 12/16/13, by BLANKENSHIP,JIM ROLAND
     Entered: 12/16/13, by BLANKENSHIP,JIM ROLAND
     Updated: 5/20/20

----------- Comments -----------



12/16/13 by BLANKENSHIP,JIM ROLAND: Surgery: Cervical fusion.



12/16/13 by BLANKENSHIP,JIM ROLAND: LOC fall-mild memory impairment.
12/16/13 by BLANKENSHIP,JIM ROLAND: Fall off roof Dec 2012 cervical fx.
Thoracic/lumbar injury
12/16/13 by BLANKENSHIP,JIM ROLAND: Chronic back and neck pain.

----------- Audit History -----------
5/20/20:   STATUS changed by WINNEFELD,ANDREW W from ACTIVE to INACTIVE
5/20/20:   DATE RESOLVED added by WINNEFELD,ANDREW W from  to 5/20/20
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
HARPER,DONALD DUANE
PO BOX 132
DELTA, COLORADO  81416
DOB:12/21/1957

VISTA Electronic Medical Documentation
Printed at GRAND JUNCTION VAMC